# United States Bankruptcy Court
## Western District of Texas

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Age Refining, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**75-2362679** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**110 Broadway, Suite 400**<br>**San Antonio, TX**<br>ZIP Code **78205** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Bexar** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Age Refining, Inc.** |

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
Signature of Attorney for Debtor(s)          (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) — Page 3

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): Age Refining, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  */s/ Mark E. Andrews*
Signature of Attorney for Debtor(s)

Mark E. Andrews
Printed Name of Attorney for Debtor(s)

Cox Smith Matthews Incorporated
Firm Name

1201 Elm Street
Suite 3300
Dallas, TX 75270
Address

214-698-7800  Fax: 214-698-7899
Telephone Number

February 3, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  */s/ Glen Gonzalez*
Signature of Authorized Individual

Glen Gonzalez
Printed Name of Authorized Individual

President
Title of Authorized Individual

February 3, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# UNANIMOUS WRITTEN CONSENT OF DIRECTORS
# OF AGE REFINING, INC.

The undersigned, being all of the Directors of AGE Refining, Inc. ("AGE" or the "Company"), a corporation existing under and by virtue of the laws of the State of Texas, hereby unanimously authorize, approve, consent to, and adopt the following resolutions adopted at a special meeting of the Directors of the Company duly called and legally held for the purpose of acting upon proposals to adopt such resolutions and direct that this action by Unanimous Written Consent of Directors be delivered to the Company to be filed with the minutes of proceedings of the Board of Directors. This action by Unanimous Written Consent of Directors may be executed in a number of identical counterparts, each of which, for all purposes, will be deemed an original, and all of which collectively will constitute one document; and a facsimile, electronic submission (PDF format) or photocopy of an executed counterpart of this action By Unanimous Written Consent of Directors shall be sufficient execution by the person or persons whose signatures appear thereon.

      **WHEREAS,** the Board of Directors consulted with the management and the advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it and the impact of the foregoing on the Company's businesses; and

      **WHEREAS,** the Board of Directors has had the opportunity to fully consider each of the strategic alternatives available to the Company; and

      **WHEREAS,** in the judgment of the Directors of the Company, it is desirable and in the best interests of AGE, (referred to herein as the "Filing Entity"), its creditors, and other interested parties that the petition be filed on behalf of the Filing Entity seeking relief under the provisions of chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"); and

      **NOW, THEREFORE, BE IT**

      **RESOLVED** that Glen Gonzalez and Lisa Trefger (the "Designated Officers") of the Filing Entity acting alone or with one or more Designated Officers are hereby authorized, directed, and empowered, on behalf of and in the name of the Filing Entity, to execute and verify the petition in the name of the Filing Entity under chapter 11 of the Bankruptcy Code ("Chapter 11") and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division, in such form and at such time as the Designated Officers executing said petition shall determine; and be it

      **RESOLVED FURTHER,** that the Designated Officers, or any one of them be and each hereby is, further authorized, directed, and empowered to file all petitions, schedules, lists and other motions, papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including,

without limitation, any action necessary to maintain the ordinary course operation of the Filing Entity without further consultation with the Directors of the Filing Entity and upon such time as the Designated Officers believe such filing is in the best interest of the Filing Entity, its creditors and other parties in interest; and be it

**RESOLVED FURTHER,** that the Designated Officers, or any one of them be, and each hereby is, authorized, directed and empowered, on behalf of and in the name of the Filing Entity to employ and retain the law firm of Cox Smith Matthews Incorporated ("Cox Smith"), as general restructuring counsel for the Filing Entity in the Chapter 11 cases to represent and assist the Filing Entity in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the rights and obligations of the Filing Entity, including filing any pleadings; and in connection therewith, the Designated Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Cox Smith; and be it

**RESOLVED FURTHER,** that the Designated Officers be, and they hereby are, authorized and directed to employ the firm of FTI Consulting, Inc., as financial advisor and Albert S. Conly of FTI Consulting, Inc. as Chief Restructuring Officer to represent and assist the Filing Entity in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Filing Entity's rights and obligations; and in connection therewith, the Designated Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of FTI Consulting, Inc. and Albert S. Conly; and be it

