**SO ORDERED.**

**SIGNED this 13th day of September, 2010.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: § | CASE NO. 10-50606-LMC |
| PREMIER GENERAL HOLDINGS, § | |
|    Debtor § | CHAPTER 11 PROCEEDING |

_____

| | | |
|---|---|---|
| IN RE: § | CASE NO. 10-51127-LMC |
| MARK ALLEN WYNNE, § | |
|    Debtor § | CHAPTER 11 PROCEEDING |

## ORDER DISMISSING CASES

On this day came on to be considered the Debtors' Unopposed Motion to Dismiss Bankruptcy Proceedings (the "Motion"). The Court, after considering the pleadings and evidence and the representation of counsel, and further considering the agreement of the United States Trustee, the largest secured creditors, and the Debtors that the cases should be dismissed, hereby GRANTS such motion. It is, therefore,

ORDERED, ADJUDGED and DECREED that these Bankruptcy Proceedings be and are hereby DISMISSED. It is further

ORDERED that the Bankruptcy Proceeding styled "In Re: Premier General Holdings" assigned case number 10-51005 (and substantively consolidated with case number 10-50606) is also dismissed. It is further

ORDERED that the automatic stay under Section 362 of the United States Bankruptcy Code is no longer in effect in any of these Bankruptcy Proceedings . It is further

ORDERED that PREMIER GENERAL HOLDINGS and MARK ALLEN WYNNE shall pay, on or before ten (10) days after the entry of this Order, to the United States Trustee at P.O. Box 198246, Atlanta, GA 30384, the respective quarterly fees then due and owing, if any, in full satisfaction of all fees which are due and payable pursuant to 28 U.S.C. § 1930(a)(6). The payments must reflect Debtors' respective account numbers and be transmitted with the "Chapter 11 Quarterly Disbursement and Fee Report" available from the United States Trustee. It is further

ORDERED that Debtors shall pay on or before ten (10) days after the entry of this Order to the United States Bankruptcy Court any noticing fees which are due and payable from the respective estates pursuant to 28 U.S.C. §1930(b).

# # #