**SO ORDERED.**

**SIGNED this 26th day of February, 2010.**



_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § | **CHAPTER 11 CASE** |
| **AGE REFINING, INC.,** | § § | **CASE NO. 10-50501** |
| Debtor. | § § § | |

**ORDER GRANTING EXPEDITED HEARING ON
EXPEDITED MOTION FOR ENTRY OF ORDER (A) APPROVING THE
PROCEDURES FOR SOLICITING OFFERS FOR SUBSTANTIALLY ALL OF THE
DEBTOR'S ASSETS; (B) APPROVING THE FORM AND MANNER OF NOTICE; (C)
AUTHORIZING THE DEBTOR TO CONDUCT AN AUCTION TO DETERMINE THE
HIGHEST AND BEST OFFER; (D) APPROVING THE PROCEDURES FOR
DETERMINING CURE AMOUNTS FOR ASSUMED CONTRACTS AND LEASES;
AND (E) GRANTING RELATED RELIEF**

The Court has considered the *Motion for Expedited Hearing on Expedited Motion for Entry of Order (A) Approving the Procedures for Soliciting Offers for Substantially All of the Debtor's Assets; (B) Approving the Form and Manner of Notice; (C) Authorizing the Debtor to Conduct an Auction to Determine the Highest and Best Offer; (D) Approving the Procedures for Determining Cure Amounts for Assumed Contracts and Leases; and (E) Granting Related Relief*

(the "Motion"[1]).  The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate and creditors; (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; (v) all objections to the Motion have been resolved by this Order or are overruled in their entirety; and (vi) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein.

**IT IS, THEREFORE ORDERED** that the *Motion for Expedited Hearing on Expedited Motion for Entry of Order (A) Approving the Procedures for Soliciting Offers for Substantially All of the Debtor's Assets; (B) Approving the Form and Manner of Notice; (C) Authorizing the Debtor to Conduct an Auction to Determine the Highest and Best Offer; (D) Approving the Procedures for Determining Cure Amounts for Assumed Contracts and Leases; and (E) Granting Related Relief* is hereby granted; and

**IT IS FURTHER ORDERED** that the *Expedited Motion for Entry of Order (A) Approving the Procedures for Soliciting Offers for Substantially All of the Debtor's Assets; (B) Approving the Form and Manner of Notice; (C) Authorizing the Debtor to Conduct an Auction to Determine the Highest and Best Offer; (D) Approving the Procedures for Determining Cure Amounts for Assumed Contracts and Leases; and (E) Granting Related Relief* is scheduled for an expedited hearing on **March 3, 2010, at 10:30 a.m.**, **before the Honorable Leif M. Clark, United States Courthouse, 615 E. Houston St., Courtroom 1, 3rd Floor, San Antonio, Texas 78205.**

# # #

---

[1] Capitalized terms unless otherwise defined herein shall have the same meaning as ascribed to them in the Motion.

2890708.1

**COX SMITH MATTHEWS INCORPORATED**
Mark E. Andrews
State Bar No. 01253520
Aaron M. Kaufman
State Bar No. 24060067
1201 Elm Street, Suite 3300
Dallas, Texas 75270
(214) 698-7800
(214) 698-7899 (Fax)

-and-

Carol E. Jendrzey
State Bar No. 21617500
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

**ATTORNEYS FOR DEBTOR
AND DEBTOR-IN-POSSESSION**