IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § | CHAPTER 11 CASE |
| AGE REFINING, INC., | § § | CASE NO. 10-50501 |
| Debtor. | § § § | |

**FIRST AMENDED NOTICE OF AUCTION AND BID PROCEDURES**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On March 8, 2010, the Honorable Leif M. Clark, United States Bankruptcy Judge for the Western District of Texas, San Antonio Division (the "Bankruptcy Court") entered that certain *Order (A) Approving the Procedures for Soliciting Offers for Substantially All of the Debtor's Assets; (B) Approving the Form and Manner of Notice; (C) Authorizing the Debtor to Conduct an Auction to Determine the Highest and Best Offer; (F) Approving the Procedures for Determining Cure Amounts for Assumed Contracts and Leases; and (E) Granting Related Relief* [Doc. No. 119] (the "Bid Procedures Order").[1]

2. The Bid Procedures Order contained certain deadlines and critical dates as they related to the Bid Procedures, including, without limitation, the submission of Offers, the date and time of the Auction, requirements to participate in the Auction, and the selection of a Successful Bidder and Back-up Bidder. The Debtor mailed out copies of the *Notice of Auction and Bid Procedures* (the "Notice") on or about March 18, 2010. *See Certificate of Service* [Doc. No. 142]. Since that time, the Debtor has discussed the deadlines and critical dates with its

---

[1] All capital terms not defined in this Notice shall have the meaning ascribed to them in the Bid Procedures Order. A copy of the Bid Procedures Order is available on the Court's CM/ECF website at http://www.txwb.uscourts.gov.

professionals and Chase Capital, and has determined that the deadlines and critical dates should be amended as follows:

(a) The Stalking Horse Bid Deadline is hereby amended from 5:00 p.m. on April 15, 2010, to 5:00 p.m. on April 29, 2010;

(b) If applicable, the Debtor will file a Notice of Stalking Horse Offer no later than 5:00 p.m. on May 4, 2010;

(c) The Bid Deadline is hereby amended from 5:00 p.m. on May 1, 2010, to 5:00 p.m. on May 15, 2010;[2]

(d) The Debtor will give written notice to all Qualified Bidders no later than 5:00 p.m. on May 17, 2010;

(e) The Debtor will conduct the Auction on May 19, 2010, at 10:00 a.m., in the offices of Cox Smith Matthews Incorporated, 112 East Pecan Street, Suite 1800, San Antonio, Texas 78205; and

(f) The Transaction proposed by the Successful Bidder selected during the Auction must be disclosed pursuant to a Plan Supplement no later than May 28, 2010.

(g) The Notice Parties shall include the following:

  (i) Counsel for the Debtor by mailing or hand delivery to: Cox Smith Matthews Incorporated, Attention: Mark E. Andrews, 1201 Elm Street, Suite 3300, Dallas, Texas 75270; or by electronic mail to Mark E. Andrews (mandrews@coxsmith.com), Carol E. Jendrzey (cjendrzey@coxsmith.com) and Aaron M. Kaufman (akaufman@coxsmith.com);

  (ii) The Debtor's CRO by mailing or hand delivery to: Age Refining, Inc. Attn: Rob Chalmers, 110 Broadway, Suite 400, San Antonio, Texas 78205; or by electronic mail to Rob Chalmers (Rob.Chalmers@fticonsulting.com);

  (iii) Counsel for the Committee by mailing or hand delivery to Martin & Drought, P.C., Attn: Michael Colvard, 300 Convent St., Bank of America Plaza, 25th Floor, San Antonio, TX 78205-3789, or by electronic mail to Michael Colvard (mcolvard@mdtlaw.com);

---

[2] Offers shall still be received by: the Debtor's CRO by mailing or hand delivery to: Age Refining, Inc. attn: Rob Chalmers, 110 Broadway, Suite 400, San Antonio, Texas 78205; or by electronic mail at Rob.Chalmers@fticonsulting.com.

2

2881833.3

    (iv)  Counsel for Chase Capital by mailing or hand delivery to: Fulbright & Jaworski, L.L.P., Attention: Toby Gerber, 2200 Ross Avenue, Suite 2800, Dallas, Texas 75205; or by electronic mail to: Toby Gerber (tgerber@fulbright.com); and

    (v)  The Office of the United States Trustee by mailing or hand delivery to United States Trustee, Attention: Kevin Epstein, P.O. Box 1539, San Antonio, Texas 78294-1539.

