IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § | CHAPTER 11 CASE |
| AGE REFINING, INC., | § § | CASE NO. 10-50501 |
| Debtor. | § § | |

## NOTICE OF FILING OF LIMITED SERVICE LIST AS OF APRIL 20, 2010

**PLEASE TAKE NOTICE OF THE FOLLOWING MATTERS**

Pursuant to the *Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 37], entered by the Bankruptcy Court on February 11, 2010, AGE Refining, Inc. (the "Debtor") submits this Notice of Filing of Limited Service List as of April 20, 2010 (the "Limited Service List").

The Limited Service List, as maintained by the Debtor, is attached hereto as Exhibit "A". Also attached as Exhibit "B," is a version of the Limited Service List showing all changes made since April 6, 2010.

[*REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK*]

Dated: April 20, 2010        Respectfully submitted,

**COX SMITH MATTHEWS INCORPORATED**

By:  */s/ Mark E. Andrews*
    Mark E. Andrews
    State Bar No. 01253520
    Aaron M. Kaufman
    State Bar No. 24060067
    1201 Elm Street, Suite 3300
    Dallas, Texas 75270
    (214) 698-7800
    (214) 698-7899 (Fax)

-and-

Carol E. Jendrzey
State Bar No. 10617420
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

**ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 20, 2010, a true and correct copy of the *Notice of Filing of Limited Service List as of April 20, 2010* was served by United States First Class Mail, postage prepaid, on the parties listed below.

           */s/ Aaron M. Kaufman*
           Aaron M. Kaufman