# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 10–50501–lmc
Chapter No.: 11
Judge: Leif M. Clark

IN RE: **Age Refining, Inc** , Debtor(s)

## NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT

Notice is hereby given that the following document was filed:

227 – *186* – Disclosure Statement filed by Mark E. Andrews for Debtor Age Refining, Inc. (Attachments: # (1)
186    Exhibit A)(Andrews, Mark)

A hearing will be held

    at    San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

    on    **5/26/10  at    10:00 AM**

to consider and to rule on the adequacy of the information contained in such proposed Disclosure Statement and to consider any other matter that may properly come before the Court at that time.

1. Any Objections to the Disclosure Statement shall be filed with the Court and served on the Debtor(s), Trustee, if by any, to any Committee appointed pursuant to the Bankruptcy Code, and to such other entity as may be designated by the Court by **5/17/10** .

2. A copy of the Disclosure Statement is on file with the Clerk of the Court and may be reviewed there during the Clerk's business hours.

The hearing may be adjourned from time to time by announcement made in open Court without further notice.

Dated:  4/21/10

George D. Prentice II
Clerk, U. S. Bankruptcy Court

**[Approval of Disclosure Statement Hearing Notice]** [Ntchrgdsapac]