**MOR-1**

UNITED STATES BANKRUPTCY COURT

| CASE NAME: | Age Refining, Inc. | PETITION DATE: | 02/08/10 |
|---|---|---|---|
| CASE NUMBER: | 10-50501-lmc | DISTRICT OF TEXAS: | Western |
| PROPOSED PLAN DATE: | | DIVISION: | San Antonio |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH    March    YEAR 2010

| MONTH | February | March | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 15,245,691.46 | 29,953,201.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -2,734,957.40 | 800,777.81 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -3,573,293.08 | -131,691.19 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 36,444.14 | 47,656.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 581,133.00 | 544,760.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 22,552,642.82 | 14,982,200.64 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED | | | EXP. | | CIRCLE ONE |
|---|---|---|---|---|---|
| AS OF SIGNATURE DATE | | | DATE | | |
| CASUALTY | YES X | NO __ | 04/30/2010 | Are all accounts receivable being collected within terms? | No |
| LIABILITY | YES X | NO __ | 04/30/2010 | Are all post-petition liabilities, including taxes, being paid within terms? | No |
| VEHICLE | YES X | NO __ | 04/30/2010 | Have all tax returns and other required government filings been timely paid? | Yes |
| WORKER'S | YES X | NO __ | 06/07/2010 | Have any pre-petition liabilities been paid? | Yes |
| OTHER | YES X | NO __ | 04/30/2010 | If so, describe **Various pre-petition amounts pursuant to orders approved by the Court** | |
| | | | | Are all funds received being deposited into Debtor in Possession bank accounts? | Yes |
| | | | | Were any assets disposed of outside the normal course of business? | No |
| | | | | If so, describe | |
| | | | | Are all U.S. Trustee Quarterly Fee Payments current? | Yes |
| | | | | What is the status of your Plan of Reorganization? **Plan filed 4/6/10** | |

| ATTORNEY NAME: | Carol E. Jendrzey |
|---|---|
| FIRM NAME: | Cox Smith Matthews, Inc. |
| ADDRESS: | 112 East Pecan Street, Suite 180 |
| CITY, STATE, ZIP: | San Antonio, TX 78205 |
| TELEPHONE/FAX: | 210-554-5500 / 210-226-8395 |

| | |
|---|---|
| INITIALS | I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct. |
| DATE | |
| UST USE ONLY | SIGNED _[signature]_ TITLE: Dir Business Administration and Regulatory Affairs |
| | (ORIGINAL SIGNATURE) |
| | Lisa Tretger |
| | (PRINT NAME OF SIGNATORY) |
| | DATE    Revised 11/08/05 |

MOR-1

CASE NAME: Age Refining, Inc.
CASE NUMBER: 10-50501-lmc-11

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 2/8/10 | MONTH February | MONTH March | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | $17,053,065 | $9,533,429 | $15,464,429 | | | | |
| Accounts Receivable, Net | $13,655,093 | $2,314,089 | $12,554,266 | | | | |
| Inventory: Lower of Cost or Market | $7,933,226 | $6,562,184 | $10,324,160 | | | | |
| Prepaid Expenses | $692,740 | $667,590 | $494,522 | | | | |
| Investments | $0 | $0 | $0 | | | | |
| Other | $3,036,913 | $3,402,307 | $4,375,194 | | | | |
| TOTAL CURRENT ASSETS | $42,371,038 | $22,479,598 | $43,212,571 | | $0 | $0 | $0 |
| PROPERTY, PLANT & EQUIP. @ COST | $103,518,975 | $103,570,453 | $103,587,524 | | | | |
| Less Accumulated Depreciation | $11,754,019 | $12,099,925 | $12,559,653 | | | | |
| NET BOOK VALUE OF PP & E | $91,764,955 | $91,470,528 | $91,027,871 | | $0 | $0 | $0 |
| **OTHER ASSETS** | | | | | | | |
| 1. Deposits and Other L-T Assets | $626,406 | $1,771,775 | $2,399,844 | | | | |
| 2. Advances to Stockholders | $17,630 | $17,630 | $17,630 | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| TOTAL ASSETS | $134,780,029 | $115,739,531 | $136,657,916 | | $0 | $0 | $0 |

