IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| In re: | § | |
|---|---|---|
| | § | CHAPTER 11 CASE |
| AGE REFINING, INC., | § | |
| | § | CASE NO. 10-50501 |
| Debtor. | § | |
| | § | |

## NOTICE OF HEARING

Please take notice that a hearing will be conducted on **May 26, 2010 at 10:00 a.m.** before the Honorable Leif M. Clark, United States Courthouse, 615 E. Houston Street, 3rd Floor, Courtroom 1, San Antonio, Texas 78205, to consider the following:

1. *Emergency Motion Pursuant to 11 U.S.C. §§ 105, 362, 365, 541 and 542 to Compel Performance of Contractual Obligations and Turnover of Certain Files, Drawings and Property of the Estate From Overland Construction, Inc. and Black & Veatch Corp.* [Docket No. 191]; and

2. *Overland Contracting Inc.'s Motion to Compel Immediate Assumption or Rejection of Executory Contract or Alternatively Establish a Mechanism for Payment of Post-Petition Invoices* [Docket No. 193]

Any person desiring to appear telephonically at the hearing should contact CourtCall at (866) 582-6878 Monday through Friday between the hours of 5:00 a.m. and 5:30 p.m. (Pacific Time). In order to ensure the ability to participate telephonically, CourtCall must receive any request no later than the business day prior to the hearing. The Telephonic Appearance Instructions are attached as Exhibit "A".

2940317.1

Dated: April 28, 2010                Respectfully submitted,

                                     **COX SMITH MATTHEWS INCORPORATED**

                                     By: */s/ Carol E. Jendrzey*
                                         Mark E. Andrews
                                         State Bar No. 01253520
                                         Aaron M. Kaufman
                                         State Bar No. 24060067
                                         1201 Elm Street, Suite 3300
                                         Dallas, Texas 75270
                                         (214) 698-7800
                                         (214) 698-7899 (Fax)

                                         -and-

                                         Carol E. Jendrzey
                                         State Bar No. 10617420
                                         112 East Pecan Street, Suite 1800
                                         San Antonio, Texas 78205
                                         (210) 554-5500
                                         (210) 226-8395 (Fax)

                                     **ATTORNEYS FOR DEBTOR AND
                                     DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of April, 2010, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system and also upon those parties listed on the attached service list via e-mail, facsimile or, where no other means were possible, via First Class United States Mail postage prepaid.

                                         */s/ Carol E. Jendrzey*
                                         Carol E. Jendrzey

2940317.1

Last Update: 04/20/10

# IN RE AGE REFINING, INC.

## Limited Service List as of April 20, 2010

| | | |
|---|---|---|
| Age Refining, Inc.<br>Attn: Glen Gonzalez<br>110 Broadway, #400<br>San Antonio, TX 78205 | **Counsel for Debtor**<br>Mark E. Andrews<br>Aaron M. Kaufman<br>Cox Smith Matthews Incorporated<br>1201 Elm St., #3300<br>Dallas, TX 75270<br>mandrews@coxsmith.com<br>akaufman@coxsmith.com | Office of the U.S. Trustee<br>615 E. Houston, #533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539<br>USTPRegion07.SN.ECF@usdoj.gov |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | **Chief Restructuring Officer of Debtor**<br>FTI Consulting, Inc<br>Albert S. Conly<br>2001 Ross Ave, #400<br>Dallas, TX 75201<br>fax: 214-397-1790<br>albert.conly@fticonsulting.com | **Proposed Special Counsel to Debtor**<br>Lee H. Shidlofsky<br>Visser Shidlofsky LLP<br>7200 N. Mopac Expwy, #430<br>Austin, Texas 78731<br>lee@vsfirm.com |

