**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § § | **CHAPTER 11 CASE** |
| **AGE REFINING, INC.,** | § § | **CASE NO. 10-50501** |
| Debtor. | § § | |

**AGE REFINING, INC.'S MOTION TO APPROVE COMPROMISE**
**AND CONTRACT AMENDMENT WITH PLAINS MARKETING, L.P.**

AGE Refining, Inc., the debtor and debtor in possession (the "Debtor") in the above captioned case (the "Case"), file this *Motion to Approve Compromise and Contract Amendment with Plains Marketing, L.P.* (the "Motion") and would respectfully show:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. PROCEDURAL BACKGROUND

2. On February 8, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code").

3. The Debtor continues to manage and operate its business as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been requested or appointed.

4. On March 17, 2010, the United States Trustee appointed the Committee of Unsecured Creditors.

5.  The statutory predicates for the relief requested herein are section 105 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure.

6.  A further description of the background of the Debtor and the events leading up to the filing of the this Case is provided in the *Unsworn Declaration Under Penalty of Perjury of Lisa Trefger, Director of Business Administration and Regulatory Affairs in Support of First Day Pleadings*, (Doc. No. 4), which is incorporated by reference herein.

7.  On February 8, 2010, the Court entered an Order Granting Motion Pursuant to 11 U.S.C. §§ 105(a), 363(b) and 503(b)(9) for Order Authorizing the Debtor to Pay Prepetition Claims of Certain Critical Crude Oil Suppliers and Other Critical Vendors (Doc. No. 38) (the "Critical Vendor Order"). In light of Critical Vendor Order, the Debtor and the respective supplier amended their contracts.

8.  On May 5, 2010, there was a fire at the refinery which resulted in the complete demolishment of the truck loading rack. As a result, the refinery is unable to accept deliveries of crude oil until the truck loading rack is replaced. The Debtor receives several hundreds of barrels of crude oil each day. Since the accident the Debtor has been in negotiations with its various suppliers regarding diverting the deliveries. One such supplier is Plains Marketing, L.P. ("Plains").

9.  Plains and the Debtor have agreed to modify their contract described as Contract No. 3010-1027, dated February 18, 2010 and ask the Court to approve such modifications as follows:

    - Plains ceased all deliveries beginning May 5th
    - Contract cancelled as of June 1st.

- Contract will renew for new volume as agreed upon during the month of June for a July start.
- AGE and Plains agree to sell May AGE nominated barrels in May to Plains' alternative refiner so and therefore not accessing any penalty under the ConocoPhillips GTS's settlement amount clause for diverting barrels in May due to AGE's loading rack fire.
- AGE updated the May contract to include one load picked up from New Gulf leases which were agreed upon in email, but not added to contract prior to the first and last load picked up by AGE.

10. The Debtor submits that the proposed stipulation is in the best interests of the Debtor and its estate. Currently the Debtor is not in a position to continue to accept deliveries of crude oil it would otherwise be obligated to accept under the current contract. Failure to accept such deliveries could result in a breach of contract claim or default under the current contract, as well as other penalties. Thus, the above recited terms allow the parties to arrive at a resolution that limits the damages both parties could sustain due to the Debtor's inability at this time to accept these deliveries.

### III. REQUEST FOR RELIEF

11. The Debtor requests that this Court approve the modifications to its current contract with Plains pursuant to Federal Rule of Bankruptcy Procedure 9019 and 11 U.S.C. § 105(a)

### IV. ARGUMENT AND AUTHORITY

12. Federal Rule of Bankruptcy Procedure 9019 provides that, "[o]n motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement. Whether to approve a proposed compromise is a matter within the sound discretion of the bankruptcy court. *See In re Aweco, Inc.,* 725 F.2d 293, 297 (5th Cir. 1984). Additionally, the Court may enter "any order . . . that is necessary or appropriate to carry out the provisions of this title," such as an order approving of this Motion. 11 U.S.C. § 105(a).

3

2979565.1

13. The Debtor has determined that it is in the best interest of the Debtor's estate to avoid any litigation or penalties, and settle the controversies between it and OGO in the fashion set forth above. The Debtor has considered various factors, including the probability of success in the litigation as well as the expense of the litigation, and determined that granting this Motion is in the best interest of the Debtor's creditors. *See Connecticut Gen. Life Ins. Co. v. United Cos. Fin. Corp (In re Foster Mortgage Corp.)*, 68 F.3d 914 (5th Cir. 1995) (describing the factors to utilize in evaluating a settlement agreement). This Motion helps to avoid litigation and damages which would create substantial expense for the Debtor.

