

**SO ORDERED.**

**SIGNED this 16th day of June, 2010.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § § | |
| **AGE REFINING, INC.** | § § | **CHAPTER 11 CASE** |
| | § | **CASE NO. 10-50501-LMC** |
| Debtor. | § § § § | |

**AGREED ORDER GRANTING MOTION TO APPOINT A CHAPTER 11 TRUSTEE**

Upon consideration of the agreement reached among AGE Refining, Inc. (the "**Debtor**"), Chase Capital Corporation and JPMorgan Chase Bank, N.A. (collectively, "**Chase**"), and the Official Committee of Unsecured Creditors (the "**Committee**," and together with the Debtor and Chase, the "**Parties**"); and the Court finding that (i) it has jurisdiction over the matters raised herein; (ii) this is a core proceeding; (iii) adequate notice has been given and no other or further notice is necessary; and (iv) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein, it is therefore:

3008601.3

- 2 -

ORDERED that, by agreement of the undersigned Parties, as announced on the record, and pursuant to 11 U.S.C. § 1104, a chapter 11 trustee shall be appointed. Pursuant to 11 U.S.C. § 1104(d), the United States Trustee, after consultation with relevant parties-in-interest, shall appoint, subject to this Court's approval, a disinterested person to serve as chapter 11 trustee; and it is further

ORDERED that entry of this Agreed Order and/or the agreement between the Parties memorialized hereby shall not serve as an admission to any of the allegations set forth in the *Motion of Chase and the Committee to Appoint a Chapter 11 Trustee*, as supplemented [Dkt. Nos. 291 and 329], or any other pleading filed in connection with this contested matter; and it is further

ORDERED that the Expiration Date, as that term is defined in paragraph 97 of the *Amended Final Agreed Order Authorizing Limited Use of Cash Collateral, Obtaining Credit by Secured Liens, and Granting Adequate Protection to Existing Lienholders* [Dkt. No. 113] (the "**Financing Order**"), is hereby extended to the earlier of: (i) the closing of a sale approved by an order of this Court pursuant to 11 U.S.C. § 363; (ii) the effective date of a plan confirmed by an order of this Court pursuant to 11 U.S.C. § 1129; or (iii) September 30, 2010, at 4:00 p.m. prevailing Central time; and it is further

ORDERED that neither the foregoing extension of the Expiration Date or the appointment of a chapter 11 trustee pursuant to this Agreed Order shall constitute an event of default under the Financing Order or the *Debtor in Possession Financing Amendment and Second Amendment to Amended and Restated Credit Agreement* (as approved by the Financing Order, the "**DIP Financing Agreement**"); and it is further

ORDERED that, with the exception of the appointment of a chapter 11 trustee and the extension of the Expiration Date, all other of the Parties' respective rights, claims, defenses and remedies under the Financing Order and the DIP Financing Agreement are hereby expressly reserved; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Agreed Order; and it is further

ORDERED that this Agreed Order is effective immediately upon its entry.

# # #

Agreed Order submitted by:

FULBRIGHT & JAWORSKI L.L.P.

By /s/ Steve A. Peirce
Toby L. Gerber
State Bar No. 07813700
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
Email: tgerber@fulbright.com

Steve A. Peirce
State Bar No. 15731200
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205
Email: speirce@fulbright.com

COUNSEL FOR CHASE CAPITAL
CORPORATION and JPMORGAN CHASE
BANK, N.A.

-and-


MARTIN & DROUGHT, P.C.

By **/s/ Michael G. Colvard**
Michael G. Colvard
State Bar No. 04629200
MARTIN & DROUGHT, P.C
300 Convent Street, Suite 2500
San Antonio, Texas 78205-3792
Telephone: (210) 227-7591
Facsimile: (210) 227-7924
Email: mcolvard@mdtlaw.com

COUNSEL FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

-and-

COX SMITH MATTHEWS INCORPORATED

By: **/s/ Mark E. Andrews**
Mark E. Andrews
State Bar No. 01253520
Aaron M. Kaufman
State Bar No. 24060067
1201 Elm Street, Suite 3300
Dallas, Texas 75270
(214) 698-7800
(214) 698-7899 (Fax)

-and-

Carol E. Jendrzey
State Bar No. 10617420
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

ATTORNEYS FOR DEBTOR AND
DEBTOR-IN-POSSESSION

- 4 -