# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

```
-----------------------------------------------------------------x
In re                                    :        Chapter 11
                                         :
CRESCENT RESOURCES, LLC, et al.,         :        Case No. 09-11507 (CAG)
                                         :
            Debtors.                     :        Jointly Administered
                                         :
-----------------------------------------------------------------x
```

## DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION
## UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

HOHMANN, TAUBE & SUMMERS, L.L.P.
100 Congress Avenue, Suite 1800
Austin, Texas 78701
Eric J. Taube (19679350)
Mark C. Taylor (19713225)
(512) 472-5997

- and -

WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Martin A. Sosland (18855645)
Lydia T. Protopapas (00797267)
(214) 746-7700

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

Dated: March 11, 2010

**TABLE OF CONTENTS**

**Page**

Article I    DEFINITIONS AND INTERPRETATION ........................................................ 1

    A.    Definitions ........................................................................................... 1

        1.1    2006 Credit Agreement .................................................................. 1

        1.2    2006 Transactions Causes of Action .............................................. 1

        1.3    223 Developers Agreements .......................................................... 1

        1.4    223 Developers Secured Claims .................................................... 1

        1.5    Accepting Other General Unsecured Claims Class .......................... 1

        1.6    Administrative Expense Claim ...................................................... 1

        1.7    Administrative Expense Claim Bar Date ........................................ 2

        1.8    Administrative Expense Claim Objection Deadline ......................... 2

        1.9    Allowed ........................................................................................ 2

        1.10   Amended Crescent Holdings Operating Agreement ....................... 2

        1.11   Amended Crescent Resources Operating Agreement ...................... 2

        1.12   Avoidance Actions ........................................................................ 2

        1.13   Bank of America ........................................................................... 2

        1.14   Bankruptcy Code .......................................................................... 2

        1.15   Bankruptcy Court .......................................................................... 3

        1.16   Bankruptcy Rules .......................................................................... 3

        1.17   Business Day ................................................................................. 3

        1.18   Capital Consideration Allocations ................................................. 3

        1.19   Cash ............................................................................................. 3

        1.20   Cash Equivalent ............................................................................ 3

        1.21   Causes of Action ........................................................................... 3

        1.22   CDD Claims .................................................................................. 3

        1.23   Chaparral Pines Investors ............................................................. 3

        1.24   Chaparral Pines Investors General Unsecured Claims ................... 3

        1.25   Chapter 11 Cases .......................................................................... 3

        1.26   Claim ............................................................................................ 3

        1.27   Class ............................................................................................. 3

# TABLE OF CONTENTS
## (continued)

1.28    Class A Litigation Trust Interests ............................................................. 3

1.29    Class B Litigation Trust Interests ............................................................. 4

1.30    Collateral ................................................................................................... 4

1.31    Commencement Date ................................................................................. 4

1.32    Confirmation Date ..................................................................................... 4

1.33    Confirmation Hearing ............................................................................... 4

1.34    Confirmation Order ................................................................................... 4

1.35    Contingent Claim ...................................................................................... 4

1.36    Creditor ..................................................................................................... 4

1.37    Creditors' Committee ................................................................................ 5

1.38    Crescent Holdings ..................................................................................... 5

1.39    Crescent Holdings Equity Interest ............................................................ 5

1.40    Crescent Investment .................................................................................. 5

1.41    Crescent Investment Certificate of Formation .......................................... 5

1.42    Crescent Investment Operating Agreement ............................................... 5

1.43    Crescent Investment Units ........................................................................ 5

1.44    Crescent Resources ................................................................................... 5

1.45    Crescent Resources Equity Interest .......................................................... 5

1.46    Customer Programs ................................................................................... 5

1.47    Debtors ...................................................................................................... 5

1.48    Debtors in Possession ............................................................................... 6

1.49    DIP Claim .................................................................................................. 6

1.50    DIP Credit Agreement ............................................................................... 6

1.51    DIP Credit Facility .................................................................................... 6

1.52    DIP Lenders ............................................................................................... 7

1.53    DIP Notes .................................................................................................. 7

1.54    Disbursing Agent ...................................................................................... 7

1.55    Disclosure Statement ................................................................................ 7

1.56    Disclosure Statement Order ...................................................................... 7

| | | |
|---|---|---|
| 1.57 | Disputed Claim | 7 |
| 1.58 | Distribution Record Date | 7 |
| 1.59 | Divisions | 7 |
| 1.60 | Effective Date | 7 |
| 1.61 | Electing Holders | 7 |
| 1.62 | Entity | 8 |
| 1.63 | Equity Interest | 8 |
| 1.64 | Exit Facility | 8 |
| 1.65 | Exit Facility Agent | 8 |
| 1.66 | Exit Facility Agreement | 8 |
| 1.67 | Exit Facility Lenders | 8 |
| 1.68 | Final DIP Order | 8 |
| 1.69 | Final Order | 8 |
| 1.70 | Grand Woods Agreements | 9 |
| 1.71 | Grand Woods Secured Claims | 9 |
| 1.72 | Intercompany Claim | 9 |
| 1.73 | Intercompany Equity Interest | 9 |
| 1.74 | IRS | 9 |
| 1.75 | Lien | 9 |
| 1.76 | Litigation Trust | 9 |
| 1.77 | Litigation Trust Agreement | 9 |
| 1.78 | Litigation Trust Assets | 9 |
| 1.79 | Litigation Trust Beneficiaries | 9 |
| 1.80 | Litigation Trust Board | 9 |
| 1.81 | Litigation Trust Claims | 9 |
| 1.82 | Litigation Trust Disputed Claims Reserve | 10 |
| 1.83 | Litigation Trust Excluded Parties | 10 |
| 1.84 | Litigation Trustee | 10 |
| 1.85 | Litigation Trust Fund Reserve Amount | 10 |

# TABLE OF CONTENTS
## (continued)

1.86    Litigation Trust Funds.................................................................. 10

1.87    Litigation Trust Interests ............................................................ 10

1.88    Management Equity Interests ..................................................... 10

1.89    Management Incentive Plan.......................................................... 10

1.90    Midpoint Equity Value ................................................................. 10

1.91    North Bank Agreements ............................................................... 10

1.92    North Bank Developers Secured Claims .................................... 10

1.93    North River Agreements .............................................................. 11

1.94    North River Secured Claims ....................................................... 11

1.95    Other General Unsecured Claims ............................................... 11

1.96    Other Priority Claim .................................................................... 11

1.97    Other Secured Claim .................................................................... 11

1.98    Palmetto Bluff Agreement ........................................................... 11

1.99    Palmetto Bluff Secured Claims ................................................... 11

1.100   Person ............................................................................................ 11

1.101   Plan ................................................................................................ 11

1.102   Plan Documents ............................................................................ 11

1.103   Plan Supplement ........................................................................... 12

1.104   Portland Group.............................................................................. 12

1.105   Portland Group Agreements ........................................................ 12

1.106   Portland Group General Unsecured Claims............................... 12

1.107   Portland Group Secured Claims.................................................. 12

1.108   Prepetition Credit Agreement ..................................................... 12

1.109   Prepetition Lender Claims ........................................................... 12

1.110   Prepetition Lender Deficiency Claim .......................................... 12

1.111   Prepetition Lender Excluded Parties........................................... 12

1.112   Prepetition Lender Secured Claim .............................................. 13

1.113   Prepetition Lenders ...................................................................... 13

1.114   Priority Tax Claim ........................................................................ 13

# TABLE OF CONTENTS
## (continued)

1.115 Professional Compensation and Reimbursement Claims ........................ 13

1.116 Pro Rata............................................................................................. 13

1.117 Reorganized Crescent Holdings................................................................ 13

1.118 Reorganized Crescent Resources .............................................................. 13

1.119 Reorganized Debtors................................................................................. 13

1.120 Reorganized Equity Interests .................................................................... 13

1.121 Reorganized Equity Interests Value.......................................................... 14

1.122 Reorganized Holdings Units ..................................................................... 14

1.123 Requisite Prepetition Lenders ................................................................... 14

1.124 Roberts Road Agreements ........................................................................ 14

1.125 Roberts Road Secured Claims .................................................................. 14

1.126 Schedules .................................................................................................. 14

1.127 Second Lien Facility ................................................................................. 14

1.128 Second Lien Facility Notes....................................................................... 14

1.129 Secured Claim .......................................................................................... 14

1.130 Secured Tax Claim.................................................................................... 15

1.131 Senior Management Excluded Parties ....................................................... 15

1.132 The Reserve Note 1 Agreements .............................................................. 15

1.133 The Reserve Note 1 Secured Claims ........................................................ 15

1.134 The Reserve Other Notes Agreements...................................................... 15

1.135 The Reserve Other Notes Secured Claims................................................ 15

1.136 Trade Creditors ........................................................................................ 15

1.137 Tranche B Loan......................................................................................... 15

1.138 Tranche B Notes ....................................................................................... 15

1.139 Tranche C Loan......................................................................................... 15

1.140 Tranche C Notes ....................................................................................... 16

1.141 Unliquidated Claim................................................................................... 16

1.142 Unsecured Claim....................................................................................... 16

1.143 U.S. Trustee .............................................................................................. 16

B.     INTERPRETATION; APPLICATION OF DEFINITIONS AND RULES OF CONSTRUCTION........................................................................ 16

Article II    TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS AND PRIORITY TAX CLAIMS.................................................................. 16

2.1    Administrative Expense Claims................................................ 16

2.2    Professional Compensation and Reimbursement Claims ........................ 17

2.3    DIP Claims................................................................ 18

2.4    Priority Tax Claims........................................................ 18

Article III   CLASSIFICATION OF CLAIMS AND EQUITY INTERESTS ...................... 18

Article IV   TREATMENT OF CLAIMS AND EQUITY INTERESTS .............................. 41

4.1    Classes 1 through 120 – Other Priority Claims ........................ 41

4.2    Classes 121 through 240 – Secured Tax Claims.................................... 41

4.3    Classes 241 through 352 – Prepetition Lender Claims........................... 42

4.4    Classes 353 through 472 – Other Secured Claims.................................. 42

4.5    Class 473 – 223 Developers Secured Claims ......................................... 43

4.6    Class 474 – Grand Woods Secured Claims .......................................... 43

4.7    Class 475 – Portland Group Secured Claims........................................ 43

4.8    Class 476 – Roberts Road Secured Claims.......................................... 44

4.9    Class 477 – The Reserve Note 1 Secured Claims.................................. 44

4.10   Class 478 – The Reserve Other Notes Secured Claims ........................ 44

4.11   Class 479 – North River Secured Claims ............................................ 45

4.12   Class 480 – North Bank Developers Secured Claims............................ 45

4.13   Classes 481 through 488 – Palmetto Bluff Secured Claims .................... 45

4.14   Classes 489 through 496 – CDD Claims ............................................. 45

4.15   Class 497 – Chaparral Pines Investors General Unsecured Claims......... 46

4.16   Class 498 – Portland Group General Unsecured Claims ....................... 46

4.17   Classes 499 through 616 – Other General Unsecured Claims................ 47

4.18   Classes 617 through 736 – Intercompany Equity Interests..................... 47

4.19   Class 737 – Crescent Holdings Equity Interests ..................................... 47

Article V        IDENTIFICATION OF CLAIMS AND EQUITY INTERESTS
                IMPAIRED AND NOT IMPAIRED BY THE PLAN ........................................ 47

        5.1     Impaired and Unimpaired Classes ........................................................... 47

        5.2     Controversy Concerning Impairment ...................................................... 48

Article VI       ACCEPTANCE OR REJECTION OF PLAN; EFFECT OF REJECTION
                BY ONE OR MORE CLASSES OF CLAIMS .................................................. 48

        6.1     Impaired Classes to Vote on Plan ........................................................... 48

        6.2     Acceptance by Class of Creditors and Holders of Equity Interests ........ 48

        6.3     Cramdown .............................................................................................. 48

Article VII      MEANS FOR IMPLEMENTATION ................................................................. 48

        7.1     Non-Substantive Consolidation ............................................................. 48

        7.2     Restructuring and other Corporate Transactions .................................... 49

        7.3     Cancellation of Existing Equity Interests, Notes, and Agreements ......... 50

        7.4     Crescent Holdings Information ............................................................... 51

        7.5     Litigation Trust Arrangements ............................................................... 51

        7.6     Incurrence of New Indebtedness ............................................................ 51

        7.7     Contribution of Claims and Issuance of Reorganized Equity
                Interests ................................................................................................. 53

        7.8     Limited Liability Company Action ......................................................... 53

        7.9     Intercompany Claims ............................................................................. 54

        7.10    Abandoned Property of the Debtors' Estates ........................................... 54

        7.11    Existence ................................................................................................ 55

        7.12    Effectuating Documents and Further Transactions ................................. 55

        7.13    Exemption from Securities Laws ............................................................ 55

        7.14    Transfer Restrictions on Reorganized Equity Interests ........................... 55

Article VIII     THE LITIGATION TRUST ......................................................................... 56

