# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

---------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CRESCENT RESOURCES, LLC, *et. al.*, | : | Case No. 09-11507 (CAG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
---------------------------------------------------------------x

## NOTICE OF FILING BLACKLINE OF DISCLOSURE STATEMENT FOR FIRST AMENDED DISCLOSURE STATEMENT

PLEASE TAKE NOTICE that on January 29, 2010, the above-captioned debtors and debtors in possession (the "Debtors") filed the Disclosure Statement for Joint Plan of Reorganization of Debtors Under Chapter 11 of the Bankruptcy Code [Docket No. 692] (the "Disclosure Statement") and the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 693] (the "Plan").

PLEASE TAKE FURTHER NOTICE that the Court has scheduled a hearing on the Disclosure Statement for March 12, 2010 at 9:00 a.m. (CST) (the "Disclosure Statement Hearing").

PLEASE TAKE FURTHER NOTICE that today the Debtors have filed the **First Amended Disclosure Statement for the Amended Joint Plan of the Debtors Under Chapter 11 of the Bankruptcy Code** [Docket No. 806] (the "First Amended Disclosure Statement").

PLEASE TAKE FURTHER NOTICE that for the convenience of the Court and parties in interest, the Debtors have today filed and attached hereto as Exhibit 1, a blackline comparing the First Amended Disclosure Statement against the Disclosure Statement.

Dated: March 11, 2010
Austin, Texas

*/s/ Martin A. Sosland*
Eric J. Taube (19679350)
HOHMANN, TAUBE & SUMMERS, L.L.P
100 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone: (512) 472-5997
Facsimile: (512) 472-5248

-and-

Martin A. Sosland (18855645)
Lydia T. Protopapas (00797267)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone:  (214) 746-7700
Facsimile:   (214) 746-7777

-and-

Marcia L. Goldstein (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION