| Unit | Customer | Name | Short Name | Invoice | As Of | Cust Protocol | Currency | Total | Current | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 to 180 | 181 to 210 | > 210 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90100 | 85023902 | INTROGEN THERAPEUTICS, INC | N9P | 900068742 | 9/28/2009 | INGN 201-T301 | USD | 1.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.10 |
| 90100 | 85023902 | INTROGEN THERAPEUTICS, INC | N9P | 900071967 | 11/29/2009 | INGN 201-T301 | USD | 1.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.10 |
| 90100 | 85023902 | INTROGEN THERAPEUTICS, INC | N9P | 900073596 | 12/30/2009 | INGN 201-T301 | USD | 0.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.55 | 0.00 |
| 90100 | 85023902 | INTROGEN THERAPEUTICS, INC | N9P | 900075401 | 1/28/2010 | INGN 201-T301 | USD | 0.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.55 | 0.00 | 0.00 |
| 90100 | 85023902 | INTROGEN THERAPEUTICS, INC | N9P | 900076868 | 2/25/2010 | INGN 201-T301 | USD | 0.55 | 0.00 | 0.00 | 0.00 | 0.55 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90100 | 85023902 | INTROGEN THERAPEUTICS, INC | N9P | 900078398 | 3/30/2010 | INGN 201-T301 | USD | 0.55 | 0.00 | 0.00 | 0.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90100 | 85023902 | INTROGEN THERAPEUTICS, INC | N9P | 900080210 | 4/28/2010 | INGN 201-T301 | USD | 0.55 | 0.00 | 0.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90100 | 85023902 | INTROGEN THERAPEUTICS, INC | N9P | 900081613 | 5/28/2010 | INGN 201-T301 | USD | 95.70 | 0.00 | 95.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90100 | 85023902 | INTROGEN THERAPEUTICS, INC | N9P | 900082632 | 6/28/2010 | INGN 201-T301 | USD | 95.70 | 95.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 94700 | 85023902 | INTROGEN THERAPEUTICS, INC. | N9P | 700010379 | 11/29/2006 | INGN 201-T301 | USD | (104.70) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (104.70) |
| 94700 | 85023902 | INTROGEN THERAPEUTICS, INC. | N9P | 700010952 | 12/27/2006 | INGN 201-T301 | USD | (190.11) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (190.11) |
| 94700 | 85023902 | INTROGEN THERAPEUTICS, INC. | N9P | 700030947 | 11/26/2008 | INGN 201-T301 | USD | 159.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 159.75 |
| 94700 | 85023902 | INTROGEN THERAPEUTICS, INC. | N9P | 900081613 | 5/28/2010 | INGN 201-T301 | USD | 0.55 | 0.00 | 0.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 94700 | 85023902 | INTROGEN THERAPEUTICS, INC | N9P | 900082632 | 6/28/2010 | INGN 201-T301 | USD | 0.55 | 0.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900011346 | 7/27/2006 | INGN 201-T301 | USD | 367.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 367.50 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900046712 | 9/30/2008 | INGN 201-T301 | USD | 1,015.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,015.00 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900048295 | 10/31/2008 | INGN 201-T301 | USD | 560.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 560.00 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900049944 | 11/26/2008 | INGN 201-T301 | USD | 116.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 116.60 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900051585 | 12/30/2008 | INGN 201-T301 | USD | 1,487.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,487.50 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900053253 | 1/30/2009 | INGN 201-T301 | USD | 840.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 840.00 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900054898 | 2/26/2009 | INGN 201-T301 | USD | 1,487.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,487.50 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900056580 | 3/31/2009 | INGN 201-T301 | USD | 1,540.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,540.00 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900058438 | 4/29/2009 | INGN 201-T301 | USD | 1,120.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,120.00 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900060900 | 5/29/2009 | INGN 201-T301 | USD | 490.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 490.00 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900062675 | 6/26/2009 | INGN 201-T301 | USD | 875.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 875.00 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900064489 | 7/28/2009 | INGN 201-T301 | USD | 367.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 367.50 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900066172 | 8/27/2009 | INGN 201-T301 | USD | 682.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 682.50 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900067895 | 9/28/2009 | INGN 201-T301 | USD | 1,015.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,015.00 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900069414 | 10/29/2009 | INGN 201-T301 | USD | 560.