**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **CRESCENT RESOURCES, LLC,** *et al.*, | : | **Case No. 09-11507 (CAG)** |
| | : | |
| **Debtors.** | : | **Jointly Administered** |
| | : | |

---------------------------------------------------------------x

**SECOND AMENDMENT TO PLAN SUPPLEMENT IN SUPPORT**
**OF THE DEBTORS' REVISED SECOND AMENDED JOINT PLAN OF**
**REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

This is the second amendment (the "Second Plan Supplement Amendment") to the supplement [Docket No. 935] (the "Plan Supplement") to the Revised Second Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code, dated March 31, 2010 [Docket No. 880] (the "Plan")[1] of Crescent Resources, LLC ("Crescent Resources"), its parent Crescent Holdings, LLC ("Crescent Holdings") and their affiliated debtors as debtors and debtors in possession (collectively, "Crescent" or the "Debtors") filed in accordance with the Plan.[2] **The documents contained in this Second Plan Supplement Amendment are integral to and are hereby made part of the Plan and, if the Plan is approved, shall be approved in the order confirming the Plan.**

PLEASE TAKE NOTICE that a hearing to consider confirmation of the Plan (and in conjunction therewith, approval of this Plan Supplement) (the "Confirmation Hearing") shall be held on **May 20, 2010 and May 21, 2010, each day beginning at 9:00 a.m. (prevailing Central Time)**, before the Honorable Craig A. Gargotta, United States Bankruptcy Judge, United States Bankruptcy Court for the Western District of Texas, 903 San Jacinto, Courtroom No. 1, Austin, Texas, 78701.  The Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtors in open court of the adjourned date(s) at the Confirmation Hearing or any continued hearing.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Plan.

[2] A list of the Debtors in these chapter 11 cases is attached hereto as Exhibit A.  Please take notice that Rim Golf Investors, LLC does not appear on Exhibit A because such entity has been withdrawn from the Debtors' proposed Plan.

PLEASE TAKE FURTHER NOTICE that the Debtors, subject to the terms of the Plan, reserve the right to alter, amend, modify or supplement any document in this Second Plan Supplement Amendment.

Dated:  May 7, 2010
        Austin, Texas

/s/ Martin A. Sosland
Eric J. Taube (19679350)
Mark C. Taylor (19713225)
HOHMANN, TAUBE & SUMMERS, L.L.P.
100 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone:  (512) 472-5997
Facsimile:  (512) 472-5248

Martin A. Sosland (18855645)
Lydia T. Protopapas (00797267)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone:  (214) 746-7700
Facsimile:  (214) 746-7777

Marcia L. Goldstein (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

## <u>SECOND PLAN SUPPLEMENT AMENDMENT DOCUMENTS</u>

**Please note that only the amended, modified, and new Exhibits to the Plan
Supplement are included in this Second Plan Supplement Amendment**


<u>CONTRACT RELATED DOCUMENTS</u>

| | |
|---|---|
| Exhibit D (amended and modified): | Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Section 11.1 of the Plan |

**EXHIBIT A**

| No. | Name of Debtor: | Last 4 Digits of Taxpayer Id. No. |
|---|---|---|
| 1. | Crescent 210 Barton Springs, LLC | 4379 |
| 2. | Cornerstone Plaza, LLC | No EIN applicable |
| 3. | Crescent Holdings, LLC | 3626 |
| 4. | Crescent Resources, LLC | 3582 |
| 5. | 1780, LLC | 2277 |
| 6. | 223 Developers, LLC | 4927 |
| 7. | Ballantyne Properties, LLC | 1507 |
| 8. | Bartram Crescent Development, LLC | 4449 |
| 9. | Black Forest on Lake James, LLC | 1855 |
| 10. | Bridgewater Lakeland Developers, LLC | 0831 |
| 11. | Brooksville East Developers, LLC | No EIN applicable |
| 12. | Camp Lake James, LLC | 2407 |
| 13. | Carolina Centers, LLC (N.C. entity) | 3470 |
| 14. | Carolina Centers, LLC (Del. entity) | 4729 |
| 15. | Chaparral Pines Investors, L.L.C. | 1077 |
| 16. | Chaparral Pines Management, L.L.C. | 6788 |
| 17. | Chapel Cove at Glengate, LLC | 7243 |
| 18. | Citall Development, LLC | 3633 |
| 19. | Clean Water of NC, LLC | 3582 |
| 20. | CLT Development, LLC | 3851 |
| 21. | Club Capital, LLC | 7989 |
| 22. | Club Enterprises, LLC | 3831 |
| 23. | Club Villas Developers, LLC | 5087 |
| 24. | Colbert Lane Commercial, LLC | 2983 |
| 25. | Crescent Communities N.C., LLC | 0306 |
| 26. | Crescent Communities Realty, LLC | 2410 |
| 27. | Crescent Communities SC, LLC | 0305 |
| 28. | Crescent Lakeway, LLC | 3926 |
| 29. | Crescent Lakeway Management, LLC | 4072 |
| 30. | Crescent Land & Timber, LLC | 9013 |
| 31. | Crescent Multifamily Construction, LLC | 42507 |
| 32. | Crescent Potomac Greens, LLC | No EIN applicable |
| 33. | Crescent Potomac Plaza, LLC | No EIN applicable |
| 34. | Crescent Potomac Properties, LLC | No EIN applicable |
| 35. | Crescent Potomac Yard Development, LLC | No EIN applicable |
| 36. | Crescent Potomac Yard, LLC | No EIN applicable |
| 37. | Crescent Realty Advisors, LLC | No EIN applicable |
| 38. | Crescent Realty, LLC | 4004 |
| 39. | Crescent River, LLC | 6365 |
| 40. | Crescent Rough Hollow, LLC | 4882 |
| 41. | Crescent Seminole, LLC | 8302 |

