In re: TXCO Resources Inc., et al., Jointly Administered, Case No. 09-51807

NOTICE OF TRANSFER OF CLAIM APPEARING IN THE DEBTOR'S SCHEDULES PURSUANT TO
F.R.B.P. 3001(e)(2)

**To Transferor**                     **NORPAC CONTROLS LTD**          **Claim No. 1240**
                                       7500 Winston Ave                **Amount of Claim $104,062.80**
                                       Burnaby, BC V5A 4X5

**Name of Transferee** where notices and payments to transferee should be sent:

Creditor Liquidity, L.P.
200 Business Park Drive, Suite 200
Armonk, New York 10504
Phone: (914) 514-8300

No action is required.  Assignor hereby waives any notice of hearing requirements imposed by Rule 3001 of the
Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an
unconditional assignment and the Assignee herein as the valid owner of the Claim.

United States Bankruptcy Court
Western District of Texas
San Antonio Division
546 Hipolito F. Garcia Federal Bldg
615 East Houston Street
San Antonio, TX 78205-8205

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of
my knowledge and belief.

By /s/ Robert J. Tannor_____          Dated:  2/5/2010
Creditor Liquidity, L.P.

**Evidence of Transfer**

NORPAC CONTROLS LTD ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Creditor Liquidity, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504**, its successors and assigns ("Assignee"), all rights, title and interest in and to the claims of Assignor in the aggregate amount of ~~$88,314.49~~ as stated in the Proof of Claim and or Debtor's schedules against TXCO Resources Inc., et al., Jointly Administered in the United States Bankruptcy Court, Western District of Texas ("the Court"), **Case no. 09-51807** or any other court with jurisdiction ⎣$104,062.80$ *JEP*

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim   All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee

IN WITNESS WHEREOF, dated the _5_ day of _Feb_, 2010

By: _____
       (Signature of Authorized Party)

       _NORPAC CONTROLS LTD_
       (Company Name)

       _JENNIFER HENRY_
       (Print name of Authorized Party)

By _____ /s/ Robert J. Tannor _____
         Robert J Tannor

       _____ Creditor Liquidity, LP _____

       _____ 914-514-8300 _____
             (Telephone Number)