# ELMS HARMON MACCHIA, LLC

7800 IH 10 West
Suite #600
San Antonio, Texas 78230-4754

Ph: 210-349-8888    Fax: 210-349-8805
Federal Tax ID#: 74-2859844

January 24, 2010

RICHARD SARTOR, CPA
P.O. BOX 160865
SAN ANTONIO, TX 78280

File #: 07721-00001

Inv #: 19953
Attention:
Resp. Atty: TOM HARMON

07721-00001
RE: TXCO RESOURCES, INC.

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| Dec-23-09 | TH | REVIEW SEVEN MONTH BANKRUPTCY DOCKET SHEET AND DOWNLOAD RELEVANT DOCUMENTS IN ADDITION TO ORIGINAL NOVEMBER 12 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT SENT BY CLIENT IN TXCO RESOURCES DEVELOPMENT CASE. RELEVANT BANKRUPTCY DOCUMENTS TO CLIENT'S PENDING P.O.C., INCLUDING BANKRUPTCY SCHEDULES, DISCLOSURE STATEMENT AND MOST RECENT PLAN OF REORGANIZATION. | 1.50 | 337.50 |
| Jan-08-10 | TH | CONFERENCE WITH CLIENT REGARDING BALLOT TO VOTE FOR PLANS A OR B AND OTHER ISSUES. | 0.30 | 67.50 |
| | TH | REVIEW 11 U.S.C. SECTION 502(b)(7) REGARDING POSSIBLE EFFECT ON CLIENT'S PENDING PROOF OF CLAIM. | 0.50 | 112.50 |
| | | Totals | 2.30 | $517.50 |

**DISBURSEMENTS**

| Date | Description | Disbursements | Receipts |
|---|---|---|---|
| Jan-24-10 | PHOTOCOPY EXPENSE 39 @ 0.25 | 9.75 | |
| | PHOTOCOPY EXPENSE 44 @ 0.25 | 11.00 | |
| | Totals | $20.75 | $0.00 |

EXHIBIT B

| | |
|---|---:|
| **Total Fees & Disbursements** | **$538.25** |
| Previous Balance | $0.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$538.25** |

**Payments received after the 31st will be reflected on your next invoice.

## *ELMS HARMON MACCHIA, LLC*

7800 IH 10 West
Suite #600
San Antonio, Texas 78230-4754

Ph:210-349-8888  Fax:210-349-8805
Federal Tax ID#: 74-2859844

February 15, 2010

RICHARD SARTOR, CPA
P.O. BOX 160865
SAN ANTONIO, TX 78280

Attention:

File #: 07721-00001
Inv #: 20041
Resp. Atty: TOM HARMON

07721-00001
RE: TXCO RESOURCES, INC.

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| Jan-28-10 | TH | REVIEW RECENT BANKRUPTCY DOCKET SHEET FOR RELEVANT FILINGS. | 0.20 | 45.00 |
| | TH | DRAFT LETTER TO CLIENT REGARDING NEED TO MEET TO DISCUSS DAMAGES FOR PROOF OF CLAIM. | 0.20 | 45.00 |
| Feb-09-10 | TH | REVIEW TXCO'S 5/19/08 AND 5/30/08 RESTRICTED STOCK AWARD AGREEMENTS, DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION BASED ON SALE OF ASSETS, BANKRUPTCY COURT'S ORDER CONFIRMING SECOND AMENDED PLAN OF REORGANIZATION BASED ON SALE OF DEBTOR'S ASSETS, AS MODIFIED, BANKRUPTCY COURT'S ORDER AUTHORIZING PAYMENT'S UNDER SEVERANCE AND RETENTION PLAN, DEBTOR'S NOTICE OF ENTRY OF ORDER CONFIRMING SECOND AMENDED PLAN OF REORGANIZATION, & TXCO.'S CHANGE IN CONTROL AGREEMENT. REVIEW SAME AGAINST RELEVANT STATUTORY AND CASELAW. | 4.00 | 900.00 |
| Feb-10-10 | TH | REVIEW CLIENT'S RESTRICTED STOCK AWARD NO. 2007-9 AND NO. 2008-12. | 0.40 | 90.00 |
| | TH | REVIEW BNKRPY. LAW CONCERNING CLASSIFICATION AND VALUATION OF LOST STOCK OPTIONS. REVIEW RECENT CASE LAW IN BANKRUPTCY ON STOCK OPTIONS AS CLAIMS OF EQUITY SECURITY INTERESTS. | 1.00 | 225.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| Feb-11-10 | TH | PREPARE FOR AND CONDUCT MEETING WITH RICK SARTOR TO DISCUSS ISSUES IN CONNECTION WITH PROOF OF CLAIM AND DIVISION OF CLAIMS INTO TWO OR THREE SUBMITTALS. | 1.80 | 405.00 |
| | TH | REVIEW CONSOLIDATED PROCEEDING'S DOCKET SHEET, FOR RECENT FILINGS THAT MIGHT IMPACT PROOF OF CLAIM. | 0.20 | 45.00 |
| | TH | REVIEW AND REPLY TO EMAILS FROM CLIENT REGARDING MY NEED TO REVIEW SCHEDULES II, IV & V FROM 2D. AMEND. PLAN OF REORGANIZATION, AND NEED FOR EMPLOYEE HANDBOOK CHAPTERS ON VACATION, PERSONAL AND SICK LEAVE. | 0.20 | 45.00 |
| | TH | REVIEW EMPLOYEE TXCO. HANDBOOK SECTIONS ON EMPLOYEE VACATION, PERSONAL AND SICK LEAVE. REVIEW SCHEDULE V FROM 2D AMEND. PLAN OF REORGANIZATION. | 0.30 | 67.50 |
| | TH | PRINT OUT AND REVIEW ATTORNEYS HOURS FOR WORK PERFORMED 12/7/10 - 2/11/2010. BREAK UP CERAIN BLOCKS OF TIME INTO MORE DETAILED ELEMENTS. | 0.30 | 67.50 |
| | TH | PRINT OUT AND REVIEW 5TH CIRCUIT CASELAW DETERMINATIVE OF PRE PRETITION SEVERANCE PAY NOT BEING AN ADMINISTRATIVE CLAIM. | 0.40 | 90.00 |
| Feb-12-10 | TH | REVIEW SCHEDULE IV OF 2D AMENDED PLAN OF REORGANIZATION, REFERRING TO EXECUTORY CONTRACTS WITH MR. SARTOR, ET AL., THAT ARE BEING REJECTED BY DEBTOR. | 0.30 | 67.50 |
| | TH | CONFERENCE WITH CLIENT REGARDING SEVERANCE V. CHANGE OF CONTROL COMPENSATION. INITIAL DRAFT OF MOTION FOR REIMBURSEMENT OF ATTORNEYS FEES. | 1.50 | 337.50 |
| | TH | SECOND DRAFTS OF 2 PROOFS OF CLAIM FOR, RESPECTIVELY, $451,626.24 AND $28,765.50. | 0.80 | 180.00 |
| | Totals | | 11.60 | $2,610.00 |

