# *Michael Scott Zimmerer, P.C.*
13750 San Pedro Ave.
Suite 920
San Antonio, Texas 78232

Ph:(210) 224-7660    Fax:(210) 490-4590

James Brymer  
P.O. Box 141  
Pleasanton, Tx  
78064

May 21, 2009

**Attention:** Mr. James Brymer

File #: 1128  
Inv #: 303

**RE:** Mineral Liens

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-21-09 | Preparation and Recording of Nine (9) Mineral Interest Lien Affidavits in the Counties of Maverick, Dimmit, Zapata and Jim Hogg ($300 ea.) | | 2,700.00 | MSZ |
| | Totals | 0.00 | $2,700.00 | |
| | COURTESY DISCOUNT (15%) | | 405.00 | |
| | Total Fees After Discount | | $2,295.00 | |

**DISBURSEMENTS**

| | Filing Fee | | 524.00 | |
|---|---|---|---|---|
| | Totals | | $524.00 | |

**Total Fee & Disbursements**   $2,819.00

**Balance Now Due**   $2,819.00

TAX ID Number    26-1793679



EXHIBIT A

## *Michael Scott Zimmerer, P.C.*
13750 San Pedro Ave.
Suite 920
San Antonio, Texas 78232

Ph:(210) 224-7660    Fax:(210) 490-4590

James Brymer
P.O. Box 141
Pleasanton, Tx
78064

July 7, 2009

**Attention:** Mr. James Brymer

File #: 1128
Inv #: 327

RE: Mineral Liens

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jun-11-09 | Review status of TxCo Resources and Aspen Exploration bankruptcy cases; Draft and file notice of appearance in bankruptcy cases on behalf of Mesa Safety (NO CHARGE) | 0.30 | 0.00 | MSZ |
| | Totals | 0.30 | $0.00 | |

**DISBURSEMENTS**

| | | | | |
|---|---|---|---|---|
| Jun-12-09 | Postage - Mail Notice of Appearance of Respresentation of Mesa Safety to Debtor and Creditors (required by statute) | | 102.34 | |
| | Totals | | $102.34 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$102.34** |
| Previous Balance | 2,819.00 |
| Previous Payments | 2,819.00 |
| **Balance Now Due** | **$102.34** |

TAX ID Number    26-1793679

**PAYMENT DETAILS**

09-51807-rbk Doc#1366-1 Filed 03/09/10 Entered 03/09/10 13:23:43 Exhibit Invoices for Serviced Rendered Pg 3 of 10

| | | |
|---|---|---|
| Jun-01-09 | For Services Rendered | 2,819.00 |

**Total Payments** $2,819.00

# *Michael Scott Zimmerer, P.C.*

13750 San Pedro Ave.
Suite 920
San Antonio, Texas 78232

Ph:(210) 224-7660     Fax:(210) 490-4590

James Brymer                                                October 1, 2009
P.O. Box 141
Pleasanton, Tx
78064

**Attention:** Mr. James Brymer

File #: 1128
Inv #: 413

**RE:** Mineral Liens

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-18-09 | Draft and file proof of secured claim in TXCO Resource bankruptcy | 1.00 | 0.00 | MSZ |
| Sep-29-09 | Draft and file amended proof of claim in TXCO bankruptcy; Draft notice of perfection of lien claims in TXCO bankruptcy | 0.50 | 0.00 | MSZ |
| Oct-01-09 | File and serve notice of secured status in TXCO Resources bankruptcy | 0.20 | 0.00 | MSZ |
|  | Flat fee for preparation of Proof of Claim |  | 150.00 | MSZ |
|  | Totals | 1.70 | $150.00 |  |

**DISBURSEMENTS**

| | | | |
|---|---|---|---|
| Sep-15-09 | Courier Expense - service of claim | | 45.90 |
| Sep-29-09 | Photocopies - claim exhibits | | 11.00 |
| | Totals | | $56.90 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$206.90** |
| Previous Balance | 175.00 |
| Previous Payments | 175.00 |
| **Balance Now Due** | **$206.90** |

