# UNITED STATES BANKRUPTCY COURT

Western District of Texas

In re TXCO Resources, Inc.        ,        Case No. 09-51807

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Fowler, Rodriguez, Valdes-Fauli | Jake's Equipment & Repair, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  1331 Lamar, Suite 1560
  Houston, TX 77010

Court Claim # (if known):   1262
Amount of Claim:   $254,738.10
Date Claim Filed:   09/14/2009

Phone: 713-654-1560
Last Four Digits of Acct #: _____

Phone: 281-999-5142
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____        Date: 3/10/10
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the adequacy and sufficiency of which are hereby acknowledged, Jake's Equipment & Repair, LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Fowler, Rodriguez, Valdes-Fauli, Flint, Gray, McCoy, Sullivan and Carroll, L.L.P. or its designee ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of Two Hundred Fifty-Four Thousand Seven Hundred Thirty-Eight and 10/100 ($254,738.10) Dollars (the "Assigned Claim"), against TXCO Resources Inc. ("Debtor"), the debtor-in-possession in Case No. 09-51607 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Texas (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on March 9, 2010.

Jake's Equipment & Repair, LLC

By: *James C. Rollings*
James C. Rollings

SUBSCRIBED AND SWORN TO BEFORE ME on this 9th day of March, 2010.



Notary Public
State of Texas

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: §
§
TXCO Resources, Inc. § Case No. 09-51807
§
Debtor §
§
§

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 1262 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on March 10, 2010.

| James C. Rollings d/b/a Jake's Equipment & Repair | Fowler, Rodriguez, Valdes-Fauli |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| 6060 Romona Blvd.<br>Houston, Texas 77086 | 1331 Lamar, Suite 1560<br>Houston, Texas 77010 |

Date: _____

_____
Clerk of The Court