**RESOLVED FURTHER,** the Filing Entity, as debtor and debtor-in-possession under chapter 11 of the Bankruptcy Code, be, and it hereby is, authorized to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by a Designated Officer, including the grant of replacement liens, as is reasonably necessary for the continuing conduct of the affairs of the Filing Entity as well as to enter into secured facilities including debtor in possession financing; and be it

**RESOLVED FURTHER,** that in addition to the specific authorizations heretofore conferred upon the Designated Officers, each of the officers of the Filing Entity or its designee shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Filing Entity, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer or

2

2857931.1

officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it

**RESOLVED FURTHER,** that all acts lawfully done or actions lawfully taken by any Designated Officers of the Filing Entity or any of the Professionals to seek relief on behalf of the Filing Entity under Chapter 11 or in connection with such cases, or any matter related thereto, be and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Filing Entity; and be it

**RESOLVED FURTHER,** that the Designated Officers be, and each of them hereby is, authorized and empowered, with full power of delegations, for and in the name and on behalf of the Filing Entity to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions' and

*[Signature page to follow]*

IN WITNESS WHEREOF, this *Unanimous Written Consent of Directors of AGE* is executed as of this 3rd day of February, 2010.

_____
Albert Gonzalez
Chairman

_____
Glen Gonzalez
Director and President

_____
Phil Goodman
Director and Secretary

4

2857931.1

**IN WITNESS WHEREOF,** this *Unanimous Written Consent of Directors of AGE* is executed as of this 3rd day of February, 2010.

_____
Albert Gonzalez
Chairman

_____/s/ Glen Gonzalez_____
Glen Gonzalez
Director and President

_____
Phil Goodman
Director and Secretary

2857931.1

IN WITNESS WHEREOF, this *Unanimous Written Consent of Directors of AGE* is executed as of this 3rd day of February, 2010.

_____
Albert Gonzalez
Chairman


_____
Glen Gonzalez
Director and President

*Phil Goodman* (signature)
_____
Phil Goodman
Director and Secretary

2857931.1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Texas

In re **Age Refining, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Shell Trading (US) Company<br>Two Greenspoint Plaza, #600<br>Houston, TX 77060-6086 | Don Gormley<br>Shell Trading (US) Company<br>Two Greenspoint Plaza, #600<br>Houston, TX 77060-6086<br>(713) 230-7598 | Trade debt | | 10,765,284.03 |
| Plains Marketing LP<br>500 Dallas St., #700<br>Houston, TX 77002 | Jeremy Ward<br>Plains Marketing LP<br>500 Dallas St., #700<br>Houston, TX 77002<br>(713) 646-4633 | Trade debt | | 2,592,398.83 |
| Gulfmark Energy Inc.<br>P.O. Box 844<br>Houston, TX 77001-0844 | Juanita Proctor<br>Gulfmark Energy Inc.<br>P.O. Box 844<br>Houston, TX 77001-0844<br>(713) 881-3628 | Trade debt | | 2,005,122.93 |
| Age Transportation Inc<br>7811 S Presa<br>San Antonio, TX 78223-3547 | Cindy Campbell<br>Age Transportation Inc<br>7811 S Presa<br>San Antonio, TX 78223-3547<br>(210) 271-2661 | Trade debt | | 1,935,123.53 |
| Superior Crude Gathering, Inc.<br>P.O. Box 260784<br>Corpus Christi, TX 78426-0784 | Jane Helm<br>Superior Crude Gathering, Inc.<br>P.O. Box 260784<br>Corpus Christi, TX 78426-0784<br>(361) 882-5117 | Trade debt | | 1,206,067.82 |
| Overland Contracting, Inc.<br>P.O. Box 803823<br>Kansas City, MO 64180-3823 | Bob Frendt<br>Overland Contracting, Inc.<br>P.O. Box 803823<br>Kansas City, MO 64180-3823<br>(734) 622-8835 | Trade debt | | 978,020.00 |
| St. James Energy Operating<br>11177 Eagle View Dr., #150<br>Sandy, UT 84092 | James Jensen<br>St. James Energy Operating<br>11177 Eagle View Dr., #150<br>Sandy, UT 84092<br>(801) 576-1154 | Trade debt | | 977,961.58 |

B4 (Official Form 4) (12/07) - Cont.