  3.  Unless expressly set forth above or as provided in any subsequent order of the Court, all other procedures, deadlines and critical dates referenced in the Bid Procedures Order, the Notice or any other order of the Bankruptcy Court shall remain unchanged and are incorporated by reference for all purposes.

**OF THE FOREGOING MATTERS, PAY DUE REGARD.**

Dated:  April 14, 2010    Respectfully submitted,

            **COX SMITH MATTHEWS INCORPORATED**

            By:  */s/ Mark E. Andrews*
              Mark E. Andrews
              State Bar No. 01253520
              Aaron M. Kaufman
              State Bar No. 24060067
              1201 Elm Street, Suite 3300
              Dallas, Texas 75270
              (214) 698-7800
              (214) 698-7899 (Fax)

              -and-

              Carol E. Jendrzey
              State Bar No. 10617420
              112 East Pecan Street, Suite 1800
              San Antonio, Texas 78205
              (210) 554-5500
              (210) 226-8395 (Fax)

            **ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION**

2881833.3

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 14th day of April, 2010, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system and also upon those parties listed on the attached service list via e-mail, facsimile or, where no other means were possible, via First Class United States Mail postage prepaid and to the parties listed below via First Class Mail postage prepaid:

ADT Bankruptcy Specialist
14200 E. Exposition Avenue
Aurora, CO 80012

Energy Technical Underwriters, Inc.
Attn: Joanne Hudson
20405 State Highway 249, Suite 400
Houston, TX 77070

                           */s/ Aaron Kaufman*
                           Aaron Kaufman

2881833.3

Last Update: 04/06/10

# IN RE AGE REFINING, INC.

## Limited Service List as of April 6, 2010

| | | |
|---|---|---|
| Age Refining, Inc.<br>Attn: Glen Gonzalez<br>110 Broadway, #400<br>San Antonio, TX  78205 | **Counsel for Debtor**<br>Mark E. Andrews<br>Aaron M. Kaufman<br>Cox Smith Matthews Incorporated<br>1201 Elm St., #3300<br>Dallas, TX  75270<br>mandrews@coxsmith.com<br>akaufman@coxsmith.com | Office of the U.S. Trustee<br>615 E. Houston, #533<br>P.O. Box 1539<br>San Antonio, TX  78295-1539<br>USTPRegion07.SN.ECF@usdoj.gov |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA  19114 | **Chief Restructuring Officer of Debtor**<br>FTI Consulting, Inc<br>Albert S. Conly<br>2001 Ross Ave, #400<br>Dallas, TX  75201<br>fax: 214-397-1790<br>albert.conly@fticonsulting.com | **Proposed Special Counsel to Debtor**<br>Lee H. Shidlofsky<br>Visser Shidlofsky LLP<br>7200 N. Mopac Expwy, #430<br>Austin, Texas  78731<br>lee@vsfirm.com |

### SECURED CREDITORS

| | | |
|---|---|---|
| Chase Capital Corporation<br>Attn: W. Robert Felker<br>10 S. Dearborn St., #IL1-5048<br>Chicago, IL  60603 | **Counsel for Chase Capital Corporation**<br>Fulbright & Jaworski, LLP<br>Attn: Toby L. Gerber<br>2200 Ross Ave., #2800<br>Dallas, TX  75201-2784<br>fax: 214-855-8200<br>tgerber@fulbright.com | JP Morgan Chase Bank, N.A.<br>Attn: Courtney J. Jeans<br>2200 Ross Ave., 9th Fl<br>Dallas, TX  75201 |
| **Counsel for JP Morgan Chase Bank, N.A.**<br>Vinson & Elkins, LLP<br>Attn: William L. Wallander<br>Trammell Crow Center<br>2001 Ross Ave., #3700<br>Dallas, TX  75201-2975<br>fax: 214-999-7905<br>bwallander@velaw.com | | |

### OFFICIAL COMMITTEE OF UNSECURED CREDITORS

| | | |
|---|---|---|
| Big Star Gathering, LLP<br>Attn: James L. Jensen<br>11177 Eagle View Dr., #150<br>Sandy, UT  84092<br>fax: 801-576-1154<br>james@stjamesenergy.com | Truth Resources, L.P.<br>Attn: John M. Fetzer<br>440 Louisiana, #900<br>Houston, TX  77002<br>fax: 713-236-7709<br>jfetzer@truthresources.net | T-C Oil Company<br>Attn: Bland Proctor<br>427 FM 774<br>Refugio, TX  78377<br>fax: 361-576-6890<br>b.proctor@oconnorbraman.net |