* Differs slightly from Schedules and Statement of Affairs due to cash balance sources (bank balance versus general ledger balance)

MOR-2

Revised 11/08/05

CASE NAME: Age Refining, Inc.
CASE NUMBER: 10-50501-lmc-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 2/8/10 | MONTH February | MONTH March | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | $3,726,688 | $29,076,276 | | $0 | | $0 |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | $39,688,889 | $39,688,889 | $39,688,889 | | | | |
| Priority Debt | $1,670,035 | $1,279,321 | $1,286,184 | | | | |
| Federal Income Tax | $0 | $0 | $0 | | | | |
| FICA/Witholding | -$6 | $0 | -$6 | | | | |
| Unsecured Debt | $36,520,713 | $17,343,305 | $13,036,715 | | | | |
| Other | $0 | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | $77,879,631 | $58,311,515 | $54,011,783 | | $0 | | $0 |
| **TOTAL LIABILITIES** | $77,879,631 | $62,038,203 | $83,088,058 | | $0 | | $0 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | $0 | $0 | $0 | | | | |
| COMMON STOCK | $19,607 | $19,607 | $19,607 | | | | |
| ADDITIONAL PAID-IN CAPITAL | -$57,894,897 | -$57,894,897 | -$57,891,717 | | | | |
| RETAINED EARNINGS: Filing Date | $114,775,687 | $114,775,687 | $114,775,687 | | | | |
| RETAINED EARNINGS: Post Filing Date | | -$3,199,070 | -$3,333,719 | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | $56,900,397 | $53,701,327 | $53,569,858 | | $0 | | $0 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $134,780,029 | $115,739,531 | $136,657,916 | | $0 | | $0 |

* Differs slightly from Schedules and Statement of Affairs

Note: MOR-6 is for the full month of February

MOR-3

Revised 11/08/05

CASE NAME: Age Refining, Inc.
CASE NUMBER: 10-50501-lmc-11

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH<br>February | MONTH<br>March | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---:|---:|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | 20,307,274.29 | | | | | |
| TAX PAYABLE | | | | | | | |
| Federal Payroll Taxes | 54,413.25 | 1,141.10 | | | | | |
| State Payroll Taxes | 3,119.01 | 4,713.12 | | | | | |
| Ad Valorem Taxes | 179,612.28 | 98,714.56 | | | | | |
| Other Taxes | -7,617.51 | 285,484.84 | | | | | |
| TOTAL TAXES PAYABLE | 229,527.03 | 390,053.62 | 0.00 | 0.00 | 0.00 | 0.00 | |
| SECURED DEBT POST-PETITION | 0.00 | 0.00 | | | | | |
| ACCRUED INTEREST PAYABLE | 382,737.67 | 801,710.36 | | | | | |
| ACCRUED PROFESSIONAL FEES* | 0.00 | 0.00 | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | | |
| 1. PROFESSIONAL, ENVIRONMENTAL, MISC | 2,786,253.37 | 7,577,237.47 | | | | | |
| 2. OTHER PROCESSING COSTS | 25,409.39 | | | | | | |
| 3. OTHER G&A | 302,760.15 | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $3,726,687.61 | $29,076,275.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

*Revised 11/08/05*

CASE NAME: Age Refining, Inc.
CASE NUMBER: 10-50501-lmc-11

## AGING OF POST-PETITION LIABILITIES
MONTH March

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES |
|---|---|---|---|---|---|
| 0-30 | 20,697,327.91 | 20,307,274.29 | -19,458.29 | 310,797.35 | 98,714.56 |
| 31-60 | 0.00 | | | | |
| 61-90 | 0.00 | | | | |
| 91+ | 0.00 | | | | |
| TOTAL | $20,697,327.91 | $20,307,274.29 | ($19,458.29) | $310,797.35 | $98,714.56 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | February | March | | |
|---|---|---|---|---|
| 0-30 DAYS | 1,106,565.04 | 11,490,229.96 | | |
| 31-60 DAYS | 260,463.96 | 430,223.45 | | |
| 61-90 DAYS | 23,523.66 | 178,694.70 | | |
| 91+ DAYS | 1,325,433.26 | 862,015.50 | | |
| TOTAL | $2,715,985.92 | $12,961,163.61 | $0.00 | $0.00 |