### SECURED CREDITORS

| | | |
|---|---|---|
| Chase Capital Corporation<br>Attn: W. Robert Felker<br>10 S. Dearborn St., #IL1-5048<br>Chicago, IL 60603 | **Counsel for Chase Capital Corporation**<br>Fulbright & Jaworski, LLP<br>Attn: Toby L. Gerber<br>2200 Ross Ave., #2800<br>Dallas, TX 75201-2784<br>fax: 214-855-8200<br>tgerber@fulbright.com | JP Morgan Chase Bank, N.A.<br>Attn: Courtney J. Jeans<br>2200 Ross Ave., 9th Fl<br>Dallas, TX 75201 |
| **Counsel for JP Morgan Chase Bank, N.A.**<br>Vinson & Elkins, LLP<br>Attn: William L. Wallander<br>Trammell Crow Center<br>2001 Ross Ave., #3700<br>Dallas, TX 75201-2975<br>fax: 214-999-7905<br>bwallander@velaw.com | | |

### OFFICIAL COMMITTEE OF UNSECURED CREDITORS

| | | |
|---|---|---|
| Big Star Gathering, LLP<br>Attn: James L. Jensen<br>11177 Eagle View Dr., #150<br>Sandy, UT 84092<br>fax: 801-576-1154<br>james@stjamesenergy.com | Truth Resources, L.P.<br>Attn: John M. Fetzer<br>440 Louisiana, #900<br>Houston, TX 77002<br>fax: 713-236-7709<br>jfetzer@truthresources.net | T-C Oil Company<br>Attn: Bland Proctor<br>427 FM 774<br>Refugio, TX 78377<br>fax: 361-576-6890<br>b.proctor@oconnorbraman.net |

Last Update: 04/20/10

**Proposed Counsel for Committee:**
Michael G. Colvard
Martin & Drought
300 Convent St.
Bank of America Plaza, 25th Floor
San Antonio, TX 78205-3789
Fax: (210) 227-7924
mcolvard@mdtlaw.com

## TWENTY LARGEST UNSECURED CREDITORS

| | | |
|---|---|---|
| Cindy Campbell<br>Age Transportation Inc<br>7811 S Presa<br>San Antonio, TX 78223-3547 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | City Public Service<br>P.O. Box 2678<br>San Antonio, TX 78289-0001 |
| Dresser Rand<br>P.O. Box 7247-6149<br>Philadelphia, PA 19170-6149 | Gaither Petroleum Corporation<br>18000 Groschke Rd, Bldg A1<br>Houston, TX 77084 | Aurelie Magnuson<br>Genesis Crude Oil LP<br>919 Milam, #2100<br>Houston, TX 77002 |
| Juanita Proctor<br>Gulfmark Energy Inc.<br>P.O. Box 844<br>Houston, TX 77001-0844 | Killam Oil Co. Ltd.<br>P.O. Box 499<br>Laredo, TX 78042-0499 | Legend Natural Gas II, LP<br>410 W. Grand Pwky South, #400<br>Katy, TX 77494 |
| O.G.O. Marketing LLC<br>4560 Salt Flat Rd.<br>Luling, TX 78648 | Bob Frendt<br>Overland Contracting, Inc.<br>P.O. Box 803823<br>Kansas City, MO 64180-3823 | Plains Marketing LP<br>Attn: Legal Dept.<br>P.O. Box 4648<br>Houston, TX 77210 |
| Repcon, Inc.<br>P.O. Box 9316<br>Corpus Christi, TX 78469 | SemCrude, LP<br>Two Warren Pl.<br>Tulsa, OK 74136-4216 | Don Gormley<br>Shell Trading (US) Company<br>~~Two Greenspoint Plaza, #600~~<br>~~Houston, TX 77060-6086~~<br>**MAIL RETURNED - UNDELIVERABLE** |
| James Jensen<br>St. James Energy Operating<br>11177 Eagle View Dr., #150<br>Sandy, UT 84092 | Jim Devlin<br>Suemaur Exploration<br>802 N. Carancahua, #1000<br>Corpus Christi, TX 78470 | Jane Helm<br>Superior Crude Gathering, Inc.<br>P.O. Box 260784<br>Corpus Christi, TX 78426-0784 |
| T-C Oil Company<br>P.O. Box 2549<br>Victoria, TX 77902 | Trammo Petroleum<br>1111 Bagby, #1920<br>Houston, TX 77002 | |