14. Although the Debtor believes that the Fire has created circumstances that would excuse its performance under the contract, the Debtor believes that the modifications proposed for the current contract allow the parties to continue to have a relationship that is beneficial to both parties, provide certainty as to the outcome for the Debtor and any potential purchaser, as well as to the secured lender and other interested parties. Thus, it will be more financially beneficial for the Debtor, its estate and creditors to accept the proposal above.

15. This settlement is the product of arms length and good faith negotiations between the parties, and satisfies the requirements for Court approval of the settlement.

Wherefore, the Debtor requests that this Court approve the modifications to its current contract and grant such other relief to which it is entitled.

2979565.1

Dated: May 19, 2010　　　　　　　　　Respectfully submitted,

**COX SMITH MATTHEWS INCORPORATED**

By: */s/ Carol E. Jendrzey*
　　Mark E. Andrews
　　State Bar No. 01253520
　　Aaron M. Kaufman
　　State Bar No. 24060067
　　1201 Elm Street, Suite 3300
　　Dallas, Texas 75270
　　(214) 698-7800
　　(214) 698-7899 (Fax)

-and-

Carol E. Jendrzey
State Bar No. 10617420
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

**ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of May, 2010, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system and also upon those parties listed on the attached service list via First Class United States Mail.

*/s/ Carol E. Jendrzey*
Carol E. Jendrzey

2979565.1

# IN RE AGE REFINING, INC.

## Limited Service List as of May 4, 2010

| | | |
|---|---|---|
| Age Refining, Inc.<br>Attn: Glen Gonzalez<br>110 Broadway, #400<br>San Antonio, TX 78205 | **Counsel for Debtor**<br>Mark E. Andrews<br>Aaron M. Kaufman<br>Cox Smith Matthews Incorporated<br>1201 Elm St., #3300<br>Dallas, TX 75270<br>mandrews@coxsmith.com<br>akaufman@coxsmith.com | Office of the U.S. Trustee<br>615 E. Houston, #533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539<br>USTPRegion07.SN.ECF@usdoj.gov |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | **Chief Restructuring Officer of Debtor**<br>FTI Consulting, Inc<br>Albert S. Conly<br>2001 Ross Ave, #400<br>Dallas, TX 75201<br>fax: 214-397-1790<br>albert.conly@fticonsulting.com | **Proposed Special Counsel to Debtor**<br>Lee H. Shidlofsky<br>Visser Shidlofsky LLP<br>7200 N. Mopac Expwy, #430<br>Austin, Texas 78731<br>lee@vsfirm.com |

### SECURED CREDITORS

| | | |
|---|---|---|
| Chase Capital Corporation<br>Attn: W. Robert Felker<br>10 S. Dearborn St., #IL1-5048<br>Chicago, IL 60603 | **Counsel for Chase Capital Corporation**<br>Fulbright & Jaworski, LLP<br>Attn: Toby L. Gerber<br>2200 Ross Ave., #2800<br>Dallas, TX 75201-2784<br>fax: 214-855-8200<br>tgerber@fulbright.com | JP Morgan Chase Bank, N.A.<br>Attn: Courtney J. Jeans<br>2200 Ross Ave., 9th Fl<br>Dallas, TX 75201 |
| **Counsel for JP Morgan Chase Bank, N.A.**<br>Vinson & Elkins, LLP<br>Attn: William L. Wallander<br>Trammell Crow Center<br>2001 Ross Ave., #3700<br>Dallas, TX 75201-2975<br>fax: 214-999-7905<br>bwallander@velaw.com | | |

### OFFICIAL COMMITTEE OF UNSECURED CREDITORS

| | | |
|---|---|---|
| Big Star Gathering, LLP<br>Attn: James L. Jensen<br>11177 Eagle View Dr., #150<br>Sandy, UT 84092<br>fax: 801-576-1154<br>james@stjamesenergy.com | Truth Resources, L.P.<br>Attn: John M. Fetzer<br>440 Louisiana, #900<br>Houston, TX 77002<br>fax: 713-236-7709<br>jfetzer@truthresources.net | T-C Oil Company<br>Attn: Bland Proctor<br>427 FM 774<br>Refugio, TX 78377<br>fax: 361-576-6890<br>b.proctor@oconnorbraman.net |