        8.1     Establishment of the Litigation Trust .................................................... 56

        8.2     Purpose of the Litigation Trust .............................................................. 56

        8.3     Litigation Trust Interests ....................................................................... 56

        8.4     Funding Expenses of the Litigation Trust ............................................... 56

| | | |
|---|---|---|
| 8.5 | Transfer of Assets | 57 |
| 8.6 | Valuation of Assets | 57 |
| 8.7 | Litigation; Responsibilities of Litigation Trustee | 58 |
| 8.8 | Investment Powers | 58 |
| 8.9 | Distributions; Withholding | 59 |
| 8.10 | Reporting Duties | 59 |
| 8.11 | Trust Implementation | 61 |
| 8.12 | Registry of Beneficial Interests | 61 |
| 8.13 | Termination | 61 |
| 8.14 | Net Litigation Trust Recovery | 61 |
| Article IX | VOTING AND DISTRIBUTIONS | 62 |
| 9.1 | Voting of Claims | 62 |
| 9.2 | Time and Manner of Distributions | 62 |
| 9.3 | Timeliness of Payments | 63 |
| 9.4 | Distribution Record Date | 63 |
| 9.5 | Date of Distributions | 63 |
| 9.6 | Disbursing Agent | 63 |
| 9.7 | Rights and Powers of Disbursing Agent | 63 |
| 9.8 | Expenses of the Disbursing Agent | 64 |
| 9.9 | Delivery of Distributions | 64 |
| 9.10 | Unclaimed Distributions | 64 |
| 9.11 | Manner of Payment | 64 |
| 9.12 | Fractional Shares | 65 |
| 9.13 | Allocation of Plan Distributions Between Principal and Interest | 65 |
| 9.14 | Minimum Cash Distributions | 65 |
| 9.15 | Setoffs | 65 |
| 9.16 | Limited Recoveries | 65 |
| Article X | PROCEDURES FOR DISPUTED CLAIMS | 66 |
| 10.1 | Objections | 66 |

| | | |
|---|---|---|
| 10.2 | No Payment Pending Allowance | 66 |
| 10.3 | Distributions After Allowance | 66 |
| 10.4 | Resolution of Administrative Expense Claims and other Claims | 66 |
| 10.5 | Estimation of Claims | 66 |
| 10.6 | No Interest Pending Allowance | 67 |
| Article XI | EXECUTORY CONTRACTS AND UNEXPIRED LEASES | 67 |
| 11.1 | Assumption or Rejection of Executory Contracts and Unexpired Leases | 67 |
| 11.2 | Approval of Assumption or Rejection of Executory Contracts and Unexpired Leases | 68 |
| 11.3 | Inclusiveness | 68 |
| 11.4 | Cure of Defaults | 68 |
| 11.5 | Bar Date for Filing Proofs of Claim Relating to Executory Contracts and Unexpired Leases Rejected Pursuant to the Plan | 68 |
| 11.6 | Indemnification Obligations | 69 |
| 11.7 | Insurance Policies | 69 |
| 11.8 | Compensation and Benefit Programs | 70 |
| 11.9 | Retiree Benefits | 70 |
| 11.10 | Customer Programs | 70 |
| Article XII | CORPORATE GOVERNANCE AND MANAGEMENT OF THE REORGANIZED DEBTORS | 71 |
| 12.1 | General | 71 |
| 12.2 | Operations Between Confirmation Date and Effective Date | 72 |
| 12.3 | Reorganized Equity Interests | 72 |
| 12.4 | Managers and Officers of Crescent Investment and the Reorganized Debtors | 72 |
| 12.5 | Issuance of Non-Voting Units | 73 |
| 12.6 | Management Incentive Plan | 73 |
| Article XIII | CONDITIONS PRECEDENT TO EFFECTIVE DATE | 73 |
| 13.1 | Conditions Precedent to Effectiveness | 73 |
| 13.2 | Waiver of Conditions | 74 |

| | | | |
|---|---|---|---|
| | 13.3 | Effect of Failure of Conditions to Effective Date | 74 |
| Article XIV | | EFFECT OF CONFIRMATION | 75 |
| | 14.1 | Discharge of Claims and Termination of Equity Interests | 75 |
| | 14.2 | Discharge of Debtors | 75 |
| | 14.3 | Injunction or Stay | 75 |
| | 14.4 | Term of Injunctions or Stays | 76 |
| | 14.5 | Injunction Against Interference With Plan | 76 |
| | 14.6 | Exculpation | 76 |
| | 14.7 | Releases by Holders of Claims and Equity Interests | 76 |
| | 14.8 | Releases of the Debtors and the Creditors' Committee | 77 |
| | 14.9 | Releases by the Debtors and Reorganized Debtors | 77 |
| | 14.10 | Releases by the Creditors' Committee | 78 |
| | 14.11 | Releases by the Lenders and Agents Under the Prepetition Credit Agreement and DIP Credit Agreement | 79 |
| | 14.12 | 2006 Transaction Causes of Action Not Subject To Discharge, Exculpations or Releases | 79 |
| | 14.13 | Limitations on Exculpation and Releases of Representatives | 79 |
| | 14.14 | Reservation of Rights | 80 |
| | | Except as provided in Section 14.9 hereof, nothing contained in the Plan or the Confirmation Order shall be deemed to be a waiver or relinquishment of any claim, cause of action, right of setoff, or other legal or equitable defense that the Debtors had immediately prior to the Commencement Date, against or with respect to any Claim | 80 |
| | 14.15 | Survival of Certain Obligations | 80 |
| Article XV | | RETENTION OF JURISDICTION | 80 |
| Article XVI | | MISCELLANEOUS PROVISIONS | 82 |
| | 16.1 | Effectuating Documents and Further Transactions | 82 |
| | 16.2 | Withholding and Reporting Requirements | 82 |
| | 16.3 | Exemption from Transfer Taxes | 82 |
| | 16.4 | Expedited Tax Determination | 83 |

16.5     Payment of Statutory Fees .................................................................. 83

16.6     Post-Confirmation Date Professional Fees and Expenses ....................... 83

16.7     Dissolution of the Creditors' Committee ................................................. 83

16.8     Plan Supplement .................................................................................. 83

16.9     Substantial Consummation .................................................................... 84

16.10    Amendments or Modifications of the Plan ............................................. 84

16.11    Revocation or Withdrawal of the Plan ................................................... 84

16.12    Severability .......................................................................................... 84

16.13    Governing Law ..................................................................................... 84

16.14    Binding Effect ....................................................................................... 85

16.15    Exhibits and Schedules ......................................................................... 85

16.16    Notices ................................................................................................. 85

16.17    Time ..................................................................................................... 85

16.18    Section Headings .................................................................................. 86

# TABLE OF CONTENTS

**Page**

<u>SCHEDULES</u>

1.2      Summary of 2006 Transaction

# TABLE OF CONTENTS

**Page**

EXHIBITS

A       Second Lien Facility Term Sheet

Crescent Resources, LLC and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession, propose the following chapter 11 plan pursuant to section 1121(a) of the Bankruptcy Code:

# ARTICLE I

## DEFINITIONS AND INTERPRETATION

**A.      DEFINITIONS**.

The following terms used herein shall have the respective meanings defined below (such meanings to be equally applicable to both the singular and plural):

1.1      *2006 Credit Agreement* means that certain Credit Agreement among Bank of America, N.A. as administrative agent and collateral agent, the lenders party thereto from time to time as lenders, Crescent Resources as the borrower and Crescent Holdings and certain of its subsidiaries as guarantors.

1.2      *2006 Transactions Causes of Action* shall have the meaning ascribed to it on Schedule 1.2 hereof.

1.3      *223 Developers Agreements* means the following agreements entered into between Terrapointe LLC and 223 Developers, LLC: (i) that certain Real Estate Mortgage, dated November 9, 2006, as may have been amended and modified from time to time, and (ii) that certain promissory note, dated November 9, 2006, as may have been amended and modified from time to time.

1.4      *223 Developers Secured Claims* means all Secured Claims arising under the 223 Developers Agreements.

1.5      *Accepting Other General Unsecured Claims Class* means a Class of Other General Unsecured Claims where the holders of the Other General Unsecured Claims therein have voted to accept the Plan in requisite number and amount.

1.6      *Administrative Expense Claim* means any Claim constituting a cost or expense of administration of the Chapter 11 Cases allowed under sections 503(b) (including 503(b)(9)), 507(a)(2), and 507(b) of the Bankruptcy Code), including, without limitation, any actual and necessary costs and expenses of preserving the Debtors' estates, any actual and necessary costs and expenses of operating the Debtors' business, any actual and necessary costs and expenses of the administration and implementation of the Plan, any indebtedness or obligations incurred or assumed by the Debtors, as Debtors in Possession, during the Chapter 11 Cases, including, without limitation, for the acquisition or lease of property or an interest in property or the rendition of services, any allowances of compensation and reimbursement of expenses to the extent allowed by Final Order under section 330 or 503 of the Bankruptcy Code, and any fees or charges assessed against the Debtors' estates under section 1930 of chapter 123 of title 28 of the United States Code.

1.7  ***Administrative Expense Claim Bar Date*** means the deadline for filing proofs of or requests for payment of Administrative Expense Claims, which shall be 60 days after the Effective Date, unless otherwise ordered by the Bankruptcy Court.

1.8  ***Administrative Expense Claim Objection Deadline*** means, as applicable, (a) the day that is the later of (i) the first Business Day that is at least 30 days after the Administrative Expense Claims Bar Date and (ii) as to Administrative Expense Claims filed after the Administrative Expense Claims Bar Date, the first Business Day that is at least 30 days after a Final Order is entered deeming the late filed claim to be treated as timely filed or (b) such later date as may be established by the Bankruptcy Court upon request of the Reorganized Debtors without further notice to parties-in-interest.

1.9  ***Allowed*** means that, with respect to a Claim, (i) such Claim has been listed by the Debtors in the Schedules, as such Schedules may be amended by the Debtors from time to time in accordance with Bankruptcy Rule 1009, as liquidated in amount and not disputed or contingent and no contrary proof of claim has been filed, (ii) a proof of claim with respect to such Claim has been timely filed and no objection thereto has been interposed within the time period set forth in Section 10.1 of the Plan or such other applicable period of limitation fixed by the Bankruptcy Code, the Bankruptcy Rules, or the Bankruptcy Court, or an objection thereto has been interposed and such Claim has been allowed in whole or in part by a Final Order, (iii) such Claim has been expressly allowed by a Final Order or under the Plan, or (iv) such Claim has been compromised, settled, or otherwise resolved pursuant to the authority granted to the Reorganized Debtors pursuant to a Final Order of the Bankruptcy Court or under Sections 10.1, 10.4, or 10.5 of the Plan; provided, however, that Claims allowed solely for the purpose of voting to accept or reject the Plan pursuant to an order of the Bankruptcy Court shall not be considered "Allowed Claims" under the Plan.

1.10  ***Amended Crescent Holdings Operating Agreement*** means the Second Amended and Restated Limited Liability Company Agreement of Reorganized Crescent Holdings to be adopted in accordance with Section 7.2(a) of the Plan, a form of which is to be included in the Plan Supplement.

1.11  ***Amended Crescent Resources Operating Agreement*** means the Third Amended and Restated Limited Liability Company Agreement of Reorganized Crescent Resources to be adopted in accordance with Section 7.2(c) of the Plan, a form of which is to be included in the Plan Supplement.

1.12  ***Avoidance Actions*** means any actions commenced, or that may be commenced before or after the Effective Date, pursuant to sections 544, 547, 548, 549, 550, or 551 of the Bankruptcy Code.

1.13  ***Bank of America*** means Bank of America, N.A.

1.14  ***Bankruptcy Code*** means title 11 of the United States Code, as amended from time to time, as applicable to the Chapter 11 Cases.

1.15    **Bankruptcy Court** means the United States Bankruptcy Court for the Western District of Texas or such other court that exercises jurisdiction over the Chapter 11 Cases.

1.16    **Bankruptcy Rules** means the Federal Rules of Bankruptcy Procedure as promulgated by the United States Supreme Court under section 2075 of title 28 of the United States Code, as amended from time to time, and any Local Rules of the Bankruptcy Court, as applicable to the Chapter 11 Cases.

1.17    **Business Day** means any day other than a Saturday, a Sunday, or any other day on which banking institutions in New York, New York are required or authorized to close by law or executive order.

1.18    **Capital Consideration Allocations** means the allocation of Tranche B Notes, Tranche C Notes, and Reorganized Equity Interests made pursuant to Section 7.6(c) hereof.

1.19    **Cash** means legal tender of the United States of America.

1.20    **Cash Equivalent** means securities or instruments of the type permitted under section 345 of the Bankruptcy Code.

1.21    **Causes of Action** means any and all Claims, Avoidance Actions, and rights of the Debtors, including claims of a Debtor against another Debtor or other affiliate.

1.22    **CDD Claims** means all Claims arising from any legal, valid, and binding first liens for assessments levied and/or imposed at any time by a community development district established under, among other sections, Chapter 190 of the Florida state statutes.

1.23    **Chaparral Pines Investors** means Chaparral Pines Investors, LLC.

1.24    **Chaparral Pines Investors General Unsecured Claims** means an Unsecured Claim against Chaparral Pines Investors other than an Intercompany Claim.

1.25    **Chapter 11 Cases** means the jointly administered cases commenced by the Debtors styled as "In re Crescent Resources, LLC, *et al*." and being jointly administered in the Bankruptcy Court under case number 09-11507 (CAG) under chapter 11 of the Bankruptcy Code.

1.26    **Claim** shall have the meaning ascribed in section 101 of the Bankruptcy Code.

1.27    **Class** means any group of Claims or Equity Interests classified by the Plan as set forth in Article III of the Plan.

1.28    **Class A Litigation Trust Interests** means a beneficial interest in the Litigation Trust to be issued to the holders of Allowed Other General Unsecured Claims which entitles its holder to receive its distribution from the Litigation Trust.