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 560.00 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900071018 | 11/29/2009 | INGN 201-T301 | USD | 1,330.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,330.00 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900072796 | 12/30/2009 | INGN 201-T301 | USD | 945.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 945.00 | 0.00 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900074314 | 1/29/2010 | INGN 201-T301 | USD | 840.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 840.00 | 0.00 | 0.00 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900075994 | 2/25/2010 | INGN 201-T301 | USD | 1,487.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,487.50 | 0.00 | 0.00 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900077708 | 3/29/2010 | INGN 201-T301 | USD | 1,540.00 | 0.00 | 0.00 | 0.00 | 1,540.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900079374 | 4/28/2010 | INGN 201-T301 | USD | 1,120.00 | 0.00 | 0.00 | 1,120.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900081273 | 5/28/2010 | INGN 201-T301 | USD | 490.00 | 0.00 | 490.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90100 | 77703045 | INTROGEN THERAPEUTICS, INC. | IT1 | 900082328 | 6/28/2010 | INGN 201-T301 | USD | 875.00 | 875.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Col1 | Col2 | Vendor | Code | Invoice | Date | Ref | Curr | Amount | C1 | C2 | C3 | C4 | C5 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900051685 | 12/30/2008 | INGN 201-T302 | USD | 295.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295.35 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900053362 | 1/30/2009 | INGN 201-T302 | USD | 295.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295.35 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900054995 | 2/26/2009 | INGN 201-T302 | USD | 295.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295.35 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900056682 | 3/31/2009 | INGN 201-T302 | USD | 295.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295.35 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900058562 | 4/29/2009 | INGN 201-T302 | USD | 295.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295.35 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900061577 | 5/29/2009 | INGN 201-T302 | USD | 295.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295.35 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900062776 | 6/26/2009 | INGN 201-T302 | USD | 295.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295.35 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900064610 | 7/28/2009 | INGN 201-T302 | USD | 295.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295.35 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900066248 | 8/27/2009 | INGN 201-T302 | USD | 295.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295.35 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900068560 | 9/28/2009 | INGN 201-T302 | USD | 295.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295.35 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900070376 | 10/29/2009 | INGN 201-T302 | USD | 295.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295.35 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900071912 | 11/29/2009 | INGN 201-T302 | USD | 295.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295.35 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900072898 | 12/30/2009 | INGN 201-T302 | USD | 295.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295.35 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900075339 | 1/29/2010 | INGN 201-T302 | USD | 295.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295.35 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900076112 | 2/25/2010 | INGN 201-T302 | USD | 295.35 | 0.00 | 0.00 | 0.00 | 295.35 | 0.00 | 0.00 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900077766 | 3/29/2010 | INGN 201-T302 | USD | 295.35 | 0.00 | 0.00 | 295.35 | 0.00 | 0.00 | 0.00 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900079439 | 4/28/2010 | INGN 201-T302 | USD | 295.35 | 0.00 | 295.35 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900081551 | 5/28/2010 | INGN 201-T302 | USD | 295.35 | 295.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900082411 | 6/28/2010 | INGN 201-T302 | USD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 94700 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 700011217 | 12/27/2006 | INGN 201-T302 | USD | 330.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 330.67 |
| 94700 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 700011703 | 1/30/2007 | INGN 201-T302 | USD | 343.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 343.70 |