| No. | Name of Debtor: | Last 4 Digits of Taxpayer Id. No. |
|---|---|---|
| 42. | Crescent Southeast Club, LLC | 5725 |
| 43. | Crescent Twin Creeks, LLC | 0190 |
| 44. | Crescent Yacht Club, LLC | 0942 |
| 45. | Crescent/Arizona, LLC | 3582 |
| 46. | Crescent/Florida, LLC | No EIN applicable |
| 47. | Crescent/Georgia, LLC | No EIN applicable |
| 48. | Crescent/RGI Capital, LLC | 6151 |
| 49. | Falls Cove Development, LLC | 22241 |
| 50. | FP Real Estate One, L.L.C. | 6646 |
| 51. | Grand Haven Developers, LLC | 1286 |
| 52. | Grand Woods Developers, LLC | 5005 |
| 53. | Green Fields Investments, LLC | 3582 |
| 54. | Gulf Shores Waterway Development, LLC | 6844 |
| 55. | Hammock Bay Crescent, LLC | No EIN applicable |
| 56. | Hampton Lakes, LLC | 3538 |
| 57. | Hampton Ridge Developers, LLC | 2235 |
| 58. | Hawk's Haven Developers, LLC | 1192 |
| 59. | Hawk's Haven Golf Course Community Developers, LLC | 3562 |
| 60. | Hawk's Haven Joint Development, LLC | 0337 |
| 61. | Hawk's Haven Sponsor, LLC | 0376 |
| 62. | Headwaters Development Limited Partnership | 9149 |
| 63. | Hidden Lake Crescent, LLC | 4587 |
| 64. | Joint Facilities Management, LLC | 7638 |
| 65. | Lake George Developers, LLC | 4965 |
| 66. | LandMar Group, LLC | 3538 |
| 67. | LandMar Management, LLC | 3540 |
| 68. | Lighthouse Harbor Developers, LLC | 1128 |
| 69. | May River Forest, LLC | 9262 |
| 70. | May River Golf Club, LLC | 0952 |
| 71. | McNinch-Hill Investments, LLC | 3378 |
| 72. | Milford Estates, LLC | 3582 |
| 73. | New Riverside, LLC | 1349 |
| 74. | Nine Corporate Centre Holding Company, LLC | No EIN applicable |
| 75. | North Bank Developers, LLC | 7731 |
| 76. | North Hampton, LLC | 3544 |
| 77. | North River, LLC | 7701 |
| 78. | Old Wildlife Club, LLC | 2072 |
| 79. | Oldfield, LLC | 1481 |
| 80. | Osprey Development, LLC | 9515 |
| 81. | Palmetto Bluff Club, LLC | 4599 |
| 82. | Palmetto Bluff Development, LLC | 1383 |
| 83. | Palmetto Bluff Investments, LLC | No EIN applicable |
| 84. | Palmetto Bluff Lodge, LLC | 0969 |

| No. | Name of Debtor: | Last 4 Digits of Taxpayer Id. No. |
|---|---|---|
| 85. | Palmetto Bluff Real Estate Company, LLC | 4124 |
| 86. | Palmetto Bluff Uplands, LLC | No EIN applicable |
| 87. | Panama City Development, LLC | 2207 |
| 88. | Park/Marsh, LLC | 3331 |
| 89. | Parkside Development, LLC | 4819 |
| 90. | Piedmont Row Development, LLC | 0566 |
| 91. | Portland Group, LLC | 1461 |
| 92. | River Paradise, LLC | 0831 |
| 93. | Roberts Road, LLC | 8601 |
| 94. | Sailview Properties, LLC | 3836 |
| 95. | Seddon Place Development, LLC | 1566 |
| 96. | Springfield Crescent, LLC | 6970 |
| 97. | StoneWater Bay Properties, LLC | 3379 |
| 98. | Stratford on Howard Development, LLC | 7491 |
| 99. | Sugarloaf Country Club, LLC | 1688 |
| 100. | Sugarloaf Properties, LLC | 2808 |
| 101. | Sugarloaf Realty, LLC | 8817 |
| 102. | The Farms, LLC | 4921 |
| 103. | The Oldfield Realty Company, LLC | 1481 |
| 104. | The Parks at Meadowview, LLC | 5366 |
| 105. | The Parks of Berkeley, LLC | 1670 |
| 106. | The Point on Norman, LLC | 3958 |
| 107. | The Ranch at the Rim, LLC | 3378 |
| 108. | The Reserve, LLC | 2753 |
| 109. | The Retreat on Haw River, LLC | 4124 |
| 110. | The River Club Realty, LLC | 5750 |
| 111. | The River Country Club, LLC | 5742 |
| 112. | The Sanctuary at Lake Wylie, LLC | 3582 |
| 113. | Trout Creek Developers, LLC | 0536 |
| 114. | Tussahaw Development, LLC | 0184 |
| 115. | Twin Creeks Holdings, Ltd. | 7903 |
| 116. | Twin Creeks Management, LLC | 0188 |
| 117. | Twin Creeks Operating Co., L.P. | 2789 |
| 118. | Twin Creeks Property, Ltd. | 2531 |
| 119. | Two Lake Pony Farm, LLC | 4680 |
| 120. | Winding River, LLC | 0280 |