Invoice #:  20041  Page 3  Feb

|  |  |
|---|---|
| **Total Fees & Disbursements** | $2,610.00 |
| Previous Balance | $0.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | $2,610.00 |

**Payments received after the 31st will be reflected on your next invoice.

# ELMS HARMON MACCHIA, LLC

7800 IH 10 West
Suite #600
San Antonio, Texas 78230-4754

Ph:210-349-8888  Fax:210-349-8805
Federal Tax ID#: 74-2859844

February 23, 2010

RICHARD SARTOR, CPA
P.O. BOX 160865
SAN ANTONIO, TX 78280

Attention:

File #: 07721-00001
Inv #: 20046
Resp. Atty: TOM HARMON

07721-00001
RE: TXCO RESOURCES, INC.

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| Feb-15-10 | MM | TELEPHONE CONVERSATIONS WITH RICK SARTOR RE CHANGES TO PROOFS OF CLAIM; REVISE AND BREAK SECOND PROOF OF CLAIM INTO TWO SEPARATE CLAIMS. | 0.20 | 15.00 |
| Feb-18-10 | MM | REVIEW CLAIMS REGISTER VIA BANKRUPTCY ADMINISTRATION WEBSITE FOR PROOFS OF CLAIM FILED BY ANY OFFICERS OF TXCO RESOURCES. | 0.20 | 15.00 |
| Feb-22-10 | TH | SECOND DRAFT OF MOTION FOR ALLOWANCE OF ATTORNEY'S FEES AND REIMBURSEMENT OF NECESSARY EXPENSES. | 0.70 | 157.50 |
|  | MM | PREPARE LETTER TO ALBERT CONLEY FOR TRANSMITTAL OF PROOFS OF CLAIM. | 0.10 | 7.50 |
|  | MM | RECEIPT AND RESPOND TO EMAILS OF RICK SARTOR RE SENDING PROOFS OF CLAIM TO NOTICED PARTIES PER NEW NOTICE FORWARDED TO HIS ATTENTION. | 0.10 | 7.50 |
| Feb-23-10 | TH | FINAL DRAFT OF MOTION FOR ALLOWANCE OF ATTORNEY'S FEES AND REIMBURSEMENT OF NECESSARY EXPENSES. | 0.40 | 90.00 |
|  |  | Totals | 1.70 | $292.50 |

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---:|---:|
| | POSTAGE EXPENSE | 8.46 | |
| Feb-16-10 | POSTAGE EXPENSE $2.92 x 3 | 8.76 | |
| Feb-22-10 | POSTAGE EXPENSE $2.75 x 3 | 8.25 | |
| | Totals | $25.47 | $0.00 |
| | **Total Fees & Disbursements** | | $317.97 |
| | Previous Balance | | $2,610.00 |
| | Previous Payments | | $0.00 |
| | **Balance Due Now** | | $2,927.97 |

**Payments received after the 31st will be reflected on your next invoice.