TAX ID Number    26-1793679

## PAYMENT DETAILS

| Aug-10-09 | For Services Rendered | 175.00 |

**Total Payments**     **$175.00**

## *Michael Scott Zimmerer, P.C.*
13750 San Pedro Ave.
Suite 920
San Antonio, Texas 78232

Ph:(210) 224-7660        Fax:(210) 490-4590

James Brymer                                                    October 30, 2009
P.O. Box 141
Pleasanton, Tx
78064

|  |  |
|---|---|
| File #: | 1128 |
| Inv #: | 430 |

**Attention:** Mr. James Brymer

**RE:** Mineral Liens

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-19-09 | Review TXCO Resources' notice of intent to sell Burr C Lease: Draft and file objection to same | 1.20 | 210.00 | MSZ |
| Oct-21-09 | Prepare and file exhibit list for hearing; Forward exhibit to debtor's counsel; Prepare for hearing | 0.50 | 87.50 | MSZ |
| Oct-22-09 | Attend hearing on motion to approve sale of working interest in Burr C lease; Telephone call with James Brymer | 1.00 | 175.00 | MSZ |
| | Totals | 2.70 | $472.50 | |
| | COURTESY DISCOUNT (50% WRITE-DOWN) | | 236.25 | |
| | Total Fees After Discount | | $236.25 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$236.25** |
| Previous Balance | 206.90 |
| Previous Payments | 206.90 |
| **Balance Now Due** | **$236.25** |

TAX ID Number    26-1793679

## PAYMENT DETAILS

| | | |
|---|---|---|
| Oct-07-09 | For Services Rendered | 206.90 |
| | **Total Payments** | **$206.90** |

# *Michael Scott Zimmerer, P.C.*
13750 San Pedro Ave.
Suite 920
San Antonio, Texas 78232

Ph:(210) 224-7660  Fax:(210) 490-4590

James Brymer  
P.O. Box 141  
Pleasanton, Tx  
78064  

December 2, 2009

**Attention:** Mr. James Brymer

File #: 1128  
Inv #: 452

**RE:** Mineral Liens

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Nov-30-09 | Respond to and provide lien information with Meghan Bishop, attorney for TXCO Resources, in connection with the debtor's lien review and analysis | 0.50 | 87.50 | MSZ |
| | Totals | 0.50 | $87.50 | |

| | |
|---|---|
| **Total Fee & Disbursements** | $87.50 |
| Previous Balance | 236.25 |
| Previous Payments | 236.25 |
| **Balance Now Due** | **$87.50** |

TAX ID Number    26-1793679

**PAYMENT DETAILS**

| Nov-05-09 | For Services Rendered | 236.25 |
|---|---|---|
| | **Total Payments** | **$236.25** |

*Michael Scott Zimmerer, P.C.*
13750 San Pedro Ave.
Suite 920
San Antonio, Texas 78232

Ph:(210) 224-7660    Fax:(210) 490-4590

James Brymer
P.O. Box 141
Pleasanton, Tx
78064

February 18, 2010

**Attention:** Mr. James Brymer

File #:  1128
Inv #:   491

**RE:**    Mineral Liens

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-04-10 | Review plan and disclosure statement; Analyze for treatment of Mesa Safety claims; Phone call with James Brymer re: proposed plans and recommendation concerning votes | 3.00 | 525.00 | MSZ |
| Jan-15-10 | Prepare and cast ballots in favor of sale plan of reorganization | 1.00 | 175.00 | MSZ |
| Jan-19-10 | Exchange faxes with James Brymer re: plan and claim amount (NO CHARGE) | 0.30 | 0.00 | MSZ |
| Jan-29-10 | Draft and file amended proof of claim | 0.50 | 87.50 | MSZ |
| Feb-04-10 | Review notice of approval of sale of assets and opportunity for reimbursement of attorney's fees to unsecured creditors; Forward to James Brymer with letter of explanation (NO CHARGE) | 0.30 | 0.00 | MSZ |
| Feb-15-10 | Review letter from Meghan Bishop re: lien releases; Forward to James Brymer; Phone call with James Brymer re: same | 0.30 | 52.50 | MSZ |
| Feb-16-10 | Office conference with James Brymer re: lien releases and anticipated payment of claim; Execution of lien releases and forward to Meghan Bishop | 1.00 | 175.00 | MSZ |
| | Totals | 6.40 | $1,015.00 | |

## DISBURSEMENTS

| Feb-16-10 | Courier Expense  - delivery of lien releases | 20.00 |
|---|---|---|
| | Totals | $20.00 |

| | Total Fee & Disbursements | $1,035.00 |
|---|---|---|
| | Previous Balance | 87.50 |
| | Previous Payments | 87.50 |
| | **Balance Now Due** | **$1,035.00** |

TAX ID Number    26-1793679

## PAYMENT DETAILS

| Dec-07-09 | For Services Rendered | 87.50 |
|---|---|---|
| | **Total Payments** | **$87.50** |