In re **Age Refining, Inc.**                                                                                    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **SemCrude, LP**<br>Two Warren Pl.<br>Tulsa, OK 74136-4216 | **SemCrude, LP**<br>Two Warren Pl.<br>Tulsa, OK 74136-4216 | **Trade debt** | | 866,267.30 |
| **Suemaur Exploration**<br>802 N. Carancahua, #1000<br>Corpus Christi, TX 78470 | **Jim Devlin**<br>**Suemaur Exploration**<br>802 N. Carancahua, #1000<br>Corpus Christi, TX 78470<br>(361) 884-8824 | **Trade debt** | | 836,024.02 |
| **Genesis Crude Oil, LP**<br>919 Milam, #2100<br>Houston, TX 77002 | **Aurelie Magnuson**<br>**Genesis Crude Oil LP**<br>919 Milam, #2100<br>Houston, TX 77002<br>(713) 860-2627 | **Trade debt** | | 514,675.13 |
| **T-C Oil Company**<br>P.O. Box 2549<br>Victoria, TX 77902 | **T-C Oil Company**<br>P.O. Box 2549<br>Victoria, TX 77902 | **Trade debt** | | 362,677.71 |
| **Killam Oil Co. Ltd.**<br>P. O. Box 499<br>Laredo, TX 78042-0499 | **Killam Oil Co. Ltd.**<br>P. O. Box 499<br>Laredo, TX 78042-0499 | **Trade debt** | | 296,728.76 |
| **Legend Natural Gas II, LP**<br>410 W. Grand Pwky South, #400<br>Katy, TX 77494 | **Legend Natural Gas II, LP**<br>410 W. Grand Pwky South, #400<br>Katy, TX 77494 | **Trade debt** | | 258,118.29 |
| **City Public Service**<br>P.O. Box 2678<br>San Antonio, TX 78289-0001 | **City Public Service**<br>P.O. Box 2678<br>San Antonio, TX 78289-0001 | **Trade debt** | | 237,877.79 |
| **American Express**<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | **American Express**<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | **Trade debt** | | 225,252.92 |
| **Gaither Petroleum Corporation**<br>1136 N. Kirkwood<br>Houston, TX 77043 | **Gaither Petroleum Corporation**<br>1136 N. Kirkwood<br>1136 N Kirkwood<br>Houston, TX 77043 | **Trade debt** | | 215,652.04 |
| **Repcon, Inc.**<br>P.O. Box 9316<br>Corpus Christi, TX 78469 | **Repcon, Inc.**<br>P.O. Box 9316<br>Corpus Christi, TX 78469 | **Trade debt** | | 206,290.68 |
| **Dresser Rand**<br>P.O. Box 7247-6149<br>Philadelphia, PA 19170-6149 | **Dresser Rand**<br>P.O. Box 7247-6149<br>Philadelphia, PA 19170-6149 | **Trade debt** | | 187,507.76 |
| **O.G.O. Marketing LLC**<br>4560 Salt Flat Rd.<br>Luling, TX 78648 | **O.G.O. Marketing LLC**<br>4560 Salt Flat Rd.<br>Luling, TX 78648 | **Trade debt** | | 183,039.48 |
| **Trammo Petroleum**<br>1111 Bagby, #1920<br>Houston, TX 77002 | **Trammo Petroleum**<br>1111 Bagby, #1920<br>Houston, TX 77002 | **Trade debt** | | 181,196.00 |

B4 (Official Form 4) (12/07) - Cont.
In re  Age Refining, Inc.
                      Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 3, 2010**              Signature  _/s/ Glen Gonzalez_
                                                    **Glen Gonzalez**
                                                    **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.