2864923.8

**Proposed Counsel for Committee:**
Michael G. Colvard
Martin & Drought
300 Convent St.
Bank of America Plaza, 25th Floor
San Antonio, TX 78205-3789
Fax: (210) 227-7924
mcolvard@mdtlaw.com

## TWENTY LARGEST UNSECURED CREDITORS

| | | |
|---|---|---|
| Cindy Campbell<br>Age Transportation Inc<br>7811 S Presa<br>San Antonio, TX 78223-3547 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | City Public Service<br>P.O. Box 2678<br>San Antonio, TX 78289-0001 |
| Dresser Rand<br>P.O. Box 7247-6149<br>Philadelphia, PA 19170-6149 | Gaither Petroleum Corporation<br>18000 Groschke Rd, Bldg A1<br>Houston, TX 77084 | Aurelie Magnuson<br>Genesis Crude Oil LP<br>919 Milam, #2100<br>Houston, TX 77002 |
| Juanita Proctor<br>Gulfmark Energy Inc.<br>P.O. Box 844<br>Houston, TX 77001-0844 | Killam Oil Co. Ltd.<br>P.O. Box 499<br>Laredo, TX 78042-0499 | Legend Natural Gas II, LP<br>410 W. Grand Pwky South, #400<br>Katy, TX 77494 |
| O.G.O. Marketing LLC<br>4560 Salt Flat Rd.<br>Luling, TX 78648 | Bob Frendt<br>Overland Contracting, Inc.<br>P.O. Box 803823<br>Kansas City, MO 64180-3823 | Plains Marketing LP<br>Attn: Legal Dept.<br>P.O. Box 4648<br>Houston, TX 77210 |
| Repcon, Inc.<br>P.O. Box 9316<br>Corpus Christi, TX 78469 | SemCrude, LP<br>Two Warren Pl.<br>Tulsa, OK 74136-4216 | Don Gormley<br>Shell Trading (US) Company<br>~~Two Greenspoint Plaza, #600~~<br>~~Houston, TX 77060-6086~~<br>**MAIL RETURNED - UNDELIVERABLE** |
| James Jensen<br>St. James Energy Operating<br>11177 Eagle View Dr., #150<br>Sandy, UT 84092 | Jim Devlin<br>Suemaur Exploration<br>802 N. Carancahua, #1000<br>Corpus Christi, TX 78470 | Jane Helm<br>Superior Crude Gathering, Inc.<br>P.O. Box 260784<br>Corpus Christi, TX 78426-0784 |
| T-C Oil Company<br>P.O. Box 2549<br>Victoria, TX 77902 | Trammo Petroleum<br>1111 Bagby, #1920<br>Houston, TX 77002 | |

## GOVERNMENT AND REGULATORY AGENCIES

| | | |
|---|---|---|
| Defense Energy Support Center<br>Attn: Matthew Shuster, Contracting Ofcr.<br>8725 John J. Kingman Rd., #4950<br>Fort Belvoir, VA 22060 | Caroline Chien<br>Assistant Counsel<br>Defense Energy Support Center<br>8725 John J. Kingman Rd, #1565<br>Fort Belvoir, VA 22060-6222<br>fax: 703-767-5022<br>Caroline.Chien@dla.mil | EPA Washington Acctg Operations<br>Fountain Place 12th Fl., #1200<br>1445 Ross Ave.<br>Dallas, TX 75202-2733 |