MOR-5  Note: excludes bad debt expense accrual

Revised 11/08/05

CASE NAME: Age Refining, Inc.
CASE NUMBER: 10-50501-lmc-11

## STATEMENT OF INCOME (LOSS)

| | MONTH February | MONTH March | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 15,245,691 | 29,953,201 | | | | | 45,198,892 |
| TOTAL COST OF REVENUES | 15,641,716 | 27,634,198 | | | | | 43,275,914 |
| GROSS PROFIT | -396,025 | 2,319,003 | 0 | 0 | 0 | 0 | 1,922,979 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | 0 | 0 | | | | | 0 |
| General & Administrative | 658,169 | 757,982 | | | | | 1,416,151 |
| Insiders Compensation | 36,444 | 47,657 | | | | | 84,101 |
| Professional Fees | 581,133 | 544,761 | | | | | 1,125,894 |
| Other | 1,063,187 | 167,826 | | | | | 1,231,013 |
| | | | | | | | 0 |
| TOTAL OPERATING EXPENSES | 2,338,933 | 1,518,225 | 0 | 0 | 0 | 0 | 3,857,158 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -2,734,957 | 800,778 | 0 | 0 | 0 | 0 | -1,934,180 |
| INTEREST EXPENSE | 316,127 | 433,310 | | | | | 749,437 |
| DEPRECIATION | 522,209 | 520,637 | | | | | 1,042,846 |
| OTHER (INCOME) EXPENSE* | 0 | -21,478 | | | | | -21,478 |
| OTHER ITEMS** | 0 | 0 | | | | | 0 |
| TOTAL INT, DEPR & OTHER ITEMS | 838,336 | 932,469 | 0 | 0 | 0 | 0 | 1,770,805 |
| NET INCOME BEFORE TAXES | -3,573,293 | -131,691 | 0 | 0 | 0 | 0 | -3,704,984 |
| FEDERAL INCOME TAXES | 0 | 0 | | | | | 0 |
| NET INCOME (LOSS) (MOR-1) | -3,573,293 | -131,691 | 0 | 0 | 0 | 0 | -3,704,984 |

Accrual Accounting Required, Otherwise Footnote with Explanation.
* Footnote Mandatory.
** Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

**MOR-6**

Revised 11/05/05

CASE NAME: Age Refining, Inc.
CASE NUMBER: 10-50501-lmc-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH February | MONTH March | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $9,446,002 | $9,533,429 | $15,464,429 | $15,464,429 | $15,464,429 | $15,464,429 | $9,446,002 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | $22,640,070 | $20,913,201 | $0 | $0 | $0 | $0 | $43,553,271 |
| 4. LOANS & ADVANCES (attach list) | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 5. SALE OF ASSETS | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 6. OTHER (attach list) | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| TOTAL RECEIPTS** | $22,640,070 | $20,913,201 | $0 | $0 | $0 | $0 | $43,553,271 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | $0 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | $296,832 | 342,915.96 | $0 | $0 | $0 | $0 | $639,748 |
| 8. PAYROLL TAXES PAID | $123,483 | 168,279.62 | $0 | $0 | $0 | $0 | $291,763 |
| 9. SALES, USE & OTHER TAXES PAID | $411,035 | 138,650.09 | $0 | $0 | $0 | $0 | $549,685 |
| 10. SECURED/RENTAL/LEASES | $0 | 48,260.98 | $0 | $0 | $0 | $0 | $48,261 |
| 11. UTILITIES & TELEPHONE | $0 | 106,002.10 | $0 | $0 | $0 | $0 | $106,002 |
| 12. INSURANCE | $11,844 | $0 | $0 | $0 | $0 | $0 | $11,844 |
| 13. INVENTORY PURCHASES/COGS | $19,636,792 | 13,442,949.55 | $0 | $0 | $0 | $0 | $33,079,742 |
| 14. VEHICLE EXPENSES | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 15. TRAVEL & ENTERTAINMENT | $0 | 3,998.71 | $0 | $0 | $0 | $0 | $3,999 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | $336,386 | 521,379.86 | $0 | $0 | $0 | $0 | $857,766 |
| 17. ADMINISTRATIVE & SELLING | $14,800 | $5,974 | $0 | $0 | $0 | $0 | $20,773 |
| 18. ADEQUATE PROTECTION PAYMENT(S) | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 19. INTEREST/BANK FEES | $1,140,338 | 10,907.05 | $0 | $0 | $0 | $0 | $1,151,245 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $21,971,510 | $14,789,318 | $0 | $0 | $0 | $0 | $36,760,828 |
| 20. PROFESSIONAL FEES | $581,133 | 192,882.98 | $0 | $0 | $0 | $0 | $774,016 |
| 21. U.S. TRUSTEE FEES | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 22. OTHER REORGANIZATION EXPENSES (attach list) | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| TOTAL DISBURSEMENTS** | $22,552,643 | $14,982,201 | $0 | $0 | $0 | $0 | $37,534,843 |
| 23. NET CASH FLOW | $87,427 | $5,931,001 | $0 | $0 | $0 | $0 | $6,018,428 |
| 24. CASH - END OF MONTH (MOR-2) | $9,533,429 | $15,464,429 | $15,464,429 | $15,464,429 | $15,464,429 | $15,464,429 | $15,464,429 |