## GOVERNMENT AND REGULATORY AGENCIES

| | | |
|---|---|---|
| Defense Energy Support Center<br>Attn: Matthew Shuster, Contracting Ofcr.<br>8725 John J. Kingman Rd., #4950<br>Fort Belvoir, VA 22060 | Caroline Chien<br>Assistant Counsel<br>Defense Energy Support Center<br>8725 John J. Kingman Rd, #1565<br>Fort Belvoir, VA 22060-6222<br>fax: 703-767-5022<br>Caroline.Chien@dla.mil | EPA Washington Acctg Operations<br>Fountain Place 12th Fl., #1200<br>1445 Ross Ave.<br>Dallas, TX 75202-2733 |

2864923.9

Last Update: 04/20/10

| | | |
|---|---|---|
| HUBZone Empowerment Contracting Prog<br>US Small Business Admin<br>405 3rd St., SW<br>Washington, DC 20416 | Railroad Commission of TX<br>Oil & Gas Division<br>P.O. Box 12967<br>Austin, TX 78711-2967 | Railroad Commission of Texas<br>1701 N. Congress Ave.<br>Austin, TX 78711 |
| TCEQ<br>14250 Judson Rd.<br>San Antonio, TX 78233-4480 | Texas Commission on Environmental Quality<br>P.O. Box 13089<br>Austin, TX 78711-3089 | Texas Dept. of Licensing & Regulations<br>P.O. Box 12157<br>Austin, TX 78711 |
| TX Dept. of State Health Services<br>Asbestos Notification Program<br>P.O. Box 149347<br>Austin, TX 78714-9347 | TXDOT<br>Aviation Division<br>P.O. Box 5020<br>Austin, TX 78763-5020 | TX Dept. of State Health Services<br>P.O. Box 12190<br>Austin, TX 78711-2190 |
| Texas State Board of Public Accts<br>333 Guadalupe<br>Tower III, #900<br>Austin, TX | Texas State Comptroller<br>111 E 17th St.<br>Austin, TX 78774-0100 | Texas Enterprise Zone<br>Aaron Demerson, Ofc of Governor<br>Economic Dev. & Tourism<br>P.O. Box 12428<br>Austin, TX 78711 |
| US Department of Labor<br>Occupational Safety & Health Admin.<br>800 Dolorosa St., #203<br>San Antonio, TX 78207-4561 | U.S. Department of Labor<br>Occupation Safety & Health Adm<br>San Antonio District Office<br>Washington Square Blvd, #203<br>800 Dolorosa Street<br>San Antonio, TX 78207-4559 | Texas State Comptroller<br>Unclaimed Property Division<br>P.O. Box 12019<br>Austin, TX 78711-2019 |
| US Treasury<br>Defense Energy Support<br>8725 John Kingman Rd., #4950<br>Fort Belvoir, VA 22060-6222 | U. S. Dept of Transportation<br>Hazardous Materials Registration<br>1200 New Jersey Ave, SE<br>Washington, DC 20590 | Gary W. Wright<br>Assistant United States Attorney<br>601 N.W. Loop 410, #600<br>San Antonio, TX 78216<br>Fax: (210) 384-7358<br>gary.wright@usdoj.gov |