2864923.10

Last Update: 05/04/10

**Proposed Counsel for Committee:**
Michael G. Colvard
Martin & Drought
300 Convent St.
Bank of America Plaza, 25th Floor
San Antonio, TX 78205-3789
Fax: (210) 227-7924
mcolvard@mdtlaw.com

## TWENTY LARGEST UNSECURED CREDITORS

| | | |
|---|---|---|
| Cindy Campbell<br>Age Transportation Inc<br>7811 S Presa<br>San Antonio, TX  78223-3547 | American Express<br>P.O. Box 650448<br>Dallas, TX  75265-0448 | City Public Service<br>P.O. Box 2678<br>San Antonio, TX  78289-0001 |
| Dresser Rand<br>P.O. Box 7247-6149<br>Philadelphia, PA  19170-6149 | Gaither Petroleum Corporation<br>18000 Groschke Rd, Bldg A1<br>Houston, TX  77084 | Aurelie Magnuson<br>Genesis Crude Oil LP<br>919 Milam, #2100<br>Houston, TX  77002 |
| Juanita Proctor<br>Gulfmark Energy Inc.<br>P.O. Box 844<br>Houston, TX  77001-0844 | Killam Oil Co. Ltd.<br>P.O. Box 499<br>Laredo, TX  78042-0499 | Legend Natural Gas II, LP<br>410 W. Grand Pwky South, #400<br>Katy, TX  77494 |
| O.G.O. Marketing LLC<br>4560 Salt Flat Rd.<br>Luling, TX  78648 | Bob Frendt<br>Overland Contracting, Inc.<br>P.O. Box 803823<br>Kansas City, MO  64180-3823 | Plains Marketing LP<br>Attn: Legal Dept.<br>P.O. Box 4648<br>Houston, TX  77210 |
| Repcon, Inc.<br>P.O. Box 9316<br>Corpus Christi, TX  78469 | SemCrude, LP<br>Two Warren Pl.<br>Tulsa, OK  74136-4216 | Don Gormley<br>Shell Trading (US) Company<br>~~Two Greenspoint Plaza, #600~~<br>~~Houston, TX  77060-6086~~<br>**MAIL RETURNED - UNDELIVERABLE** |
| James Jensen<br>St. James Energy Operating<br>11177 Eagle View Dr., #150<br>Sandy, UT  84092 | Jim Devlin<br>Suemaur Exploration<br>802 N. Carancahua, #1000<br>Corpus Christi, TX  78470 | Jane Helm<br>Superior Crude Gathering, Inc.<br>P.O. Box 260784<br>Corpus Christi, TX  78426-0784 |
| T-C Oil Company<br>P.O. Box 2549<br>Victoria, TX  77902 | Trammo Petroleum<br>1111 Bagby, #1920<br>Houston, TX  77002 | |

## GOVERNMENT AND REGULATORY AGENCIES

| | | |
|---|---|---|
| Defense Energy Support Center<br>Attn: Matthew Shuster, Contracting Ofcr.<br>8725 John J. Kingman Rd., #4950<br>Fort Belvoir, VA  22060 | Caroline Chien<br>Assistant Counsel<br>Defense Energy Support Center<br>8725 John J. Kingman Rd, #1565<br>Fort Belvoir, VA  22060-6222<br>fax: 703-767-5022<br>Caroline.Chien@dla.mil | EPA Washington Acctg Operations<br>Fountain Place 12th Fl., #1200<br>1445 Ross Ave.<br>Dallas, TX  75202-2733 |