1.29 ***Class B Litigation Trust Interests*** means a beneficial interest in the Litigation Trust to be issued to the holders of Allowed Prepetition Lender Deficiency Claims, which entitles its holder to receive its Pro Rata distribution from the Litigation Trust; <u>provided</u>, that if the Creditors' Committee has fully released all of the Prepetition Lenders from any causes of action (including for the avoidance of doubt any Avoidance Actions) as of the Effective Date and the "Investigation Termination Date" (as such term is defined in the Final DIP Order) has expired without the Creditors' Committee having filed any cause of action against any Prepetition Lender, then the Class B Litigation Trust Interests shall be subordinated to the Class A Litigation Trust Interests distributed to all the holders in any Accepting Other General Unsecured Claims Class such that any distributions that would have been made in respect of the Class B Litigation Trust Units on the basis of a Pro Rata distribution among all Litigation Trust Interests shall be delivered to the Accepting Other General Unsecured Claims Classes (to be distributed among such Accepting Other General Unsecured Claims Classes Pro Rata among such Accepting Other General Unsecured Claims Classes) until the holders of the Allowed Other General Unsecured Claims in such Accepting Other General Unsecured Claims Classes have been paid in full.

1.30 ***Collateral*** means any property or interest in property of the Debtors' estates subject to a Lien, charge, or other encumbrance to secure the payment or performance of a Claim, which Lien, charge, or other encumbrance is not subject to avoidance under the Bankruptcy Code.

1.31 ***Commencement Date*** means June 10, 2009, the date on which each of the respective Debtors filed its voluntary petition under chapter 11 of the Bankruptcy Code.

1.32 ***Confirmation Date*** means the date on which the Clerk of the Bankruptcy Court enters the Confirmation Order on the docket of the Bankruptcy Court with respect to the Chapter 11 Cases.

1.33 ***Confirmation Hearing*** means the hearing to be held by the Bankruptcy Court regarding confirmation of the Plan in accordance with section 1129 of the Bankruptcy Code, as such hearing may be adjourned or continued from time to time.

1.34 ***Confirmation Order*** means the order of the Bankruptcy Court confirming the Plan pursuant to section 1129 of the Bankruptcy Code.

1.35 ***Contingent Claim*** means any Claim, the liability for which attaches or is dependent upon the occurrence of, or is triggered by, an event, which event has not yet occurred as of the date on which such Claim is sought to be estimated or an objection to such Claim is filed, whether or not such event is within the actual or presumed contemplation of the holder of such Claim and whether or not a relationship between the holder of such Claim and the applicable Debtor now or hereafter exists or previously existed.

1.36 ***Creditor*** means any Entity holding a Claim against the Debtors' estates or, pursuant to section 102(2) of the Bankruptcy Code, against property of the Debtors, that arose or is deemed to have arisen prior to or as of the Commencement Date.

1.37 ***Creditors' Committee*** means the statutory creditors' committee appointed pursuant to section 1102 of the Bankruptcy Code in the Chapter 11 Cases, as may be reconstituted from time to time.

1.38 ***Crescent Holdings*** means Crescent Holdings, LLC.

1.39 ***Crescent Holdings Equity Interest*** means an Equity Interest in Crescent Holdings outstanding immediately prior to the Effective Date, excluding, for the avoidance of doubt, any Reorganized Holdings Units and any Crescent Investment Units.

1.40 ***Crescent Investment*** means Crescent Investment LLC, a Delaware limited liability company, formed by the Debtors on or before the Effective Date, and which will elect to be taxed as a corporation.

1.41 ***Crescent Investment Certificate of Formation*** means the certificate of formation of Crescent Investment, to be filed with the Secretary of State of Delaware on or before the Effective Date.

1.42 ***Crescent Investment Operating Agreement*** means the limited liability company operating agreement of Crescent Investment, which will be an exhibit to the Plan Supplement.

1.43 ***Crescent Investment Units*** means the membership units of Crescent Investment.

1.44 ***Crescent Resources*** means Crescent Resources, LLC.

1.45 ***Crescent Resources Equity Interest*** means an Equity Interest in Crescent Resources outstanding immediately prior to the Effective Date.

1.46 ***Customer Programs*** means those customer programs and policies in place on the Commencement Date, which were the subject of that certain Order Pursuant to Sections 105(a), 362(d), 363(b) and 503(b)(1) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 for Authorization to Honor Prepetition Obligations to Customers and Otherwise Continue Customer Programs in the Ordinary Course of Business (Dkt. 50), entered by the Court on June 16, 2009, as more particularly identified on Schedule 11.10 hereto.

1.47 ***Debtors*** means each of Crescent 210 Barton Springs, LLC; Cornerstone Plaza, LLC; Crescent Holdings, LLC; Crescent Resources, LLC; 1780, LLC; 223 Developers, LLC; Ballantyne Properties, LLC; Bartram Crescent Development, LLC; Black Forest on Lake James, LLC; Bridgewater Lakeland Developers, LLC; Brooksville East Developers, LLC; Camp Lake James, LLC; Carolina Centers, LLC (N.C. entity); Carolina Centers, LLC (Del. entity) ; Chaparral Pines Investors, L.L.C.; Chaparral Pines Management, L.L.C.; Chapel Cove at Glengate, LLC; Citall Development, LLC; Clean Water of NC, LLC; CLT Development, LLC; Club Capital, LLC; Club Enterprises, LLC; Club Villas Developers, LLC; Colbert Lane Commercial, LLC; Crescent Communities N.C., LLC; Crescent Communities Realty, LLC; Crescent Communities SC, LLC; Crescent Lakeway, LLC; Crescent Lakeway Management, LLC; Crescent Land & Timber, LLC; Crescent Multifamily Construction, LLC; Crescent

Potomac Greens, LLC; Crescent Potomac Plaza, LLC; Crescent Potomac Properties, LLC; Crescent Potomac Yard Development, LLC; Crescent Potomac Yard, LLC; Crescent Realty Advisors, LLC; Crescent Realty, LLC; Crescent River, LLC; Crescent Rough Hollow, LLC; Crescent Seminole, LLC; Crescent Southeast Club, LLC; Crescent Twin Creeks, LLC; Crescent Yacht Club, LLC; Crescent/Arizona, LLC; Crescent/Florida, LLC; Crescent/Georgia, LLC; Crescent/RGI Capital, LLC; Falls Cove Development, LLC; FP Real Estate One, L.L.C.; Grand Haven Developers, LLC; Grand Woods Developers, LLC; Green Fields Investments, LLC; Gulf Shores Waterway Development, LLC; Hammock Bay Crescent, LLC; Hampton Lakes, LLC; Hampton Ridge Developers, LLC; Hawk's Haven Developers, LLC; Hawk's Haven Golf Course Community Developers, LLC; Hawk's Haven Joint Development, LLC; Hawk's Haven Sponsor, LLC; Headwaters Development Limited Partnership; Hidden Lake Crescent, LLC; Joint Facilities Management, LLC; Lake George Developers, LLC; LandMar Group, LLC; LandMar Management, LLC; Lighthouse Harbor Developers, LLC; May River Forest, LLC; May River Golf Club, LLC; McNinch-Hill Investments, LLC; Milford Estates, LLC; New Riverside, LLC; Nine Corporate Centre Holding Company, LLC; North Bank Developers, LLC; North Hampton, LLC; North River, LLC; Old Wildlife Club, LLC; Oldfield, LLC; Osprey Development, LLC; Palmetto Bluff Club, LLC; Palmetto Bluff Development, LLC; Palmetto Bluff Investments, LLC; Palmetto Bluff Lodge, LLC; Palmetto Bluff Real Estate Company, LLC; Palmetto Bluff Uplands, LLC; Panama City Development, LLC; Park/Marsh, LLC; Parkside Development, LLC; Piedmont Row Development, LLC; Portland Group, LLC; River Paradise, LLC; Roberts Road, LLC; Sailview Properties, LLC; Seddon Place Development, LLC; Springfield Crescent, LLC; StoneWater Bay Properties, LLC; Stratford on Howard Development, LLC; Sugarloaf Country Club, LLC; Sugarloaf Properties, LLC; Sugarloaf Realty, LLC; The Farms, LLC; The Oldfield Realty Company, LLC; The Parks at Meadowview, LLC; The Parks of Berkeley, LLC; The Point on Norman, LLC; The Ranch at the Rim, LLC; The Reserve, LLC; The Retreat on Haw River, LLC; The River Club Realty, LLC; The River Country Club, LLC; The Sanctuary at Lake Wylie, LLC; Trout Creek Developers, LLC; Tussahaw Development, LLC; Twin Creeks Holdings, Ltd.; Twin Creeks Management, LLC; Twin Creeks Operating Co., L.P.; Twin Creeks Property, Ltd.; Two Lake Pony Farm, LLC; and Winding River, LLC.

1.48    ***Debtors in Possession*** means the Debtors in their capacity as debtors in possession in the Chapter 11 Cases pursuant to sections 1101, 1107(a), and 1108 of the Bankruptcy Code.

1.49    ***DIP Claim*** means any Claim against the Debtors arising under the DIP Credit Facility, the DIP Credit Agreement, or the Final DIP Order.

1.50    ***DIP Credit Agreement*** means that certain post-petition loan and security agreement entered into as of June 17, 2009, by and among Crescent Resources, as borrower, Crescent Holdings and certain subsidiary Debtors, as guarantors, the DIP Lenders, Bank of America as agent for the DIP Lenders from time to time party thereto, Wachovia Bank, N.A. and Five Mile Capital II Pooling International LLC, as co-documentation agents for the DIP Lenders, which was approved by a Final Order dated July 27, 2009, and under which the DIP Lenders have provided post-petition financing to the Debtors.

1.51    ***DIP Credit Facility*** means the credit facility pursuant to the DIP Credit Agreement in the aggregate amount of $110,000,000.

1.52    ***DIP Lenders*** means, collectively, the banks and other Entities that are from time to time parties to the DIP Credit Agreement or hold a security interest in collateral under the DIP Credit Agreement or the other "Credit Documents" executed in connection therewith and defined therein, including without limitation the "DIP Lenders," the "Administrative Agent", "L/C Issuer," each "Co-Agent" under and as defined in the DIP Credit Agreement, and any other holders of claims arising under the DIP Credit Agreement, and their successors and assigns.

1.53    ***DIP Notes*** means those certain revolving and term notes issued by Crescent Resources in connection with the DIP Credit Agreement.

1.54    ***Disbursing Agent*** means such Entity as is designated pursuant to Section 9.6 of the Plan to be a disbursing agent.

1.55    ***Disclosure Statement*** means the disclosure statement with respect to the Plan filed with and approved by the Bankruptcy Court in accordance with section 1125 of the Bankruptcy Code, as such disclosure statement may be amended, modified or supplemented.

1.56    ***Disclosure Statement Order*** means the order of the Bankruptcy Court approving the Disclosure Statement and establishing procedures with respect to the solicitation and tabulation of votes to accept or reject the Plan.

1.57    ***Disputed Claim*** means any Claim (including any Administrative Expense Claim) against any Debtor, proof of which was timely and properly filed, that is disputed under the Plan or as to which the Debtors have interposed a timely objection and/or request for estimation in accordance with section 502(c) of the Bankruptcy Code and Bankruptcy Rule 3018, which objection and/or request for estimation has not been withdrawn or determined by a Final Order, and any Claim proof of which was required to be filed by order of the Bankruptcy Court but as to which a proof of claim was not timely or properly filed.

1.58    ***Distribution Record Date*** means, with respect to holders of all Claims, the date that is three (3) days after the Confirmation Date.

1.59    ***Divisions*** means the Debtors' four real estate development divisions, namely, residential, commercial, multifamily, and land management.

1.60    ***Effective Date*** means a Business Day specified by the Debtors and reasonably acceptable to the Requisite Prepetition Lenders on or after the Confirmation Date, on which (i) no stay of the Confirmation Order is in effect, and (ii) the conditions precedent to the effectiveness of the Plan specified in Article XIII of the Plan have been satisfied or waived by the parties entitled to the benefit of those conditions as set forth in Section 13.2.

1.61    ***Electing Holders*** means those holders of Allowed Prepetition Lender Claims receiving Reorganized Equity Interests, after taking into account the Capital Consideration Allocations, which have elected on a properly completed ballot to receive Reorganized Holdings Units instead of Crescent Investment Units.

1.62 **Entity** means a Person, a corporation, a general partnership, a limited partnership, a limited liability company, a limited liability partnership, an association, a joint stock company, a joint venture, an estate, a trust, an unincorporated organization, a governmental unit or any subdivision thereof, including, without limitation, the U.S. Trustee.

1.63 **Equity Interest** means any ownership interest in any of the Debtors.

1.64 **Exit Facility** means the credit facility pursuant to the Exit Facility Agreement in the aggregate amount of $100,000,000 to $150,000,000.

1.65 **Exit Facility Agent** means the administrative agent(s) of the Exit Facility Agreement.

1.66 **Exit Facility Agreement** means the agreements, documents, and instruments, each in form and substance reasonably satisfactory to the Requisite Prepetition Lenders, to be dated on or about the Effective Date and to be entered into among Reorganized Crescent Resources, as borrower, and each of the Reorganized Debtors, other than Reorganized Crescent Resources, and non-debtor affiliates, as guarantors (subject to exceptions to be agreed), the Exit Facility Agent, and the Exit Lenders and all related documents, instruments and agreements entered into or executed in connection therewith, the proceeds of which shall be available for use by the Reorganized Debtors for the purposes described therein, to, among other things, make distributions under the Plan to the holders of Allowed Administrative Expense Claims, Allowed DIP Claims, Allowed Priority Tax Claims, and Professional Compensation and Reimbursement Claims against the Debtors, and to satisfy general working capital requirements of the Reorganized Debtors on and after the Effective Date.

1.67 **Exit Facility Lenders** means, collectively, the lenders party to the Exit Facility Agreement.

1.68 **Final DIP Order** means the order entered by the Bankruptcy Court on July 27, 2009, approving the DIP Credit Agreement and the DIP Credit Facility.