| 94700 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 700030949 | 11/26/2008 | INGN 201-T302 | USD | 519.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 519.75 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900046713 | 9/30/2008 | INGN 201-T302 | USD | 840.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 840.00 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900048296 | 10/31/2008 | INGN 201-T302 | USD | 577.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 577.50 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900049945 | 11/26/2008 | INGN 201-T302 | USD | 75.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 75.18 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900052169 | 12/30/2008 | INGN 201-T302 | USD | 280.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 280.00 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900053254 | 1/30/2009 | INGN 201-T302 | USD | 455.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 455.00 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900055488 | 2/26/2009 | INGN 201-T302 | USD | 280.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 280.00 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900056581 | 3/31/2009 | INGN 201-T302 | USD | 1,015.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,015.00 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900058439 | 4/29/2009 | INGN 201-T302 | USD | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900061562 | 5/29/2009 | INGN 201-T302 | USD | 437.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 437.50 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900063281 | 6/26/2009 | INGN 201-T302 | USD | 420.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 420.00 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900064490 | 7/28/2009 | INGN 201-T302 | USD | 945.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 945.00 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900066173 | 8/27/2009 | INGN 201-T302 | USD | 1,680.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,680.00 |
| 90100 | 85023947 | INTROGEN THERAPEUTICS, INC | N9Q | 900067896 | 9/28/2009 | INGN 201-T302 | USD | 840.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 840.00 |
| 90100 | 77703095 | INTROGEN THERAPEUTICS, INC. | IT2 | 900069415 | 10/29/2009 | INGN 201-T302 | USD | 577.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 577.50 |
| 90100 | 77703095 | INTROGEN THERAPEUTICS, INC. | IT2 | 900071019 | 11/29/2009 | INGN 201-T302 | USD | 857.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 857.50 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90100 | 77703095 | INTROGEN THERAPEUTICS, INC. | IT2 | 900072797 | 12/30/2009 | INGN 201-T302 | USD | 630.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630.00 | 0.00 |
| 90100 | 77703095 | INTROGEN THERAPEUTICS, INC. | IT2 | 900074315 | 1/29/2010 | INGN 201-T302 | USD | 455.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 455.00 | 0.00 | 0.00 |
| 90100 | 77703095 | INTROGEN THERAPEUTICS, INC. | IT2 | 900076726 | 2/25/2010 | INGN 201-T302 | USD | 280.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 280.00 | 0.00 | 0.00 |
| 90100 | 77703095 | INTROGEN THERAPEUTICS, INC. | IT2 | 900077709 | 3/29/2010 | INGN 201-T302 | USD | 1,015.00 | 0.00 | 0.00 | 0.00 | 1,015.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90100 | 77703095 | INTROGEN THERAPEUTICS, INC. | IT2 | 900079375 | 4/28/2010 | INGN 201-T302 | USD | 700.00 | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90100 | 77703095 | INTROGEN THERAPEUTICS, INC. | IT2 | 900081274 | 5/28/2010 | INGN 201-T302 | USD | 437.50 | 0.00 | 437.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90100 | 77703095 | INTROGEN THERAPEUTICS, INC. | IT2 | 900082577 | 6/28/2010 | INGN 201-T302 | USD | 420.00 | 420.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90100 | 77703200 | INTROGEN THERAPEUTICS, INC. | IT3 | 900057313 | 3/31/2009 | T201 | USD | 204.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 204.60 |
| 90100 | 77703200 | INTROGEN THERAPEUTICS, INC. | IT3 | 900058440 | 4/29/2009 | T201 | USD | 4,364.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,364.80 |
| 90100 | 77703200 | INTROGEN THERAPEUTICS, INC. | IT3 | 900060901 | 5/29/2009 | T201 | USD | 1,159.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,159.40 |
| 90100 | 77703200 | INTROGEN THERAPEUTICS, INC. | IT3 | 900063410 | 6/26/2009 | T201 | USD | 971.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 971.85 |
| 90100 | 77703200 | INTROGEN THERAPEUTICS, INC. | IT3 | 900078406 | 3/29/2010 | T201 | USD | 204.60 | 0.00 | 0.00 | 0.00 | 204.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90100 | 77703200 | INTROGEN THERAPEUTICS, INC. | IT3 | 900079376 | 4/28/2010 | T201 | USD | 4,364.80 | 0.00 | 0.00 | 4,364.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90100 | 77703200 | INTROGEN THERAPEUTICS, INC. | IT3 | 900081440 | 5/28/2010 | T201 | USD | 1,159.40 | 0.00 | 1,159.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 90100 | 77703200 | INTROGEN THERAPEUTICS, INC. | IT3 | 900082635 | 6/28/2010 | T201 | USD | 971.85 | 971.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | 55,338.74 | 2,658.45 | 2,478.50 | 6,480.70 | 3,055.50 | 0.00 | 3,654.30 | 1,870.90 | 35,140.39 |