2864923.8

| | | |
|---|---|---|
| HUBZone Empowerment Contracting Prog<br>US Small Business Admin<br>405 3rd St., SW<br>Washington, DC 20416 | Railroad Commission of TX<br>Oil & Gas Division<br>P.O. Box 12967<br>Austin, TX 78711-2967 | Railroad Commission of Texas<br>1701 N. Congress Ave.<br>Austin, TX 78711 |
| TCEQ<br>14250 Judson Rd.<br>San Antonio, TX 78233-4480 | Texas Commission on Environmental Quality<br>P.O. Box 13089<br>Austin, TX 78711-3089 | Texas Dept. of Licensing & Regulations<br>P.O. Box 12157<br>Austin, TX 78711 |
| TX Dept. of State Health Services<br>Asbestos Notification Program<br>P.O. Box 149347<br>Austin, TX 78714-9347 | TXDOT<br>Aviation Division<br>P.O. Box 5020<br>Austin, TX 78763-5020 | TX Dept. of State Health Services<br>P.O. Box 12190<br>Austin, TX 78711-2190 |
| Texas State Board of Public Accts<br>333 Guadalupe<br>Tower III, #900<br>Austin, TX | Texas State Comptroller<br>111 E 17th St.<br>Austin, TX 78774-0100 | Texas Enterprise Zone<br>Aaron Demerson, Ofc of Governor<br>Economic Dev. & Tourism<br>P.O. Box 12428<br>Austin, TX 78711 |
| US Department of Labor<br>Occupational Safety & Health Admin.<br>800 Dolorosa St., #203<br>San Antonio, TX 78207-4561 | U.S. Department of Labor<br>Occupation Safety & Health Adm<br>San Antonio District Office<br>Washington Square Blvd, #203<br>800 Dolorosa Street<br>San Antonio, TX 78207-4559 | Texas State Comptroller<br>Unclaimed Property Division<br>P.O. Box 12019<br>Austin, TX 78711-2019 |
| US Treasury<br>Defense Energy Support<br>8725 John Kingman Rd., #4950<br>Fort Belvoir, VA 22060-6222 | U. S. Dept of Transportation<br>Hazardous Materials Registration<br>1200 New Jersey Ave, SE<br>Washington, DC 20590 | Gary W. Wright<br>Assistant United States Attorney<br>601 N.W. Loop 410, #600<br>San Antonio, TX 78216<br>Fax: (210) 384-7358<br>gary.wright@usdoj.gov |

**NOTICES OF APPEARANCE**

| | | |
|---|---|---|
| Truth Resources LLP<br>William W. Cason<br>18000 Groschke Rd, Bldg A1<br>Houston, TX 77084<br>fax: 281-994-5410<br>bcason@apxww.com | Killam Oil Co., Ltd. and Texpata Pipeline<br>c/o Patrick H. Autry<br>Nunley Jolley Cluck Aelvoet LLP<br>1580 South Main St., #200<br>Boerne, TX 78006<br>fax: 830-816-3388<br>Email: pautry@texastriallaw.com | Comptroller of Public Accounts<br>c/o Jason A. Starks<br>Assistant Attorney General<br>Bankruptcy & Collections Div.<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>fax: 512-482-8341<br>bk-jstarks@oag.state.tx.us |
| Suemaur Exploration and Production<br>c/o Scott J. Duncan<br>Porter Rogers Dahlman & Gordon, PC<br>800 N. Shoreline Blvd., #800S<br>Corpus Christi, TX 78401<br>fax: 361-880-5844<br>sduncan@prdg.com | Suemaur Exploration and Production, LLC<br>c/o John W. Harris<br>Law Offices of John Wallis Harris<br>Frost Bank Tower, #1452B<br>100 W. Houston St.<br>San Antonio, TX 78205<br>fax: 210-227-1035<br>jwharris@johnwharrislaw.com | M. Frank Russell<br>312 Westover Rd.<br>San Antonio, TX 78209<br>mfrussell777@att.net |

2864923.8

Overland Contracting, Inc.
c/o Rhett G. Campbell
Mitchell E. Ayer
Thompson & Knight LLP
333 Clay St., #3300
Houston, TX 77002
fax: 713-654-1871
Rhett.Campbell@tklaw.com
Mitchell.Ayer@tklaw.com

T-C Oil Company
c/o Richard T. Chapman
Anderson, Smith, Null & Stofer, L.L.P.
One O'Connor Plaza, 7th Floor
P.O. Box 1969
Victoria, TX 77902
fax: 361-573-5288
rchapman@andersonsmith.com

Plains All American Pipeline
c/o Patricia Williams Prewitt
Law Offices of Patricia Williams Prewitt
412 E. Washington Ave.
Navasota, TX 77868
pwp@pattiprewittlaw.com

Plains All American Pipeline
c/o Andrew M. Caplan
Weycer Kaplan Pulaski & Zuber, PC
11 Greenway Plaza, #1400
Houston, TX 77046
acaplan@wkpz.com

Enduring Resources, LLC
c/o Randall L. Rouse
Lynch, Chappell & Alsup
300 North Marienfeld, #700
Midland, Texas 79701-4345
fax: 432-683-2587
rrouse@lcalawfirm.com