* Applies to Individual debtors only
**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 11/08/05

CASE NAME: Age Refining, Inc.
CASE NUMBER: 10-50501-lmc-11

## CASH ACCOUNT RECONCILIATION
### MONTH OF March

| BANK NAME | JPMorgan Chase | JPMorgan Chase | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #707739066 | #707739090 - 707739108 | # | | |
| *ACCOUNT TYPE* | *OPERATING/PAYROLL* | *COLLECTION/LOCKBOX* | *Petty Cash Office* | *Petty Cash Refinery* | *TOTAL* |
| BANK BALANCE | $273,568 | $15,528,900 | $0 | $0 | $15,802,468 |
| DEPOSITS IN TRANSIT | $0 | $0 | $0 | $0 | $0 |
| OUTSTANDING CHECKS | $340,039 | $0 | $0 | $0 | $340,039 |
| ADJUSTED BANK BALANCE | -$66,471 | $15,528,900 | $0 | $0 | $15,462,429 |
| BEGINNING CASH - PER BOOKS | $1,204,174 | $8,327,255 | $1,000 | $1,000 | $9,533,429 |
| RECEIPTS* | $30,098 | $20,979,919 | $0 | $0 | $21,010,017 |
| TRANSFERS BETWEEN ACCOUNTS | $13,705,111 | -$13,705,111 | $0 | $0 | $0 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | $0 | $0 | $0 | $0 | $0 |
| CHECKS/OTHER DISBURSEMENTS* | $15,005,854 | $73,163 | $0 | $0 | $15,079,017 |
| ENDING CASH - PER BOOKS | -$66,470 | $15,528,900 | $1,000 | $1,000 | $15,464,429 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

*Revised 11/08/05*

CASE NAME: Age Refining, Inc.
CASE NUMBER: 10-50501-lmc-11

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH February | MONTH March | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. Glen Gonzalez / Salary and Expense Reimbursement | $12,186 | $21,827 | | | | | |
| 2. Lisa Trefger / Salary and Expense Reimbursement | $8,469 | $8,731 | | | | | |
| 3. Philip Goodman / Salary and Expense Reimbursement | $9,480 | $9,479 | | | | | |
| 4. Cindy Campbell / Salary and Expense Reimbursement | $6,308 | $7,620 | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $36,444 | $47,657 | $0 | $0 | $0 | $0 | $0 |

| PROFESSIONALS | MONTH February | MONTH March | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. Cox, Smith Matthews Inc (retainer) | $250,000 | | | | | | |
| 2. FTI Consulting | $250,000 | $243,916 | | | | | |
| 3. Fullbright & Jaworski LLP | | $113,221 | | | | | |
| 4. Vinson & Elkins LLP | | $75,205 | | | | | |
| 5. Other | $81,133 | $112,419 | | | | | |
| 6. | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $581,133 | $544,761 | $0 | $0 | $0 | $0 | $0 |

MOR-9

Revised 11/08/05