**NOTICES OF APPEARANCE**

| | | |
|---|---|---|
| Truth Resources LLP<br>William W. Cason<br>18000 Groschke Rd, Bldg A1<br>Houston, TX 77084<br>fax: 281-994-5410<br>bcason@apxww.com | Killam Oil Co., Ltd. and Texpata Pipeline<br>c/o Patrick H. Autry<br>Nunley Jolley Cluck Aelvoet LLP<br>1580 South Main St., #200<br>Boerne, TX 78006<br>fax: 830-816-3388<br>Email: pautry@texastriallaw.com | Comptroller of Public Accounts<br>c/o Jason A. Starks<br>Assistant Attorney General<br>Bankruptcy & Collections Div.<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>fax: 512-482-8341<br>bk-jstarks@oag.state.tx.us |
| Suemaur Exploration and Production<br>c/o Scott J. Duncan<br>Porter Rogers Dahlman & Gordon, PC<br>800 N. Shoreline Blvd., #800S<br>Corpus Christi, TX 78401<br>fax: 361-880-5844<br>sduncan@prdg.com | Suemaur Exploration and Production, LLC<br>c/o John W. Harris<br>Law Offices of John Wallis Harris<br>Frost Bank Tower, #1452B<br>100 W. Houston St.<br>San Antonio, TX 78205<br>fax: 210-227-1035<br>jwharris@johnwharrislaw.com | M. Frank Russell<br>312 Westover Rd.<br>San Antonio, TX 78209<br>mfrussell777@att.net |

2864923.9

| | | |
|---|---|---|
| Overland Contracting, Inc.<br>c/o Rhett G. Campbell<br>Mitchell E. Ayer<br>Thompson & Knight LLP<br>333 Clay St., #3300<br>Houston, TX 77002<br>fax: 713-654-1871<br>Rhett.Campbell@tklaw.com<br>Mitchell.Ayer@tklaw.com | T-C Oil Company<br>c/o Richard T. Chapman<br>Anderson, Smith, Null & Stofer, L.L.P.<br>One O'Connor Plaza, 7th Floor<br>P.O. Box 1969<br>Victoria, TX 77902<br>fax: 361-573-5288<br>rchapman@andersonsmith.com | Plains All American Pipeline<br>c/o Patricia Williams Prewitt<br>Law Offices of Patricia Williams Prewitt<br>412 E. Washington Ave.<br>Navasota, TX 77868<br>pwp@pattiprewittlaw.com |
| Plains All American Pipeline<br>c/o Andrew M. Caplan<br>Weycer Kaplan Pulaski & Zuber, PC<br>11 Greenway Plaza, #1400<br>Houston, TX 77046<br>acaplan@wkpz.com | Enduring Resources, LLC<br>c/o Randall L. Rouse<br>Lynch, Chappell & Alsup<br>300 North Marienfeld, #700<br>Midland, Texas 79701-4345<br>fax: 432-683-2587<br>rrouse@lcalawfirm.com | Gulfmark Energy, Inc.<br>c/o Michael S. Holmes, Esq.<br>Michael S. Holmes, P.C.<br>8100 Washington Ave., #120<br>Houston, TX 77007<br>fax: 713-956-6284<br>msholmes@cowgillholmes.com |
| Albert Glen Gonzalez<br>c/o Ronald Hornberger<br>Plunkett & Gibson, Inc.<br>70 NE Loop 410, #1100<br>San Antonio, TX 78216<br>fax: 210-734-0379<br>hornbergerr@plunkett-gibson.com | Bexar County<br>c/o David G. Aelvoet<br>Linebarger Goggan Blair & Sampson, LLP<br>711 Navarro, #300<br>San Antonio, TX 78205<br>fax: 210-225-6410<br>sanantonio.bankruptcy@publicans.com | Polaris Engineering<br>Polaris Construction<br>c/o Mike F. Pipkin<br>Sedgwick Detert Moran & Arnold LLP<br>1717 Main St., #5400<br>Dallas, TX 75201<br>fax: 469-227-8004<br>mike.pipkin@sdma.com |
| Diane Prier<br>8312 Ridgelea St.<br>Dallas, TX 75209-2626<br>fax: 214-350-7938<br>dprier@tx.rr.com | Taylor Central Appraisal District<br>c/o Lee Gordon<br>McCreary Veselka Bragg & Allen PC<br>P.O. Box 1269<br>Round Rock, TX 78680<br>fax: 512-323-3205<br>lgordon@mvbalaw.com | Nueces County and Live Oak CAD<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson<br>P.O. Box 17428<br>Austin, TX 78760-7428<br>fax: 512-443-5114<br>Austin.bankruptcy@publicans.com |
| Jeffrey A. Shadwick<br>Andrews Myers Coulter & Hayes<br>3900 Essex Ln., #800<br>Houston, TX 77027<br>fax: 713-850-4211<br>jshadwick@lawamc.com | Ryan, Inc.<br>c/o Bruce W. Akerly<br>Cantey Hanger, LLP<br>1999 Bryan St., #3300<br>Dallas, TX 75201<br>fax: 214-978-4150<br>bakerly@canteyhanger.com | El Paso Corporation<br>Attn: Michael J. McGinnis<br>1001 Louisiana, #1540B<br>Houston, TX 77002<br>fax: 713-420-6060<br>Michael.j.mcginnis@elpaso.com |
| IKON Financial Services<br>Attn: Maie Griner, Recovery Data Coordinator<br>Bankruptcy Administration<br>1738 Bass Rd<br>P.O. Box 13708<br>Macon, GA 31208-3708 | Mitsubishi Corporation<br>c/o Charles S. Kelley and Andres Romay<br>Mayer Brown LLP<br>700 Louisiana St., #3400<br>Houston, TX 77002-2730<br>fax: 713-238-4634<br>ckelley@mayerbrown.com<br>aromay@mayerbrown.com | Mitsubishi Corporation<br>c/o Andrew D. Shaffer<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019<br>fax: 212-849-5828<br>ashaffer@mayerbrown.com |