2864923.10

| | | |
|---|---|---|
| HUBZone Empowerment Contracting Prog<br>US Small Business Admin<br>405 3rd St., SW<br>Washington, DC 20416 | Railroad Commission of TX<br>Oil & Gas Division<br>P.O. Box 12967<br>Austin, TX 78711-2967 | Railroad Commission of Texas<br>1701 N. Congress Ave.<br>Austin, TX 78711 |
| TCEQ<br>14250 Judson Rd.<br>San Antonio, TX 78233-4480 | Texas Commission on Environmental Quality<br>P.O. Box 13089<br>Austin, TX 78711-3089 | Texas Dept. of Licensing & Regulations<br>P.O. Box 12157<br>Austin, TX 78711 |
| TX Dept. of State Health Services<br>Asbestos Notification Program<br>P.O. Box 149347<br>Austin, TX 78714-9347 | TXDOT<br>Aviation Division<br>P.O. Box 5020<br>Austin, TX 78763-5020 | TX Dept. of State Health Services<br>P.O. Box 12190<br>Austin, TX 78711-2190 |
| Texas State Board of Public Accts<br>333 Guadalupe<br>Tower III, #900<br>Austin, TX | Texas State Comptroller<br>111 E 17th St.<br>Austin, TX 78774-0100 | Texas Enterprise Zone<br>Aaron Demerson, Ofc of Governor<br>Economic Dev. & Tourism<br>P.O. Box 12428<br>Austin, TX 78711 |
| US Department of Labor<br>Occupational Safety & Health Admin.<br>800 Dolorosa St., #203<br>San Antonio, TX 78207-4561 | U.S. Department of Labor<br>Occupation Safety & Health Adm<br>San Antonio District Office<br>Washington Square Blvd, #203<br>800 Dolorosa Street<br>San Antonio, TX 78207-4559 | Texas State Comptroller<br>Unclaimed Property Division<br>P.O. Box 12019<br>Austin, TX 78711-2019 |
| US Treasury<br>Defense Energy Support<br>8725 John Kingman Rd., #4950<br>Fort Belvoir, VA 22060-6222 | U. S. Dept of Transportation<br>Hazardous Materials Registration<br>1200 New Jersey Ave, SE<br>Washington, DC 20590 | Gary W. Wright<br>Assistant United States Attorney<br>601 N.W. Loop 410, #600<br>San Antonio, TX 78216<br>Fax: (210) 384-7358<br>gary.wright@usdoj.gov |

**NOTICES OF APPEARANCE**

| | | |
|---|---|---|
| Truth Resources LLP<br>William W. Cason<br>18000 Groschke Rd, Bldg A1<br>Houston, TX 77084<br>fax: 281-994-5410<br>bcason@apxww.com | Killam Oil Co., Ltd. and Texpata Pipeline<br>c/o Patrick H. Autry<br>Nunley Jolley Cluck Aelvoet LLP<br>1580 South Main St., #200<br>Boerne, TX 78006<br>fax: 830-816-3388<br>Email: pautry@texastriallaw.com | Comptroller of Public Accounts<br>c/o Jason A. Starks<br>Assistant Attorney General<br>Bankruptcy & Collections Div.<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>fax: 512-482-8341<br>bk-jstarks@oag.state.tx.us |
| Suemaur Exploration and Production<br>c/o Scott J. Duncan<br>Porter Rogers Dahlman & Gordon, PC<br>800 N. Shoreline Blvd., #800S<br>Corpus Christi, TX 78401<br>fax: 361-880-5844<br>sduncan@prdg.com | Suemaur Exploration and Production, LLC<br>c/o John W. Harris<br>Law Offices of John Wallis Harris<br>Frost Bank Tower, #1452B<br>100 W. Houston St.<br>San Antonio, TX 78205<br>fax: 210-227-1035<br>jwharris@johnwharrislaw.com | M. Frank Russell<br>312 Westover Rd.<br>San Antonio, TX 78209<br>mfrussell777@att.net |