1.69 **Final Order** means an order or judgment of the Bankruptcy Court entered by the Clerk of the Bankruptcy Court on the docket in the Chapter 11 Cases, that has not been reversed, vacated, or stayed, and as to which (i) the time to appeal, petition for *certiorari*, or move for a new trial, reargument, or rehearing has expired, and as to which no appeal, petition for *certiorari*, or other proceedings for a new trial, reargument, or rehearing shall then be pending, or (ii) if an appeal, writ of *certiorari*, new trial, reargument, or rehearing thereof has been sought, such order or judgment of the Bankruptcy Court shall have been affirmed by the highest court to which such order was appealed, or *certiorari* shall have been denied, or a new trial, reargument, or rehearing shall have been denied or resulted in no modification of such order, and the time to take any further appeal, petition for *certiorari* or move for a new trial, reargument, or rehearing shall have expired; <u>provided</u>, <u>however</u>, that the possibility that a motion under Rule 59 or Rule 60 of the Federal Rules of Civil Procedure, or any analogous rule under the Bankruptcy Rules, may be filed relating to such order shall not cause such order to not be a Final Order.

1.70  **Grand Woods Agreements** means the following agreements entered into between Grand Woods Developers, LLC and Palm Coast Forest, LLC: (i) that certain Real Estate Mortgage, dated August 28, 2006, as has been amended and modified from time to time, securing that certain promissory note, dated August 28, 2006, as has been amended and modified from time to time; and (ii) that certain Real Estate Mortgage dated November 30, 2007, as has been amended and modified from time to time, securing that certain promissory note, dated November 30, 2007, as has been amended and modified from time to time.

1.71  **Grand Woods Secured Claims** means all Secured Claims arising under the Grand Woods Agreements.

1.72  **Intercompany Claim** means any Claim against any Debtor held by another Debtor.

1.73  **Intercompany Equity Interest** means any Equity Interest in a Debtor held by any other Debtor.

1.74  **IRS** means the Internal Revenue Service, an agency of the United States Department of Treasury.

1.75  **Lien** means any charge against or interest in property to secure payment of a debt or performance of an obligation.

1.76  **Litigation Trust** means the trust to be created on the Effective Date in accordance with Article VIII of the Plan and the Litigation Trust Agreement for the Litigation Trust Beneficiaries.

1.77  **Litigation Trust Agreement** means the trust agreement, substantially in the form contained in the Plan Supplement.

1.78  **Litigation Trust Assets** means the Litigation Trust Claims, the Litigation Trust Funds, and any other assets acquired by the Litigation Trust after the Effective Date or pursuant to the Plan.

1.79  **Litigation Trust Beneficiaries** means the holders of Allowed Other General Unsecured Claims and Allowed Prepetition Lender Deficiency Claims, as their respective interests appear under the Litigation Trust Agreement.

1.80  **Litigation Trust Board** means three Persons approved prior to the Effective Date by the Bankruptcy Court, or any replacements thereafter selected in accordance with the provisions of the Litigation Trust Agreement, who shall have the authority set forth in the Litigation Trust Agreement.

1.81  **Litigation Trust Claims** means those Causes of Action which have been or may be asserted, by or on behalf of the Debtors or the Debtors' estates, in respect of matters arising prior to the Effective Date, including but not limited to all Causes of Action in respect of Avoidance Actions and certain other claims arising outside the ordinary course of business of the

Debtors. Litigation Trust Claims shall not include any Intercompany Claims or any Causes of Actions against the Litigation Trust Excluded Parties.

1.82 ***Litigation Trust Disputed Claims Reserve*** shall have the meaning ascribed to it in Section 8.10(a)(ii)(3).

1.83 ***Litigation Trust Excluded Parties*** means the Prepetition Lender Excluded Parties, the DIP Lenders, and the Senior Management Excluded Parties.

1.84 ***Litigation Trustee*** means the Entity, solely in its capacity as Litigation Trustee, approved prior to the Effective Date by the Bankruptcy Court to administer the Litigation Trust in accordance with the terms and provisions of Article VIII hereof and the Litigation Trust Agreement.

1.85 ***Litigation Trust Fund Reserve Amount*** means an amount to be fixed from time to time by the Litigation Trust Board, which reserve shall be in place to fund all expenses of the Litigation Trust, including, but not limited to, the fees and expenses of the professionals selected pursuant to the Litigation Trust Agreement and the costs related to any valuations.

1.86 ***Litigation Trust Funds*** means the $250,000 of Cash used to initially fund the Litigation Trust pursuant to Section 8.3 of the Plan.

1.87 ***Litigation Trust Interests*** means the Class A Litigation Trust Interests and the Class B Litigation Trust Interests.

1.88 ***Management Equity Interests*** means Reorganized Holdings Unit grants, options to purchase Reorganized Holding Units and other equity-based compensation to be available for issuance in accordance with the Management Incentive Plan.

1.89 ***Management Incentive Plan*** means the management equity incentive plan to be adopted by Reorganized Crescent Holdings after the Effective Date, which shall provide for the issuance of Management Equity Interests. The Management Incentive Plan will reserve for issuance Reorganized Holding Units which would represent up to 7.5% of the outstanding Reorganized Holding Units if issued immediately after the Effective Date.

1.90 ***Midpoint Equity Value*** means the value estimated in the Disclosure Statement as the midpoint of the "Reorganized Equity Interests Value," and included as a finding in the Confirmation Order.

1.91 ***North Bank Agreements*** means (i) that certain Redevelopment Agreement, dated June 28, 2005, between the City of Jacksonville, the Jacksonville Economic Development Commission, and Landmar Group, LLC, and (ii) that certain related Mortgage and Security Agreement, dated April 15, 2002, as modified by that certain Modification of Mortgage and Security Agreement.

1.92 ***North Bank Developers Secured Claims*** means all Secured Claims arising under the North Bank Agreements.

1.93    *North River Agreements* means the following agreements entered into between North River, LLC and Bridge Associates, LLC, in its capacity as Liquidating Trustee of the chapter 11 bankruptcy estates of Durango Georgia Paper Company, Durango Georgia Converting Company, and Durango Georgia Converting, LLC: (i) that certain promissory note, dated December 28, 2006, as may have been amended or modified from time to time and (ii) that certain Deed to Secure Debt and Security Agreement, dated December 28, 2006, as may have been amended or modified from time to time.

1.94    *North River Secured Claims* means all Secured Claims arising under the North River Agreements.

1.95    *Other General Unsecured Claims* means an Unsecured Claim other than a Prepetition Lender Deficiency Claim, an Intercompany Claim, a Chaparral Pines Investors General Unsecured Claim, or a Portland Group General Unsecured Claim.

1.96    *Other Priority Claim* means any Claim entitled to priority in right of payment under section 507(a) of the Bankruptcy Code, other than an Administrative Expense Claim, a DIP Claim, or a Priority Tax Claim.

1.97    *Other Secured Claim* means any Secured Claim other than a Secured Tax Claim, 223 Developers Secured Claim, Grand Woods Secured Claim, Portland Group Secured Claim, The Reserve Note 1 Secured Claim, The Reserve Other Notes Secured Claim, Roberts Road Secured Claim, Palmetto Bluff Secured Claim, CDD Claim, North River Secured Claims, North Bank Developers Secured Claims, or Prepetition Lender Secured Claim.

1.98    *Palmetto Bluff Agreement* means that certain that certain real estate agreement between WalCam Land Group, L.L.C. and the Palmetto Bluff, LLC, dated July 31, 2000 (as amended and supplemented).

1.99    *Palmetto Bluff Secured Claims* means all Claims arising under the Palmetto Bluff Agreement, to the extent determined, by Final Order or by agreement of the Administrative Agent for the Prepetition Lenders and the Debtors or Reorganized Debtors, to be valid, perfected, and senior to the Prepetition Lender Secured Claims.

1.100   *Person* shall have the meaning set forth in section 101(41) of the Bankruptcy Code.

1.101   *Plan* means this Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, including the Plan Documents, the Plan Supplement, and the exhibits and schedules hereto and thereto, as the same may be amended or modified from time to time in accordance with the provisions of the Bankruptcy Code and the terms of the Plan.

1.102   *Plan Documents* means the documents to be executed, delivered, assumed, and/or performed in conjunction with the consummation of the Plan on the Effective Date, including but not limited to (i) the Exit Facility Agreement, (ii) the Crescent Investment Operating Agreement, (iii) the Amended Crescent Holdings Operating Agreement, (iv) the Amended Crescent Resources Operating Agreement, (v) the list of executory contracts and unexpired leases listed on Schedule 11.1, (vi) the Litigation Trust Agreement, (vii) the identity of

the Person to serve as the Chief Executive Officer of Crescent Investment, (viii) the identity of the Persons to serve as members of the board of managers pursuant to Section 12.4 of the Plan, (ix) the Second Lien Facility, (x) the list of Debtors to be dissolved pursuant to Section 7.8 hereof, (xi) the list of assets to be transferred pursuant to Section 7.8 hereof, (xii) the list of executory contracts listed on Schedule 11.8, and (xiii) the list of executory contracts listed on Schedule 11.10.  Each of the Plan Documents, or the terms thereof, to be entered into as of the Effective Date shall be included in draft form in the Plan Supplement and shall be in form and substance reasonably satisfactory to the Requisite Prepetition Lenders.

      1.103   ***Plan Supplement*** means the document (as may be amended, modified, or supplemented) containing the forms of documents specified in Section 16.8 of the Plan, each in form and substance reasonably satisfactory to the Requisite Prepetition Lenders.

      1.104   ***Portland Group*** means Portland Group, LLC.

      1.105   ***Portland Group Agreements*** means (i) that a certain Deed of Trust, dated March 15, 2005, as may have been amended or modified from time to time, securing that certain promissory date, dated March 5, 2005, as may have been amended or modified from time to time, and (ii) that certain Deed of Trust, dated October 18, 2007, securing that certain promissory note, dated October 18, 2007, as may have been amended or modified from time to time.

      1.106   ***Portland Group General Unsecured Claims*** means an Unsecured Claim against Portland Group other than an Intercompany Claim.

      1.107   ***Portland Group Secured Claims*** means all Secured Claims arising under the Portland Group Agreements.

      1.108   ***Prepetition Credit Agreement*** means that certain First Amended and Restated Credit Agreement, dated as of June 17, 2008, among Crescent Resources, as Borrower, Certain Subsidiaries and Affiliates of the Borrower, as Guarantors, the Lender Parties thereto and Bank of America, as Administrative Agent and Collateral Agent, Bank of America Securities LLC and Morgan Stanley Senior Funding, Inc., as joint Lead Arrangers and Joint Book Managers, Morgan Stanley Senior Funding, Inc., as Syndication Agent, Wachovia Bank, National Association and Key Bank, National Association as Co-Documentation Agents.

      1.109   ***Prepetition Lender Claims*** means all Claims arising under the Prepetition Credit Agreement, including without limitation, any and all Claims arising out of any "Swap Contract" as defined under the Prepetition Credit Agreement and all Claims of the Prepetition Lenders arising under the Final DIP Order.

      1.110   ***Prepetition Lender Deficiency Claim*** means that portion of the Prepetition Lender Claims equal to the total amount of the Prepetition Lender Claims less the Prepetition Lender Secured Claims and less all payments made subsequent to the Commencement Date in respect of the Prepetition Lender Claims.

      1.111   ***Prepetition Lender Excluded Parties*** means, collectively, the banks and other Entities that are or were from time to time parties to the 2006 Credit Agreement or the Prepetition Credit Agreement or otherwise hold a security interest in collateral under the

Prepetition Credit Agreement, the "Collateral Documents" or the other "Credit Documents" executed in connection therewith and defined therein, including without limitation each "Lender," "Revolving Lender," "Administrative Agent," "Collateral Agent," "L/C Issuer," "Swingline Lender," "Book Manager," "Syndication Agent," "Documentation Agent," and "Arranger," each as defined under the 2006 Credit Agreement or the Prepetition Credit Agreement, and any other holders of claims arising under the 2006 Credit Agreement, the Prepetition Credit Agreement, and each of their predecessors-in-interest, successors-in-interest, assigns and the present and former directors, managers, officers, employees, financial advisors, investment bankers, attorneys, and representatives of such Persons.

1.112 ***Prepetition Lender Secured Claim*** means that portion of the Prepetition Lender Claims equal to the Reorganization Equity Interests Value of the Reorganized Debtors plus the face value of the Second Lien Facility.

1.113 ***Prepetition Lenders*** means, collectively, the banks and other Entities that are from time to time parties to the Prepetition Credit Agreement or hold a security interest in collateral under the Prepetition Credit Agreement, "Collateral Documents" or the other "Credit Documents" executed in connection therewith and defined therein, including without limitation each "Lender," "Revolving Lender," "Administrative Agent," "Collateral Agent," "L/C Issuer," "Swingline Lender," and "Arrangers," each as defined under the Prepetition Credit Agreement, and any other holders of claims arising under the Prepetition Credit Agreement, and their successors and assigns.

1.114 ***Priority Tax Claim*** means any Claim of a governmental unit of the kind entitled to priority in payment as specified in sections 502(i) and 507(a)(8) of the Bankruptcy Code.

1.115 ***Professional Compensation and Reimbursement Claims*** means a Claim for services rendered or reimbursement of expenses incurred through and including the Effective Date pursuant to sections 503(b)(2), (3), (4), or (5) of Bankruptcy Code.

1.116 ***Pro Rata*** means, with respect to Claims, at any time, the proportion that the Allowed amount of any Claim in a particular Class or Classes bears to the aggregate Allowed amounts of all Claims in such Class or Classes, unless the Plan provides otherwise.