Gulfmark Energy, Inc.
c/o Michael S. Holmes, Esq.
Michael S. Holmes, P.C.
8100 Washington Ave., #120
Houston, TX 77007
fax: 713-956-6284
msholmes@cowgillholmes.com

Albert Glen Gonzalez
c/o Ronald Hornberger
Plunkett & Gibson, Inc.
70 NE Loop 410, #1100
San Antonio, TX 78216
fax: 210-734-0379
hornbergerr@plunkett-gibson.com

Bexar County
c/o David G. Aelvoet
Linebarger Goggan Blair & Sampson, LLP
711 Navarro, #300
San Antonio, TX 78205
fax: 210-225-6410
sanantonio.bankruptcy@publicans.com

Polaris Engineering
Polaris Construction
c/o Mike F. Pipkin
Sedgwick Detert Moran & Arnold LLP
1717 Main St., #5400
Dallas, TX 75201
fax: 469-227-8004
mike.pipkin@sdma.com

Diane Prier
8312 Ridgelea St.
Dallas, TX 75209-2626
fax: 214-350-7938
dprier@tx.rr.com

Taylor Central Appraisal District
c/o Lee Gordon
McCreary Veselka Bragg & Allen PC
P.O. Box 1269
Round Rock, TX 78680
fax: 512-323-3205
lgordon@mvbalaw.com

Nueces County and Live Oak CAD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson
P.O. Box 17428
Austin, TX 78760-7428
fax: 512-443-5114
Austin.bankruptcy@publicans.com

Jeffrey A. Shadwick
Andrews Myers Coulter & Hayes
3900 Essex Ln., #800
Houston, TX 77027
fax: 713-850-4211
jshadwick@lawamc.com

Ryan, Inc.
c/o Bruce W. Akerly
Cantey Hanger, LLP
1999 Bryan St., #3300
Dallas, TX 75201
fax: 214-978-4150
bakerly@canteyhanger.com

El Paso Corporation
Attn: Michael J. McGinnis
1001 Louisiana, #1540B
Houston, TX 77002
fax: 713-420-6060
Michael.j.mcginnis@elpaso.com

IKON Financial Services
Attn: Maie Griner, Recovery Data Coordinator
Bankruptcy Administration
1738 Bass Rd
P.O. Box 13708
Macon, GA 31208-3708

Mitsubishi Corporation
c/o Charles S. Kelley and Andres Romay
Mayer Brown LLP
700 Louisiana St., #3400
Houston, TX 77002-2730
fax: 713-238-4634
ckelley@mayerbrown.com
aromay@mayerbrown.com

Mitsubishi Corporation
c/o Andrew D. Shaffer
Mayer Brown LLP
1675 Broadway
New York, NY 10019
fax: 212-849-5828
ashaffer@mayerbrown.com

2864923.8

Last Update: 04/06/10

| | | |
|---|---|---|
| Shell Trading (US) Company<br>c/o Paul B. Turner<br>Sutherland Asbill & Brennan LLP<br>Two Houston Center<br>909 Fannin, #2200<br>Houston, TX  77010<br>fax: 713-654-1301<br>paul.turner@sutherland.com | Shell Trading (US) Company<br>c/o Mark D. Sherrill<br>Sutherland Asbill & Brennan LLP<br>1275 Pennsylvania Ave., NW<br>Washington, DC  20004<br>fax: 202-637-3593<br>mark.sherrill@sutherland.com | Dynamic Industries, Inc.<br>c/o Erica N. Beck<br>Jones, Walker, Waechter, Poitevent,<br>Carrère & Denègre, L.L.P.<br>201 St. Charles Ave., #5100<br>New Orleans, LA  70170<br>fax: (504) 589-8336<br>ebeck@joneswalker.com |
| Landcoast Insulation, Inc.<br>c/o Mark D. Goranson<br>GoransonKing, PLLC<br>550 Westcott, #415<br>Houston, TX  77007<br>fax: 713-526-9202<br>goranson@goransonking.com | Superior Crude Gathering and Bay, Ltd.<br>c/o Ronald A. Simank<br>Schauer & Simank, PC<br>615 N. Upper Broadway, #2000-MSC-159<br>Corpus Christi, TX  78477<br>fax: 361-884-2822<br>rsimank@cctxlaw.com | |

2864923.8