Last Update: 04/20/10

| | | |
|---|---|---|
| Shell Trading (US) Company<br>c/o Paul B. Turner<br>Sutherland Asbill & Brennan LLP<br>Two Houston Center<br>909 Fannin, #2200<br>Houston, TX  77010<br>fax: 713-654-1301<br>paul.turner@sutherland.com | Shell Trading (US) Company<br>c/o Mark D. Sherrill<br>Sutherland Asbill & Brennan LLP<br>1275 Pennsylvania Ave., NW<br>Washington, DC  20004<br>fax: 202-637-3593<br>mark.sherrill@sutherland.com | Dynamic Industries, Inc.<br>c/o Erica N. Beck<br>Jones, Walker, Waechter, Poitevent,<br>Carrère & Denègre, L.L.P.<br>201 St. Charles Ave., #5100<br>New Orleans, LA  70170<br>fax: (504) 589-8336<br>ebeck@joneswalker.com |
| Landcoast Insulation, Inc.<br>c/o Mark D. Goranson<br>GoransonKing, PLLC<br>550 Westcott, #415<br>Houston, TX  77007<br>fax: 713-526-9202<br>goranson@goransonking.com | Superior Crude Gathering and Bay, Ltd.<br>c/o Ronald A. Simank<br>Schauer & Simank, PC<br>615 N. Upper Broadway, #2000-MSC-159<br>Corpus Christi, TX  78477<br>fax: 361-884-2822<br>rsimank@cctxlaw.com | |

2864923.9

# EXHIBIT "A"

2940317.1

## **COURTCALL TELEPHONIC APPEARANCE INSTRUCTIONS**

1. Contact CourtCall at (866) 582-6878 no later than the business day prior to the hearing.

2. CourtCall will provide you with written confirmation of a telephonic appearance and provide a number to call to make the telephonic appearance.

3. It is your responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing. CourtCall does not call you.

4. The Court discourages the use of cell phones or speakerphones. Please put your telephone on mute when not speaking.

5. Each time you speak, you must identify yourself for the record.

6. Parties participating by telephone are responsible for their own expenses and will be billed directly by CourtCall. The initial charge for this court conference appearance is $25.00 and will be supplemented based upon the length of the call as follows: 0-45 minutes - $25.00; 46-60 minutes - $31.50; 61 minutes and above - an additional $6.50 per each additional 15 minute increment.

2940317.1