2864923.10

Last Update: 05/04/10

| | | |
|---|---|---|
| Overland Contracting, Inc.<br>c/o Rhett G. Campbell<br>Mitchell E. Ayer<br>Thompson & Knight LLP<br>333 Clay St., #3300<br>Houston, TX 77002<br>fax: 713-654-1871<br>Rhett.Campbell@tklaw.com<br>Mitchell.Ayer@tklaw.com | T-C Oil Company<br>c/o Richard T. Chapman<br>Anderson, Smith, Null & Stofer, L.L.P.<br>One O'Connor Plaza, 7th Floor<br>P.O. Box 1969<br>Victoria, TX 77902<br>fax: 361-573-5288<br>rchapman@andersonsmith.com | Plains All American Pipeline<br>c/o Patricia Williams Prewitt<br>Law Offices of Patricia Williams Prewitt<br>412 E. Washington Ave.<br>Navasota, TX 77868<br>pwp@pattiprewittlaw.com |
| Plains All American Pipeline<br>c/o Andrew M. Caplan<br>Weycer Kaplan Pulaski & Zuber, PC<br>11 Greenway Plaza, #1400<br>Houston, TX 77046<br>acaplan@wkpz.com | Enduring Resources, LLC<br>c/o Randall L. Rouse<br>Lynch, Chappell & Alsup<br>300 North Marienfeld, #700<br>Midland, Texas 79701-4345<br>fax: 432-683-2587<br>rrouse@lcalawfirm.com | Gulfmark Energy, Inc.<br>c/o Michael S. Holmes, Esq.<br>Michael S. Holmes, P.C.<br>8100 Washington Ave., #120<br>Houston, TX 77007<br>fax: 713-956-6284<br>msholmes@cowgillholmes.com |
| Albert Glen Gonzalez<br>c/o Ronald Hornberger<br>Plunkett & Gibson, Inc.<br>70 NE Loop 410, #1100<br>San Antonio, TX 78216<br>fax: 210-734-0379<br>hornbergerr@plunkett-gibson.com | Bexar County<br>c/o David G. Aelvoet<br>Linebarger Goggan Blair & Sampson, LLP<br>711 Navarro, #300<br>San Antonio, TX 78205<br>fax: 210-225-6410<br>sanantonio.bankruptcy@publicans.com | Polaris Engineering<br>Polaris Construction<br>c/o Mike F. Pipkin<br>Sedgwick Detert Moran & Arnold LLP<br>1717 Main St., #5400<br>Dallas, TX 75201<br>fax: 469-227-8004<br>mike.pipkin@sdma.com |
| Diane Prier<br>8312 Ridgelea St.<br>Dallas, TX 75209-2626<br>fax: 214-350-7938<br>dprier@tx.rr.com | Taylor Central Appraisal District<br>c/o Lee Gordon<br>McCreary Veselka Bragg & Allen PC<br>P.O. Box 1269<br>Round Rock, TX 78680<br>fax: 512-323-3205<br>lgordon@mvbalaw.com | Nueces County and Live Oak CAD<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson<br>P.O. Box 17428<br>Austin, TX 78760-7428<br>fax: 512-443-5114<br>Austin.bankruptcy@publicans.com |
| Jeffrey A. Shadwick<br>Andrews Myers Coulter & Hayes<br>3900 Essex Ln., #800<br>Houston, TX 77027<br>fax: 713-850-4211<br>jshadwick@lawamc.com | Ryan, Inc.<br>c/o Bruce W. Akerly<br>Cantey Hanger, LLP<br>1999 Bryan St., #3300<br>Dallas, TX 75201<br>fax: 214-978-4150<br>bakerly@canteyhanger.com | El Paso Corporation<br>Attn: Michael J. McGinnis<br>1001 Louisiana, #1540B<br>Houston, TX 77002<br>fax: 713-420-6060<br>Michael.j.mcginnis@elpaso.com |
| IKON Financial Services<br>Attn: Maie Griner, Recovery Data Coordinator<br>Bankruptcy Administration<br>1738 Bass Rd<br>P.O. Box 13708<br>Macon, GA 31208-3708 | Mitsubishi Corporation<br>c/o Charles S. Kelley and Andres Romay<br>Mayer Brown LLP<br>700 Louisiana St., #3400<br>Houston, TX 77002-2730<br>fax: 713-238-4634<br>ckelley@mayerbrown.com<br>aromay@mayerbrown.com | Mitsubishi Corporation<br>c/o Andrew D. Shaffer<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019<br>fax: 212-849-5828<br>ashaffer@mayerbrown.com |

2864923.10

Last Update: 05/04/10

| | | |
|---|---|---|
| Shell Trading (US) Company<br>c/o Paul B. Turner<br>Sutherland Asbill & Brennan LLP<br>Two Houston Center<br>909 Fannin, #2200<br>Houston, TX 77010<br>fax: 713-654-1301<br>paul.turner@sutherland.com | Shell Trading (US) Company<br>c/o Mark D. Sherrill<br>Sutherland Asbill & Brennan LLP<br>1275 Pennsylvania Ave., NW<br>Washington, DC 20004<br>fax: 202-637-3593<br>mark.sherrill@sutherland.com | Dynamic Industries, Inc.<br>c/o Erica N. Beck<br>Jones, Walker, Waechter, Poitevent,<br>Carrère & Denègre, L.L.P.<br>201 St. Charles Ave., #5100<br>New Orleans, LA 70170<br>fax: (504) 589-8336<br>ebeck@joneswalker.com |
| Landcoast Insulation, Inc.<br>c/o Mark D. Goranson<br>GoransonKing, PLLC<br>550 Westcott, #415<br>Houston, TX 77007<br>fax: 713-526-9202<br>goranson@goransonking.com | Superior Crude Gathering and Bay, Ltd.<br>c/o Ronald A. Simank<br>Schauer & Simank, PC<br>615 N. Upper Broadway, #2000-MSC-159<br>Corpus Christi, TX 78477<br>fax: 361-884-2822<br>rsimank@cctxlaw.com | |

2864923.10