1.117 ***Reorganized Crescent Holdings*** means Crescent Holdings, as reorganized, as of the Effective Date in accordance with the Plan, and its successors.

1.118 ***Reorganized Crescent Resources*** means Crescent Resources, as reorganized as of the Effective Date in accordance with the Plan, and its successors.

1.119 ***Reorganized Debtors*** means each of the Debtors, as reorganized as of the Effective Date in accordance with the Plan, and their successors.

1.120 ***Reorganized Equity Interests*** means the Crescent Investment Units and the Reorganized Holdings Units, as applicable, to be issued to the holders of Allowed Prepetition Lender Secured Claims, after taking into account the Capital Consideration Allocations.

1.121 **_Reorganized Equity Interests Value_** means the value estimated in the Disclosure Statement as the "Reorganized Equity Interests Value" and included as a finding in the Confirmation Order.

1.122 **_Reorganized Holdings Units_** means the membership units of Reorganized Crescent Holdings.

1.123 **_Requisite Prepetition Lenders_** means the holders of greater than 50% of the aggregate principal amount of the Allowed Prepetition Lender Claims.

1.124 **_Roberts Road Agreements_** means the following agreements entered into between Roberts Road, LLC and Florida Landmark Communities, Inc.: (i) that certain Real Estate Mortgage, dated March 31, 2005, as has been amended and modified from time to time, securing that certain promissory note, dated March 31, 2005, as has been amended and modified from time to time; (ii) that certain Real Estate Mortgage, dated September 29, 2006, as has been amended and modified from time to time, securing that certain promissory note, dated September 29, 2006, as has been amended and modified from time to time; and (iii) that certain Real Estate Mortgage, dated September 26, 2007, as has been amended and modified from time to time, securing that certain promissory note, dated September 26, 2007, as has been amended and modified from time to time.

1.125 **_Roberts Road Secured Claims_** means all Secured Claims arising under the Roberts Road Agreements.

1.126 **_Schedules_** means the schedules of assets and liabilities and the statements of financial affairs filed by the Debtors pursuant to section 521 of the Bankruptcy Code, Bankruptcy Rule 1007, and the Official Bankruptcy Forms of the Bankruptcy Rules, as such schedules and statements may be supplemented or amended on or prior to the Effective Date.

1.127 **_Second Lien Facility_** means the term loan facility to be entered into by certain of the Reorganized Debtors and the Prepetition Lenders in connection with the consummation of the Plan and effective on the Effective Date, in aggregate principal amount not to exceed $465 million, substantially in the form contained in the Plan Supplement and satisfactory to the Requisite Prepetition Lenders.

1.128 **_Second Lien Facility Notes_** means the Tranche B Notes and the Tranche C Notes, collectively.

1.129 **_Secured Claim_** means a Claim against any of the Debtors (a) secured by a valid, perfected, and unavoidable Lien on Collateral or (b) subject to setoff under sections 553, 555, 556, 559, 560, and 561 of the Bankruptcy Code, in each case to the extent of the value of the Collateral or to the extent of the amount subject to setoff, as applicable, as determined in accordance with section 506(a) of the Bankruptcy Code or as otherwise agreed to, in writing, by the Debtors or the Reorganized Debtors, as the case may be, and the holder of such Claim; provided, however, that, to the extent that the value of such interest is less than the amount of the Claim which has the benefit of such security, the unsecured portion of such Claim shall be treated as an Unsecured Claim unless, in any such case, the Class of which such Claim is a part

makes a valid and timely election in accordance with section 1111(b) of the Bankruptcy Code to have such Claim treated as a Secured Claim to the extent allowed.

1.130  ***Secured Tax Claim*** means any Secured Claim that, absent its secured status, would be entitled to priority in right of payment under section 507(a)(8) of the Bankruptcy Code.

1.131  ***Senior Management Excluded Parties*** means any officer of the Debtors serving in such capacity as of the Effective Date.

1.132  ***The Reserve Note 1 Agreements*** means the following agreements entered into between The Reserve, LLC and Florida Landmark Communities, Inc.: that certain Real Estate Mortgage, dated February 25, 2004, as has been amended and modified from time to time, securing that certain promissory note, dated February 25, 2004, as has been amended and modified from time to time.

1.133  ***The Reserve Note 1 Secured Claims*** means all Secured Claims arising under The Reserve Note 1 Agreements.

1.134  ***The Reserve Other Notes Agreements*** means the following agreements entered into between The Reserve, LLC and Florida Landmark Communities, Inc.: (i) that certain Real Estate Mortgage, dated September 20, 2006, as has been amended and modified from time to time, securing that certain promissory note, dated September 20, 2006, as has been amended and modified from time to time; (ii) that certain Real Estate Mortgage, dated September 20, 2006, as has been amended and modified from time to time, securing that certain promissory note, dated September 20, 2006, as has been amended and modified from time to time; and (iii) that certain Real Estate Mortgage, dated September 20, 2006, as has been amended and modified from time to time, securing that certain promissory note, dated September 20, 2006, as has been amended and modified from time to time.

1.135  ***The Reserve Other Notes Secured Claims*** means all Secured Claims arising under The Reserve Other Notes Agreements.

1.136  ***Trade Creditors*** means Creditors with which the Reorganized Debtors will have on-going business relationships following the Effective Date.

1.137  ***Tranche B Loan*** means that certain term loan between Reorganized Crescent Resources and the Prepetition Lenders in an aggregate principal amount of $250 million, as more fully described in the Second Lien Facility, the terms of which are described in more detail in <u>Exhibit A</u> hereto, and otherwise in form and substance satisfactory to the Requisite Prepetition Lenders.

1.138  ***Tranche B Notes*** means the promissory notes evidencing the Tranche B Loan.

1.139  ***Tranche C Loan*** means that certain term loan between Reorganized Crescent Resources and the Prepetition Lenders in an aggregate principal amount not to exceed $215 million, as more fully described in the Second Lien Facility, the terms of which are

described in more detail in <u>Exhibit A</u> hereto and otherwise in form and substance satisfactory to the Requisite Prepetition Lenders.

1.140 ***Tranche C Notes*** means the promissory notes evidencing the Tranche C Loan.

1.141 ***Unliquidated Claim*** means any Claim, the amount of liability for which has not been fixed, whether pursuant to agreement, applicable law, or otherwise, as of the date on which such Claim is sought to be estimated.

1.142 ***Unsecured Claim*** means any Claim that is not a Secured Claim, an Administrative Expense Claim, a Priority Tax Claim, or Other Priority Claim.

1.143 ***U.S. Trustee*** means the United States Trustee appointed under section 581 of title 28 of the United States Code to serve in the Western District of Texas.

## B. INTERPRETATION; APPLICATION OF DEFINITIONS AND RULES OF CONSTRUCTION.

Unless otherwise specified, all section or exhibit references used in the Plan are to the respective section in, or exhibit to, the Plan, as the same may be amended, waived, or modified from time to time. The words "herein," "hereof," "hereto," "hereunder," and other words of similar import refer to the Plan as a whole and not to any particular section, subsection, or clause contained therein. A term used herein that is not defined herein shall have the meaning ascribed to that term in the Bankruptcy Code. The rules of construction contained in section 102 of the Bankruptcy Code shall apply to the Plan. In the event that a particular term of the Plan (including any exhibits or schedules hereto) conflicts with a particular term of the definitive documentation required to be implemented pursuant to the terms of the Plan or any settlement or other agreement contemplated hereunder, the definitive documentation shall control and shall be binding on the parties thereto. The headings in the Plan are for convenience of reference only and shall not limit or otherwise affect the provisions of the Plan.

## ARTICLE II

## TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS AND PRIORITY TAX CLAIMS

### 2.1 ***Administrative Expense Claims.***

(a) <u>Time for Filing Administrative Expense Claims</u>. The holder of an Administrative Expense Claim, other than (i) a Claim covered by Sections 2.2, 2.3, or 2.4 hereof, (ii) a Claim pursuant to section 503(b)(9) of the Bankruptcy Code, (iii) a liability incurred and payable in the ordinary course of business by a Debtor (and not past due), or (iv) an Administrative Expense Claim that has been Allowed on or before the Effective Date, must file with the Bankruptcy Court and serve on the Debtors or the Reorganized Debtors, as applicable, and the U.S. Trustee, notice of such Administrative Expense Claim on or prior to the Administrative Expense Claim Bar Date (i.e., 60 days after the Effective Date). Such notice must include at a minimum (A) the name of the Debtor(s) that are purported to be liable for the

Claim, (B) the name of the holder of the Claim, (C) the amount of the Claim, and (D) the basis for the Claim. Failure to file and serve such notice timely and properly will result in the Administrative Expense Claim being forever barred and discharged.

(b) <u>Allowance of Administrative Expense Claims</u>. An Administrative Expense Claim with respect to which notice has been properly filed and served pursuant to Section 2.1(a) hereof, shall become an Allowed Administrative Expense Claim if no objection is filed on or prior to the Administrative Expense Claim Objection Deadline. If an objection is timely filed, the Administrative Expense Claim shall become an Allowed Administrative Expense Claim only to the extent allowed by Final Order or as such Claim is settled, compromised, or otherwise resolved by the Debtors or Reorganized Debtors pursuant to Section 10.4 hereof.

(c) <u>Payment of Allowed Administrative Expense Claims</u>. Except to the extent that a holder of an Allowed Administrative Expense Claim (other than a claim covered by Sections 2.2, 2.3, or 2.4 hereof) agrees to a less favorable treatment, each Allowed Administrative Expense Claim (including any Allowed Claim asserted under section 503(b)(9) of the Bankruptcy Code) shall be paid by the Reorganized Debtors in full, in Cash, in an amount equal to the unpaid portion of such Allowed Administrative Expense Claim (together with interest from and after the Commencement Date at the applicable non-bankruptcy rate for Administrative Expense Claims asserted under section 503(b)(1)(B) of the Bankruptcy Code) on or as soon as reasonably practicable following the later to occur of (a) the Effective Date or (b) the date on which such Administrative Expense Claim becomes an Allowed Claim; <u>provided</u>, <u>however</u>, that Allowed Administrative Expense Claims (other than a claim covered by Sections 2.2, 2.3, or 2.4 hereof) against any of the Debtors representing liabilities incurred in the ordinary course of business by any of the Debtors, as Debtors in Possession, or liabilities arising under loans or advances to or other obligations incurred by any of the Debtors, as Debtors in Possession, whether or not incurred in the ordinary course of business, shall be paid by the Debtors in the ordinary course of business, consistent with past practice and in accordance with the terms and subject to the conditions of any agreements governing, instruments evidencing, or other documents relating to such transactions.

## 2.2 *Professional Compensation and Reimbursement Claims.*

The Bankruptcy Court shall fix in the Confirmation Order a date for the filing of, and a date to hear and determine, all applications for final allowance of compensation for services rendered or reimbursement of expenses incurred through and including the Confirmation Date under sections 328 and 330 of the Bankruptcy Code or applications for allowance of Administrative Expense Claims arising under section 503(b)(2), 503(b)(3), 503(b)(4), or 503(b)(5) of the Bankruptcy Code. Unless otherwise agreed to by the claimant and the Debtors or the Reorganized Debtors, as applicable, the Allowed Administrative Expense Claims arising under section 330, 331, 503(b)(2), 503(b)(3), 503(b)(4), and 503(b)(5) of the Bankruptcy Code shall be paid in full, in Cash, as soon as practicable following the later to occur of (a) the Effective Date and (b) the date upon which any such Administrative Expense Claim becomes an Allowed Administrative Expense Claim. The Debtors and the Reorganized Debtors, as applicable, are authorized to pay compensation for services rendered or reimbursement of

expenses incurred after the Confirmation Date and until the Effective Date in the ordinary course of business and without the need for Bankruptcy Court approval.

### 2.3 *DIP Claims*.

Except to the extent that a DIP Lender agrees to a different treatment, the DIP Claims shall be paid in full, in Cash, on the Effective Date.

### 2.4 *Priority Tax Claims*.

Except to the extent that a holder of an Allowed Priority Tax Claim has been paid by the Debtors prior to the Effective Date or agrees to a less favorable treatment, each holder of an Allowed Priority Tax Claim shall receive, at the sole option of the Debtors or the Reorganized Debtors, (a) Cash in an amount equal to such Allowed Priority Tax Claim on the Effective Date, (b) in accordance with section 1129(a)(9)(C) of the Bankruptcy Code, equal semi-annual Cash payments in an aggregate amount equal to such Allowed Priority Tax Claim, together with interest at the applicable non-bankruptcy rate, commencing upon the Effective Date and continuing over a period ending not later than five (5) years after the Commencement Date, or (c) such other treatment as shall be determined by the Bankruptcy Court to provide the holder of such Allowed Priority Tax Claim deferred Cash payments having a value, as of the Effective Date, equal to such Allowed Priority Tax Claim.

## ARTICLE III

## CLASSIFICATION OF CLAIMS AND EQUITY INTERESTS

The following table designates the Classes of Claims against and Equity Interests in the Debtors and specifies which of those Classes are (i) impaired or unimpaired by the Plan and (ii) entitled to vote to accept or reject the Plan in accordance with section 1126 of the Bankruptcy Code or (iii) deemed to reject the Plan.

| CLASS | DEBTOR | DESIGNATION | IMPAIRMENT | ENTITLED TO VOTE |
|---|---|---|---|---|
| 1. | Crescent 210 Barton Springs, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 2. | Cornerstone Plaza, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 3. | Crescent Holdings, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 4. | Crescent Resources, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 5. | 1780, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 6. | 223 Developers, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 7. | Ballantyne Properties, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 8. | Bartram Crescent Development, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 9. | Black Forest on Lake James, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 10. | Bridgewater Lakeland Developers, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 11. | Brooksville East Developers, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 12. | Camp Lake James, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |

| CLASS | DEBTOR | DESIGNATION | IMPAIRMENT | ENTITLED TO VOTE |
|---|---|---|---|---|
| 13. | Carolina Centers, LLC (N.C. entity) | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 14. | Carolina Centers, LLC (Del. entity) | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 15. | Chaparral Pines Investors, L.L.C. | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 16. | Chaparral Pines Management, L.L.C. | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 17. | Chapel Cove at Glengate, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 18. | Citall Development, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 19. | Clean Water of NC, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 20. | CLT Development, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 21. | Club Capital, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 22. | Club Enterprises, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 23. | Club Villas Developers, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 24. | Colbert Lane Commercial, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 25. | Crescent Communities N.C., LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 26. | Crescent Communities Realty, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 27. | Crescent Communities SC, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 28. | Crescent Lakeway, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 29. | Crescent Lakeway Management, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 30. | Crescent Land & Timber, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 31. | Crescent Multifamily Construction, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 32. | Crescent Potomac Greens, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 33. | Crescent Potomac Plaza, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 34. | Crescent Potomac Properties, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 35. | Crescent Potomac Yard Development, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 36. | Crescent Potomac Yard, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 37. | Crescent Realty Advisors, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 38. | Crescent Realty, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 39. | Crescent River, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 40. | Crescent Rough Hollow, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 41. | Crescent Seminole, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 42. | Crescent Southeast Club, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 43. | Crescent Twin Creeks, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 44. | Crescent Yacht Club, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 45. | Crescent/Arizona, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 46. | Crescent/Florida, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 47. | Crescent/Georgia, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 48. | Crescent/RGI Capital, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 49. | Falls Cove Development, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |

| CLASS | DEBTOR | DESIGNATION | IMPAIRMENT | ENTITLED TO VOTE |
|---|---|---|---|---|
| 50. | FP Real Estate One, L.L.C. | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 51. | Grand Haven Developers, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 52. | Grand Woods Developers, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 53. | Green Fields Investments, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 54. | Gulf Shores Waterway Development, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 55. | Hammock Bay Crescent, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 56. | Hampton Lakes, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 57. | Hampton Ridge Developers, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 58. | Hawk's Haven Developers, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 59. | Hawk's Haven Golf Course Community Developers, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 60. | Hawk's Haven Joint Development, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 61. | Hawk's Haven Sponsor, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 62. | Headwaters Development Limited Partnership | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 63. | Hidden Lake Crescent, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 64. | Joint Facilities Management, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 65. | Lake George Developers, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 66. | LandMar Group, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 67. | LandMar Management, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 68. | Lighthouse Harbor Developers, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 69. | May River Forest, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 70. | May River Golf Club, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 71. | McNinch-Hill Investments, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 72. | Milford Estates, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 73. | New Riverside, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 74. | Nine Corporate Centre Holding Company, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 75. | North Bank Developers, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 76. | North Hampton, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 77. | North River, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 78. | Old Wildlife Club, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 79. | Oldfield, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 80. | Osprey Development, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 81. | Palmetto Bluff Club, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 82. | Palmetto Bluff Development, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 83. | Palmetto Bluff Investments, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 84. | Palmetto Bluff Lodge, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |

| CLASS | DEBTOR | DESIGNATION | IMPAIRMENT | ENTITLED TO VOTE |
|---|---|---|---|---|
| 85. | Palmetto Bluff Real Estate Company, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 86. | Palmetto Bluff Uplands, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 87. | Panama City Development, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 88. | Park/Marsh, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 89. | Parkside Development, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 90. | Piedmont Row Development, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 91. | Portland Group, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 92. | River Paradise, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 93. | Roberts Road, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 94. | Sailview Properties, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 95. | Seddon Place Development, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 96. | Springfield Crescent, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 97. | StoneWater Bay Properties, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 98. | Stratford on Howard Development, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 99. | Sugarloaf Country Club, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 100. | Sugarloaf Properties, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 101. | Sugarloaf Realty, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 102. | The Farms, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 103. | The Oldfield Realty Company, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 104. | The Parks at Meadowview, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 105. | The Parks of Berkeley, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 106. | The Point on Norman, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 107. | The Ranch at the Rim, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 108. | The Reserve, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 109. | The Retreat on Haw River, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 110. | The River Club Realty, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 111. | The River Country Club, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 112. | The Sanctuary at Lake Wylie, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 113. | Trout Creek Developers, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 114. | Tussahaw Development, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 115. | Twin Creeks Holdings, Ltd. | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 116. | Twin Creeks Management, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 117. | Twin Creeks Operating Co., L.P. | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 118. | Twin Creeks Property, Ltd. | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 119. | Two Lake Pony Farm, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 120. | Winding River, LLC | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 121. | Crescent 210 Barton Springs, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |

| CLASS | DEBTOR | DESIGNATION | IMPAIRMENT | ENTITLED TO VOTE |
|---|---|---|---|---|
| 122. | Cornerstone Plaza, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 123. | Crescent Holdings, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 124. | Crescent Resources, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 125. | 1780, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 126. | 223 Developers, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 127. | Ballantyne Properties, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 128. | Bartram Crescent Development, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 129. | Black Forest on Lake James, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 130. | Bridgewater Lakeland Developers, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 131. | Brooksville East Developers, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 132. | Camp Lake James, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 133. | Carolina Centers, LLC (N.C. entity) | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 134. | Carolina Centers, LLC (Del. entity) | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 135. | Chaparral Pines Investors, L.L.C. | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 136. | Chaparral Pines Management, L.L.C. | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 137. | Chapel Cove at Glengate, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 138. | Citall Development, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 139. | Clean Water of NC, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 140. | CLT Development, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 141. | Club Capital, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 142. | Club Enterprises, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 143. | Club Villas Developers, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 144. | Colbert Lane Commercial, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 145. | Crescent Communities N.C., LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 146. | Crescent Communities Realty, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 147. | Crescent Communities SC, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 148. | Crescent Lakeway, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 149. | Crescent Lakeway Management, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 150. | Crescent Land & Timber, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 151. | Crescent Multifamily Construction, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 152. | Crescent Potomac Greens, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 153. | Crescent Potomac Plaza, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 154. | Crescent Potomac Properties, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 155. | Crescent Potomac Yard Development, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 156. | Crescent Potomac Yard, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 157. | Crescent Realty Advisors, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 158. | Crescent Realty, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |

| CLASS | DEBTOR | DESIGNATION | IMPAIRMENT | ENTITLED TO VOTE |
|---|---|---|---|---|
| 159. | Crescent River, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 160. | Crescent Rough Hollow, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 161. | Crescent Seminole, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 162. | Crescent Southeast Club, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 163. | Crescent Twin Creeks, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 164. | Crescent Yacht Club, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 165. | Crescent/Arizona, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 166. | Crescent/Florida, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 167. | Crescent/Georgia, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 168. | Crescent/RGI Capital, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 169. | Falls Cove Development, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 170. | FP Real Estate One, L.L.C. | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 171. | Grand Haven Developers, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 172. | Grand Woods Developers, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 173. | Green Fields Investments, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 174. | Gulf Shores Waterway Development, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 175. | Hammock Bay Crescent, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 176. | Hampton Lakes, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 177. | Hampton Ridge Developers, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 178. | Hawk's Haven Developers, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 179. | Hawk's Haven Golf Course Community Developers, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 180. | Hawk's Haven Joint Development, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 181. | Hawk's Haven Sponsor, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 182. | Headwaters Development Limited Partnership | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 183. | Hidden Lake Crescent, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 184. | Joint Facilities Management, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 185. | Lake George Developers, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 186. | LandMar Group, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 187. | LandMar Management, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 188. | Lighthouse Harbor Developers, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 189. | May River Forest, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 190. | May River Golf Club, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 191. | McNinch-Hill Investments, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 192. | Milford Estates, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 193. | New Riverside, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 194. | Nine Corporate Centre Holding Company, | Secured Tax Claims | Unimpaired | No (deemed to accept) |

| CLASS | DEBTOR | DESIGNATION | IMPAIRMENT | ENTITLED TO VOTE |
|---|---|---|---|---|
| | LLC | | | |
| 195. | North Bank Developers, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 196. | North Hampton, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 197. | North River, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 198. | Old Wildlife Club, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 199. | Oldfield, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 200. | Osprey Development, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 201. | Palmetto Bluff Club, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 202. | Palmetto Bluff Development, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 203. | Palmetto Bluff Investments, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 204. | Palmetto Bluff Lodge, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 205. | Palmetto Bluff Real Estate Company, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 206. | Palmetto Bluff Uplands, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 207. | Panama City Development, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 208. | Park/Marsh, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 209. | Parkside Development, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 210. | Piedmont Row Development, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 211. | Portland Group, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 212. | River Paradise, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 213. | Roberts Road, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 214. | Sailview Properties, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 215. | Seddon Place Development, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 216. | Springfield Crescent, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 217. | StoneWater Bay Properties, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 218. | Stratford on Howard Development, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 219. | Sugarloaf Country Club, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 220. | Sugarloaf Properties, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 221. | Sugarloaf Realty, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 222. | The Farms, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 223. | The Oldfield Realty Company, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 224. | The Parks at Meadowview, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 225. | The Parks of Berkeley, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 226. | The Point on Norman, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 227. | The Ranch at the Rim, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 228. | The Reserve, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 229. | The Retreat on Haw River, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 230. | The River Club Realty, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |

| CLASS | DEBTOR | DESIGNATION | IMPAIRMENT | ENTITLED TO VOTE |
|---|---|---|---|---|
| 231. | The River Country Club, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 232. | The Sanctuary at Lake Wylie, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 233. | Trout Creek Developers, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 234. | Tussahaw Development, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 235. | Twin Creeks Holdings, Ltd. | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 236. | Twin Creeks Management, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 237. | Twin Creeks Operating Co., L.P. | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 238. | Twin Creeks Property, Ltd. | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 239. | Two Lake Pony Farm, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 240. | Winding River, LLC | Secured Tax Claims | Unimpaired | No (deemed to accept) |
| 241. | Crescent 210 Barton Springs, LLC | Prepetition Lender Claims | Impaired | Yes |
| 242. | Cornerstone Plaza, LLC | Prepetition Lender Claims | Impaired | Yes |
| 243. | Crescent Holdings, LLC | Prepetition Lender Claims | Impaired | Yes |
| 244. | Crescent Resources, LLC | Prepetition Lender Claims | Impaired | Yes |
| 245. | 1780, LLC | Prepetition Lender Claims | Impaired | Yes |
| 246. | Ballantyne Properties, LLC | Prepetition Lender Claims | Impaired | Yes |
| 247. | Bartram Crescent Development, LLC | Prepetition Lender Claims | Impaired | Yes |
| 248. | Black Forest on Lake James, LLC | Prepetition Lender Claims | Impaired | Yes |
| 249. | Bridgewater Lakeland Developers, LLC | Prepetition Lender Claims | Impaired | Yes |
| 250. | Brooksville East Developers, LLC | Prepetition Lender Claims | Impaired | Yes |
| 251. | Camp Lake James, LLC | Prepetition Lender Claims | Impaired | Yes |
| 252. | Carolina Centers, LLC (N.C. entity) | Prepetition Lender Claims | Impaired | Yes |
| 253. | Carolina Centers, LLC (Del. entity) | Prepetition Lender Claims | Impaired | Yes |
| 254. | Chapel Cove at Glengate, LLC | Prepetition Lender Claims | Impaired | Yes |
| 255. | Citall Development, LLC | Prepetition Lender Claims | Impaired | Yes |
| 256. | Clean Water of NC, LLC | Prepetition Lender Claims | Impaired | Yes |
| 257. | CLT Development, LLC | Prepetition Lender Claims | Impaired | Yes |
| 258. | Club Capital, LLC | Prepetition Lender Claims | Impaired | Yes |
| 259. | Club Enterprises, LLC | Prepetition Lender Claims | Impaired | Yes |
| 260. | Club Villas Developers, LLC | Prepetition Lender Claims | Impaired | Yes |
| 261. | Colbert Lane Commercial, LLC | Prepetition Lender Claims | Impaired | Yes |
| 262. | Crescent Communities N.C., LLC | Prepetition Lender Claims | Impaired | Yes |
| 263. | Crescent Communities Realty, LLC | Prepetition Lender Claims | Impaired | Yes |
| 264. | Crescent Communities SC, LLC | Prepetition Lender Claims | Impaired | Yes |
| 265. | Crescent Lakeway, LLC | Prepetition Lender Claims | Impaired | Yes |
| 266. | Crescent Lakeway Management, LLC | Prepetition Lender Claims | Impaired | Yes |
| 267. | Crescent Land & Timber, LLC | Prepetition Lender Claims | Impaired | Yes |

| CLASS | DEBTOR | DESIGNATION | IMPAIRMENT | ENTITLED TO VOTE |
|---|---|---|---|---|
| 268. | Crescent Multifamily Construction, LLC | Prepetition Lender Claims | Impaired | Yes |
| 269. | Crescent Potomac Greens, LLC | Prepetition Lender Claims | Impaired | Yes |
| 270. | Crescent Potomac Plaza, LLC | Prepetition Lender Claims | Impaired | Yes |
| 271. | Crescent Potomac Properties, LLC | Prepetition Lender Claims | Impaired | Yes |
| 272. | Crescent Potomac Yard Development, LLC | Prepetition Lender Claims | Impaired | Yes |
| 273. | Crescent Potomac Yard, LLC | Prepetition Lender Claims | Impaired | Yes |
| 274. | Crescent Realty Advisors, LLC | Prepetition Lender Claims | Impaired | Yes |
| 275. | Crescent Realty, LLC | Prepetition Lender Claims | Impaired | Yes |
| 276. | Crescent River, LLC | Prepetition Lender Claims | Impaired | Yes |
| 277. | Crescent Rough Hollow, LLC | Prepetition Lender Claims | Impaired | Yes |
| 278. | Crescent Southeast Club, LLC | Prepetition Lender Claims | Impaired | Yes |
| 279. | Crescent Twin Creeks, LLC | Prepetition Lender Claims | Impaired | Yes |
| 280. | Crescent Yacht Club, LLC | Prepetition Lender Claims | Impaired | Yes |
| 281. | Crescent/Arizona, LLC | Prepetition Lender Claims | Impaired | Yes |
| 282. | Crescent/Florida, LLC | Prepetition Lender Claims | Impaired | Yes |
| 283. | Crescent/Georgia, LLC | Prepetition Lender Claims | Impaired | Yes |
| 284. | Crescent/RGI Capital, LLC | Prepetition Lender Claims | Impaired | Yes |
| 285. | Falls Cove Development, LLC | Prepetition Lender Claims | Impaired | Yes |
| 286. | FP Real Estate One, L.L.C. | Prepetition Lender Claims | Impaired | Yes |
| 287. | Grand Haven Developers, LLC | Prepetition Lender Claims | Impaired | Yes |
| 288. | Grand Woods Developers, LLC | Prepetition Lender Claims | Impaired | Yes |
| 289. | Green Fields Investments, LLC | Prepetition Lender Claims | Impaired | Yes |
| 290. | Gulf Shores Waterway Development, LLC | Prepetition Lender Claims | Impaired | Yes |
| 291. | Hammock Bay Crescent, LLC | Prepetition Lender Claims | Impaired | Yes |
| 292. | Hampton Lakes, LLC | Prepetition Lender Claims | Impaired | Yes |
| 293. | Hampton Ridge Developers, LLC | Prepetition Lender Claims | Impaired | Yes |
| 294. | Hawk's Haven Developers, LLC | Prepetition Lender Claims | Impaired | Yes |
| 295. | Hawk's Haven Golf Course Community Developers, LLC | Prepetition Lender Claims | Impaired | Yes |
| 296. | Hawk's Haven Joint Development, LLC | Prepetition Lender Claims | Impaired | Yes |
| 297. | Hawk's Haven Sponsor, LLC | Prepetition Lender Claims | Impaired | Yes |
| 298. | Headwaters Development Limited Partnership | Prepetition Lender Claims | Impaired | Yes |
| 299. | Hidden Lake Crescent, LLC | Prepetition Lender Claims | Impaired | Yes |
| 300. | Lake George Developers, LLC | Prepetition Lender Claims | Impaired | Yes |
| 301. | LandMar Group, LLC | Prepetition Lender Claims | Impaired | Yes |
| 302. | LandMar Management, LLC | Prepetition Lender Claims | Impaired | Yes |
| 303. | Lighthouse Harbor Developers, LLC | Prepetition Lender Claims | Impaired | Yes |

| CLASS | DEBTOR | DESIGNATION | IMPAIRMENT | ENTITLED TO VOTE |
|---|---|---|---|---|
| 304. | May River Forest, LLC | Prepetition Lender Claims | Impaired | Yes |
| 305. | May River Golf Club, LLC | Prepetition Lender Claims | Impaired | Yes |
| 306. | McNinch-Hill Investments, LLC | Prepetition Lender Claims | Impaired | Yes |
| 307. | Milford Estates, LLC | Prepetition Lender Claims | Impaired | Yes |
| 308. | New Riverside, LLC | Prepetition Lender Claims | Impaired | Yes |
| 309. | Nine Corporate Centre Holding Company, LLC | Prepetition Lender Claims | Impaired | Yes |
| 310. | North Hampton, LLC | Prepetition Lender Claims | Impaired | Yes |
| 311. | Old Wildlife Club, LLC | Prepetition Lender Claims | Impaired | Yes |
| 312. | Oldfield, LLC | Prepetition Lender Claims | Impaired | Yes |
| 313. | Osprey Development, LLC | Prepetition Lender Claims | Impaired | Yes |
| 314. | Palmetto Bluff Club, LLC | Prepetition Lender Claims | Impaired | Yes |
| 315. | Palmetto Bluff Development, LLC | Prepetition Lender Claims | Impaired | Yes |
| 316. | Palmetto Bluff Investments, LLC | Prepetition Lender Claims | Impaired | Yes |
| 317. | Palmetto Bluff Lodge, LLC | Prepetition Lender Claims | Impaired | Yes |
| 318. | Palmetto Bluff Real Estate Company, LLC | Prepetition Lender Claims | Impaired | Yes |
| 319. | Palmetto Bluff Uplands, LLC | Prepetition Lender Claims | Impaired | Yes |
| 320. | Panama City Development, LLC | Prepetition Lender Claims | Impaired | Yes |
| 321. | Park/Marsh, LLC | Prepetition Lender Claims | Impaired | Yes |
| 322. | Parkside Development, LLC | Prepetition Lender Claims | Impaired | Yes |
| 323. | Piedmont Row Development, LLC | Prepetition Lender Claims | Impaired | Yes |
| 324. | River Paradise, LLC | Prepetition Lender Claims | Impaired | Yes |
| 325. | Roberts Road, LLC | Prepetition Lender Claims | Impaired | Yes |
| 326. | Sailview Properties, LLC | Prepetition Lender Claims | Impaired | Yes |
| 327. | Seddon Place Development, LLC | Prepetition Lender Claims | Impaired | Yes |
| 328. | Springfield Crescent, LLC | Prepetition Lender Claims | Impaired | Yes |
| 329. | StoneWater Bay Properties, LLC | Prepetition Lender Claims | Impaired | Yes |
| 330. | Stratford on Howard Development, LLC | Prepetition Lender Claims | Impaired | Yes |
| 331. | Sugarloaf Country Club, LLC | Prepetition Lender Claims | Impaired | Yes |
| 332. | Sugarloaf Properties, LLC | Prepetition Lender Claims | Impaired | Yes |
| 333. | Sugarloaf Realty, LLC | Prepetition Lender Claims | Impaired | Yes |
| 334. | The Farms, LLC | Prepetition Lender Claims | Impaired | Yes |
| 335. | The Oldfield Realty Company, LLC | Prepetition Lender Claims | Impaired | Yes |
| 336. | The Parks at Meadowview, LLC | Prepetition Lender Claims | Impaired | Yes |
| 337. | The Parks of Berkeley, LLC | Prepetition Lender Claims | Impaired | Yes |
| 338. | The Point on Norman, LLC | Prepetition Lender Claims | Impaired | Yes |
| 339. | The Ranch at the Rim, LLC | Prepetition Lender Claims | Impaired | Yes |

| CLASS | DEBTOR | DESIGNATION | IMPAIRMENT | ENTITLED TO VOTE |
|---|---|---|---|---|
| 340. | The Reserve, LLC | Prepetition Lender Claims | Impaired | Yes |
| 341. | The Retreat on Haw River, LLC | Prepetition Lender Claims | Impaired | Yes |
| 342. | The River Club Realty, LLC | Prepetition Lender Claims | Impaired | Yes |
| 343. | The River Country Club, LLC | Prepetition Lender Claims | Impaired | Yes |
| 344. | The Sanctuary at Lake Wylie, LLC | Prepetition Lender Claims | Impaired | Yes |
| 345. | Trout Creek Developers, LLC | Prepetition Lender Claims | Impaired | Yes |
| 346. | Tussahaw Development, LLC | Prepetition Lender Claims | Impaired | Yes |
| 347. | Twin Creeks Holdings, Ltd. | Prepetition Lender Claims | Impaired | Yes |
| 348. | Twin Creeks Management, LLC | Prepetition Lender Claims | Impaired | Yes |
| 349. | Twin Creeks Operating Co., L.P. | Prepetition Lender Claims | Impaired | Yes |
| 350. | Twin Creeks Property, Ltd. | Prepetition Lender Claims | Impaired | Yes |
| 351. | Two Lake Pony Farm, LLC | Prepetition Lender Claims | Impaired | Yes |
| 352. | Winding River, LLC | Prepetition Lender Claims | Impaired | Yes |
| 353. | Crescent 210 Barton Springs, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 354. | Cornerstone Plaza, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 355. | Crescent Holdings, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 356. | Crescent Resources, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 357. | 1780, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 358. | 223 Developers, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 359. | Ballantyne Properties, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 360. | Bartram Crescent Development, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 361. | Black Forest on Lake James, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 362. | Bridgewater Lakeland Developers, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 363. | Brooksville East Developers, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 364. | Camp Lake James, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 365. | Carolina Centers, LLC (N.C. entity) | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 366. | Carolina Centers, LLC (Del. entity) | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 367. | Chaparral Pines Investors, L.L.C. | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 368. | Chaparral Pines Management, L.L.C. | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 369. | Chapel Cove at Glengate, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 370. | Citall Development, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 371. | Clean Water of NC, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 372. | CLT Development, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 373. | Club Capital, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 374. | Club Enterprises, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 375. | Club Villas Developers, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 376. | Colbert Lane Commercial, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |

| CLASS | DEBTOR | DESIGNATION | IMPAIRMENT | ENTITLED TO VOTE |
|---|---|---|---|---|
| 377. | Crescent Communities N.C., LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 378. | Crescent Communities Realty, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 379. | Crescent Communities SC, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 380. | Crescent Lakeway, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 381. | Crescent Lakeway Management, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 382. | Crescent Land & Timber, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 383. | Crescent Multifamily Construction, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 384. | Crescent Potomac Greens, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 385. | Crescent Potomac Plaza, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 386. | Crescent Potomac Properties, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 387. | Crescent Potomac Yard Development, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 388. | Crescent Potomac Yard, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 389. | Crescent Realty Advisors, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 390. | Crescent Realty, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 391. | Crescent River, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 392. | Crescent Rough Hollow, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 393. | Crescent Seminole, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 394. | Crescent Southeast Club, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 395. | Crescent Twin Creeks, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 396. | Crescent Yacht Club, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 397. | Crescent/Arizona, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 398. | Crescent/Florida, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 399. | Crescent/Georgia, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 400. | Crescent/RGI Capital, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 401. | Falls Cove Development, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 402. | FP Real Estate One, L.L.C. | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 403. | Grand Haven Developers, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 404. | Grand Woods Developers, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 405. | Green Fields Investments, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 406. | Gulf Shores Waterway Development, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 407. | Hammock Bay Crescent, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 408. | Hampton Lakes, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 409. | Hampton Ridge Developers, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 410. | Hawk's Haven Developers, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 411. | Hawk's Haven Golf Course Community Developers, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 412. | Hawk's Haven Joint Development, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |

| CLASS | DEBTOR | DESIGNATION | IMPAIRMENT | ENTITLED TO VOTE |
|---|---|---|---|---|
| 413. | Hawk's Haven Sponsor, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 414. | Headwaters Development Limited Partnership | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 415. | Hidden Lake Crescent, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 416. | Joint Facilities Management, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 417. | Lake George Developers, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 418. | LandMar Group, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 419. | LandMar Management, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 420. | Lighthouse Harbor Developers, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 421. | May River Forest, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 422. | May River Golf Club, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 423. | McNinch-Hill Investments, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 424. | Milford Estates, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 425. | New Riverside, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 426. | Nine Corporate Centre Holding Company, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 427. | North Bank Developers, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 428. | North Hampton, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 429. | North River, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 430. | Old Wildlife Club, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 431. | Oldfield, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 432. | Osprey Development, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 433. | Palmetto Bluff Club, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 434. | Palmetto Bluff Development, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 435. | Palmetto Bluff Investments, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 436. | Palmetto Bluff Lodge, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 437. | Palmetto Bluff Real Estate Company, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 438. | Palmetto Bluff Uplands, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 439. | Panama City Development, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 440. | Park/Marsh, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 441. | Parkside Development, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 442. | Piedmont Row Development, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 443. | Portland Group, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 444. | River Paradise, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 445. | Roberts Road, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 446. | Sailview Properties, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 447. | Seddon Place Development, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 448. | Springfield Crescent, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |

| CLASS | DEBTOR | DESIGNATION | IMPAIRMENT | ENTITLED TO VOTE |
|---|---|---|---|---|
| 449. | StoneWater Bay Properties, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 450. | Stratford on Howard Development, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 451. | Sugarloaf Country Club, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 452. | Sugarloaf Properties, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 453. | Sugarloaf Realty, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 454. | The Farms, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 455. | The Oldfield Realty Company, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 456. | The Parks at Meadowview, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 457. | The Parks of Berkeley, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 458. | The Point on Norman, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 459. | The Ranch at the Rim, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 460. | The Reserve, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 461. | The Retreat on Haw River, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 462. | The River Club Realty, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 463. | The River Country Club, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 464. | The Sanctuary at Lake Wylie, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 465. | Trout Creek Developers, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 466. | Tussahaw Development, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 467. | Twin Creeks Holdings, Ltd. | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 468. | Twin Creeks Management, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 469. | Twin Creeks Operating Co., L.P. | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 470. | Twin Creeks Property, Ltd. | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 471. | Two Lake Pony Farm, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 472. | Winding River, LLC | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 473. | 223 Developers, LLC | 223 Developers Secured Claims | Impaired | Yes |
| 474. | Grand Woods Developers, LLC | Grand Woods Secured Claims | Impaired | Yes |
| 475. | Portland Group, LLC | Portland Group Secured Claims | Unimpaired | No (deemed to accept) |
| 476. | Roberts Road, LLC | Roberts Road Secured Claims | Impaired | Yes |
| 477. | The Reserve, LLC | The Reserve Note 1 Secured Claims | Unimpaired | No (deemed to accept) |
| 478. | The Reserve, LLC | The Reserve Other Notes Secured Claims | Impaired | Yes |
| 479. | North River, LLC | North River Secured Claims | Impaired | Yes |
| 480. | North Bank Developers, LLC | North Bank Developers Secured Claims | Impaired | Yes |
| 481. | Palmetto Bluff, LLC | Palmetto Bluff Secured Claims | Unimpaired | No (deemed to accept) |

| CLASS | DEBTOR | DESIGNATION | IMPAIRMENT | ENTITLED TO VOTE |
|---|---|---|---|---|
| 482. | Palmetto Bluff Development, LLC | Palmetto Bluff Secured Claims | Unimpaired | No (deemed to accept) |
| 483. | Palmetto Bluff Lodge, LLC | Palmetto Bluff Secured Claims | Unimpaired | No (deemed to accept) |
| 484. | Headwaters Development Limited Partnership | Palmetto Bluff Secured Claims | Unimpaired | No (deemed to accept) |
| 485. | Palmetto Bluff Uplands, LLC | Palmetto Bluff Secured Claims | Unimpaired | No (deemed to accept) |
| 486. | May River Forest, LLC | Palmetto Bluff Secured Claims | Unimpaired | No (deemed to accept) |
| 487. | New Riverside, LLC | Palmetto Bluff Secured Claims | Unimpaired | No (deemed to accept) |
| 488. | Crescent Resources, LLC | Palmetto Bluff Secured Claims | Unimpaired | No (deemed to accept) |
| 489. | Bartram Crescent Development, LLC | CDD Claims | Unimpaired | No (deemed to accept) |
| 490. | Bridgewater Lakeland Developers, LLC | CDD Claims | Unimpaired | No (deemed to accept) |
| 491. | Grand Haven Developers, LLC | CDD Claims | Unimpaired | No (deemed to accept) |
| 492. | Grand Woods Developers, LLC | CDD Claims | Unimpaired | No (deemed to accept) |
| 493. | Hampton Ridge Developers, LLC | CDD Claims | Unimpaired | No (deemed to accept) |
| 494. | Hawk's Haven Golf Course Community Developers, LLC | CDD Claims | Unimpaired | No (deemed to accept) |
| 495. | Hawk's Haven Developers, LLC | CDD Claims | Unimpaired | No (deemed to accept) |
| 496. | Trout Creek Developers, LLC | CDD Claims | Unimpaired | No (deemed to accept) |
| 497. | Chaparral Pines Investors, L.L.C. | Chaparral Pines Investors General Unsecured Claims | Impaired | Yes |
| 498. | Portland Group, LLC | Portland Group General Unsecured Claims | Impaired | Yes |
| 499. | Crescent 210 Barton Springs, LLC | Other General Unsecured Claims | Impaired | Yes |
| 500. | Cornerstone Plaza, LLC | Other General Unsecured Claims | Impaired | Yes |
| 501. | Crescent Holdings, LLC | Other General Unsecured Claims | Impaired | Yes |
| 502. | Crescent Resources, LLC | Other General Unsecured Claims | Impaired | Yes |
| 503. | 1780, LLC | Other General Unsecured Claims | Impaired | Yes |
| 504. | 223 Developers, LLC | Other General Unsecured Claims | Impaired | Yes |
| 505. | Ballantyne Properties, LLC | Other General Unsecured Claims | Impaired | Yes |
| 506. | Bartram Crescent Development, LLC | Other General Unsecured Claims | Impaired | Yes |
| 507. | Black Forest on Lake James, LLC | Other General Unsecured | Impaired | Yes |

| CLASS | DEBTOR | DESIGNATION | IMPAIRMENT | ENTITLED TO VOTE |
|---|---|---|---|---|
| | | Claims | | |
| 508. | Bridgewater Lakeland Developers, LLC | Other General Unsecured Claims | Impaired | Yes |
| 509. | Brooksville East Developers, LLC | Other General Unsecured Claims | Impaired | Yes |
| 510. | Camp Lake James, LLC | Other General Unsecured Claims | Impaired | Yes |
| 511. | Carolina Centers, LLC (N.C. entity) | Other General Unsecured Claims | Impaired | Yes |
| 512. | Carolina Centers, LLC (Del. entity) | Other General Unsecured Claims | Impaired | Yes |
| 513. | Chaparral Pines Management, L.L.C. | Other General Unsecured Claims | Impaired | Yes |
| 514. | Chapel Cove at Glengate, LLC | Other General Unsecured Claims | Impaired | Yes |
| 515. | Citall Development, LLC | Other General Unsecured Claims | Impaired | Yes |
| 516. | Clean Water of NC, LLC | Other General Unsecured Claims | Impaired | Yes |
| 517. | CLT Development, LLC | Other General Unsecured Claims | Impaired | Yes |
| 518. | Club Capital, LLC | Other General Unsecured Claims | Impaired | Yes |
| 519. | Club Enterprises, LLC | Other General Unsecured Claims | Impaired | Yes |
| 520. | Club Villas Developers, LLC | Other General Unsecured Claims | Impaired | Yes |
| 521. | Colbert Lane Commercial, LLC | Other General Unsecured Claims | Impaired | Yes |
| 522. | Crescent Communities N.C., LLC | Other General Unsecured Claims | Impaired | Yes |
| 523. | Crescent Communities Realty, LLC | Other General Unsecured Claims | Impaired | Yes |
| 524. | Crescent Communities SC, LLC | Other General Unsecured Claims | Impaired | Yes |
| 525. | Crescent Lakeway, LLC | Other General Unsecured Claims | Impaired | Yes |
| 526. | Crescent Lakeway Management, LLC | Other General Unsecured Claims | Impaired | Yes |
| 527. | Crescent Land & Timber, LLC | Other General Unsecured Claims | Impaired | Yes |
| 528. | Crescent Multifamily Construction, LLC | Other General Unsecured Claims | Impaired | Yes |
| 529. | Crescent Potomac Greens, LLC | Other General Unsecured Claims | Impaired | Yes |
| 530. | Crescent Potomac Plaza, LLC | Other General Unsecured | Impaired | Yes |

| CLASS | DEBTOR | DESIGNATION | IMPAIRMENT | ENTITLED TO VOTE |
|---|---|---|---|---|
| | | Claims | | |
| 531. | Crescent Potomac Properties, LLC | Other General Unsecured Claims | Impaired | Yes |
| 532. | Crescent Potomac Yard Development, LLC | Other General Unsecured Claims | Impaired | Yes |
| 533. | Crescent Potomac Yard, LLC | Other General Unsecured Claims | Impaired | Yes |
| 534. | Crescent Realty Advisors, LLC | Other General Unsecured Claims | Impaired | Yes |
| 535. | Crescent Realty, LLC | Other General Unsecured Claims | Impaired | Yes |
| 536. | Crescent River, LLC | Other General Unsecured Claims | Impaired | Yes |
| 537. | Crescent Rough Hollow, LLC | Other General Unsecured Claims | Impaired | Yes |
| 538. | Crescent Seminole, LLC | Other General Unsecured Claims | Impaired | Yes |
| 539. | Crescent Southeast Club, LLC | Other General Unsecured Claims | Impaired | Yes |
| 540. | Crescent Twin Creeks, LLC | Other General Unsecured Claims | Impaired | Yes |
| 541. | Crescent Yacht Club, LLC | Other General Unsecured Claims | Impaired | Yes |
| 542. | Crescent/Arizona, LLC | Other General Unsecured Claims | Impaired | Yes |
| 543. | Crescent/Florida, LLC | Other General Unsecured Claims | Impaired | Yes |
| 544. | Crescent/Georgia, LLC | Other General Unsecured Claims | Impaired | Yes |
| 545. | Crescent/RGI Capital, LLC | Other General Unsecured Claims | Impaired | Yes |
| 546. | Falls Cove Development, LLC | Other General Unsecured Claims | Impaired | Yes |
| 547. | FP Real Estate One, L.L.C. | Other General Unsecured Claims | Impaired | Yes |
| 548. | Grand Haven Developers, LLC | Other General Unsecured Claims | Impaired | Yes |
| 549. | Grand Woods Developers, LLC | Other General Unsecured Claims | Impaired | Yes |
| 550. | Green Fields Investments, LLC | Other General Unsecured Claims | Impaired | Yes |
| 551. | Gulf Shores Waterway Development, LLC | Other General Unsecured Claims | Impaired | Yes |
| 552. | Hammock Bay Crescent, LLC | Other General Unsecured Claims | Impaired | Yes |
| 553. | Hampton Lakes, LLC | Other General Unsecured | Impaired | Yes |

| CLASS | DEBTOR | DESIGNATION | IMPAIRMENT | ENTITLED TO VOTE |
|---|---|---|---|---|
| | | Claims | | |
| 554. | Hampton Ridge Developers, LLC | Other General Unsecured Claims | Impaired | Yes |
| 555. | Hawk's Haven Developers, LLC | Other General Unsecured Claims | Impaired | Yes |
| 556. | Hawk's Haven Golf Course Community Developers, LLC | Other General Unsecured Claims | Impaired | Yes |
| 557. | Hawk's Haven Joint Development, LLC | Other General Unsecured Claims | Impaired | Yes |
| 558. | Hawk's Haven Sponsor, LLC | Other General Unsecured Claims | Impaired | Yes |
| 559. | Headwaters Development Limited Partnership | Other General Unsecured Claims | Impaired | Yes |
| 560. | Hidden Lake Crescent, LLC | Other General Unsecured Claims | Impaired | Yes |
| 561. | Joint Facilities Management, LLC | Other General Unsecured Claims | Impaired | Yes |
| 562. | Lake George Developers, LLC | Other General Unsecured Claims | Impaired | Yes |
| 563. | LandMar Group, LLC | Other General Unsecured Claims | Impaired | Yes |
| 564. | LandMar Management, LLC | Other General Unsecured Claims | Impaired | Yes |
| 565. | Lighthouse Harbor Developers, LLC | Other General Unsecured Claims | Impaired | Yes |
| 566. | May River Forest, LLC | Other General Unsecured Claims | Impaired | Yes |
| 567. | May River Golf Club, LLC | Other General Unsecured Claims | Impaired | Yes |
| 568. | McNinch-Hill Investments, LLC | Other General Unsecured Claims | Impaired | Yes |
| 569. | Milford Estates, LLC | Other General Unsecured Claims | Impaired | Yes |
| 570. | New Riverside, LLC | Other General Unsecured Claims | Impaired | Yes |
| 571. | Nine Corporate Centre Holding Company, LLC | Other General Unsecured Claims | Impaired | Yes |
| 572. | North Bank Developers, LLC | Other General Unsecured Claims | Impaired | Yes |
| 573. | North Hampton, LLC | Other General Unsecured Claims | Impaired | Yes |
| 574. | North River, LLC | Other General Unsecured Claims | Impaired | Yes |
| 575. | Old Wildlife Club, LLC | Other General Unsecured Claims | Impaired | Yes |
| 576. | Oldfield, LLC | Other General Unsecured | Impaired | Yes |

| CLASS | DEBTOR | DESIGNATION | IMPAIRMENT | ENTITLED TO VOTE |
|---|---|---|---|---|
| | | Claims | | |
| 577. | Osprey Development, LLC | Other General Unsecured Claims | Impaired | Yes |
| 578. | Palmetto Bluff Club, LLC | Other General Unsecured Claims | Impaired | Yes |
| 579. | Palmetto Bluff Development, LLC | Other General Unsecured Claims | Impaired | Yes |
| 580. | Palmetto Bluff Investments, LLC | Other General Unsecured Claims | Impaired | Yes |
| 581. | Palmetto Bluff Lodge, LLC | Other General Unsecured Claims | Impaired | Yes |
| 582. | Palmetto Bluff Real Estate Company, LLC | Other General Unsecured Claims | Impaired | Yes |
| 583. | Palmetto Bluff Uplands, LLC | Other General Unsecured Claims | Impaired | Yes |
| 584. | Panama City Development, LLC | Other General Unsecured Claims | Impaired | Yes |
| 585. | Park/Marsh, LLC | Other General Unsecured Claims | Impaired | Yes |
| 586. | Parkside Development, LLC | Other General Unsecured Claims | Impaired | Yes |
| 587. | Piedmont Row Development, LLC | Other General Unsecured Claims | Impaired | Yes |
| 588. | River Paradise, LLC | Other General Unsecured Claims | Impaired | Yes |
| 589. | Roberts Road, LLC | Other General Unsecured Claims | Impaired | Yes |
| 590. | Sailview Properties, LLC | Other General Unsecured Claims | Impaired | Yes |
| 591. | Seddon Place Development, LLC | Other General Unsecured Claims | Impaired | Yes |
| 592. | Springfield Crescent, LLC | Other General Unsecured Claims | Impaired | Yes |
| 593. | StoneWater Bay Properties, LLC | Other General Unsecured Claims | Impaired | Yes |
| 594. | Stratford on Howard Development, LLC | Other General Unsecured Claims | Impaired | Yes |
| 595. | Sugarloaf Country Club, LLC | Other General Unsecured Claims | Impaired | Yes |
| 596. | Sugarloaf Properties, LLC | Other General Unsecured Claims | Impaired | Yes |
| 597. | Sugarloaf Realty, LLC | Other General Unsecured Claims | Impaired | Yes |
| 598. | The Farms, LLC | Other General Unsecured Claims | Impaired | Yes |
| 599. | The Oldfield Realty Company, LLC | Other General Unsecured | Impaired | Yes |