

**Unison Drilling, Inc.**
P.O. Box 715
Devine, Texas 78016
830-663-4700
fax 830-663-4725

September 18, 2008


Steve Carter
TXCO Resources, Inc.
777 East Sonterra Blvd., Suite 350
San Antonio, Texas 78232


RE: Contract Amendment Letter to the IADC contract for the Briscoe-Saner #2-24H
executed by both parties on August 25, 2008.


Dear Steve,

This letter will serve as an Admendment to the above referenced contract to include
a 2nd well.
All terms and conditions of this contract will remain in effect except for the following
changes.

1. Well Name & Number shall be Chittim # 1-376, Maverick County, Texas.


Agreed and Accepted by the following.

OPERATOR: TXCO Resources, Inc.          CONTRACTOR: Unison Drilling, Inc.

By: _____          By: _____

Title: V.P. / COD                        Title: Contracts

Date: 9/24/08                            Date: Sept. 18, 2008



**Unison Drilling, Inc.**
P.O. Box 715
Devine, Texas 78016
830-0?8-4700
fax 830-6?3-4725

October 2, 2008

Steve Carter
TXCO Resources, Inc.
777 East Sonterra Blvd., Suite 350
San Antonio, Texas  78232

Re: Contract Amendment Letter to the IADC contract for the Briscoe-Saner # 2-24H
    executed by both parties on August 25, 2008.

Dear Steve,

This letter will serve as an Admendment to the above referenced contract to include
a 3rd well.
All terms and conditions of this contract will remain in effect except for the following
changes.

1. Well Name & Number shall be Pena Creek # 232, Dimmit County, Texas.

Agreed and Accepted by the following.

OPERATOR: TXCO Resources, Inc.          CONTRACTOR: Unison Drilling, Inc.

By: _____                   By: _____

Title: _PRLG MGR_                        Title: _Contracts_

Date: _10-8-08_                          Date: _10-02-08_



**Unison Drilling, Inc.**
P.O. Box 715
Devine, Texas 78016
830-663-4700
fax 830-663-4725

October 20, 2008

Steve Carter
TXCO Resources, Inc.
777 East Sonterra Blvd., Suite 350
San Antonio, Texas   78232

RE: Contract Amendment Letter to the IADC contract for the Briscoe-Saner #2-24H
    well  executed by both parties on August 25, 2008.

Dear Steve,

This letter will serve as an Admentment to the above referenced contract to include
a 4th well.

All terms and conditions of this contract will remain in effect except for the following
changes.

1. Well Name & Number shall be Burr "C" # 6-231.5, Maverick County, Texas.
2. (4.1) Mobilization fee $ 45,000.00.

Agreed and Accepted by the following.

Operator: TXCO Resources, Inc.

By:

Title:_____V.P. /COO_____

Date:_____10/22/08_____

Contractor: Unison Drilling, Inc.

By:

Title: Contracts

Date: 10-20-08

*Unison Drilling, Inc.*
P. O. Box 715
Devine, TX 78016

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/10/2008 | 4-1088 |

**Bill To**

TXCO Resources, Inc.
777 East Sonterra Blvd., Ste 350
San Antonio, Texas 78232

| Terms | County | Well Name & Number |
|-------|--------|--------------------|
| Due on receipt | Maverick | Chittim 1-376 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 316 Hrs. | Daywork Beginning 9-21-08 @ 2:00 PM Ending 10-04-08 @ 6:00 PM Drill 12 1/4" Hole To 325', Run And Cement 8 5/8" Casing, Drill 7 7/8" Hole To 2733', Run & Cement 5 1/2" Casing Nipple Down B.O.P.'s And Wash Out Mud Tank And Wash Tar Off Of Drilling Equipment. | 562.50 | 177,750.00 |
| 28 Hrs. | Pressure Washer - 2 Machines | 200.00 | 5,600.00 |

Thank you for your business.

| Total | $183,350.00 |
|-------|-------------|

*Unison Drilling, Inc.*
P. O. Box 715
Devine, TX 78016

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/21/2008 | 4-1090 |

**Bill To**

TXCO Resources, Inc.
777 East Sonterra Blvd., Ste 350
San Antonio, Texas 78232

| Terms | County | Well Name & Number |
|-------|--------|--------------------|
| Due on receipt | Dimmit | Pena Creek 232 |

| Quantity | | Description | Rate | Amount |
|----------|----|-------------|------|--------|
| 262 | Hrs. | Daywork Beginning 10-07-08 @ 6:00 PM | | |
| | | Ending     10-18-08 @ 4:00 PM | | |
| 4.5 | Hrs. | Less Daywork 10-08-08 W.O. Swivel | | |
| 2 | Hrs. | Less Daywork 10-08-08 W.O. Swivel | | |
| 1.5 | Hrs. | Less Daywork 10-12-08 W.O. Swivel | | |
| 8 | Hrs. | Daywork Allow On Contract | | |
| 262 | Hrs. | Daywork Charged | 562.50 | 147,375.00 |
| | | Drill 12 1/4" Hole To 568', Run & Cement | | |
| | | 8 5/8" Casing, Drill 7 7/8" Hole To 3320', | | |
| | | Log, Set & Cement 5 1/2" Production String, | | |
| | | Nipple Down B.O.P.'s Wash Out Mud Tanks. | | |

Thank you for your business.

| Total | $147,375.00 |
|-------|-------------|

*Unison Drilling, Inc.*
P. O. Box 715
Devine, TX 78016

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/23/2008 | 4-1091 |

**Bill To**

TXCO Resources, Inc.
777 East Sonterra Blvd., Ste 350
San Antonio, Texas 78232

| Terms | County | Well Name & Number |
|-------|--------|--------------------|
| Due on receipt | Maverick | Burr "C" 6-231.5 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Mobilization & Rig Up Charge | 45,000.00 | 45,000.00 |

Thank you for your business.

| | Total | $45,000.00 |
|--|-------|-----------|

*Unison Drilling, Inc.*

P. O. Box 715
Devine, TX 78016

# Invoice

| Date | Invoice # |
|---|---|
| 12/5/2008 | 4-1100 |

**Bill To**

TXCO Resources, Inc.
777 East Sonterra Blvd., Ste 350
San Antonio, Texas 78232

| Terms | County | Well Name & Number |
|---|---|---|
| Due on receipt | Maverick | Burr "C" 6-231.5 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 737 Hrs. | Daywork Beginning 10-23-08 @ 2:00 AM  Ending 11-22-08 @ 7:00 PM | | |
| -22 Hrs. | Less Daywork Beginning 10-24-08 @ 11:00 AM  Ending 10-25-08 @ 9:00 AM  Change Out Annular B.O.P. | | |
| 4 Hrs. | Allowed On Contract | | |
| -8 Hrs. | Less Daywork Beginning 11-15-08 @ 7:00 PM  Ending 11-16-08 @ 3:00 AM | | |
| 4 Hrs. | Allowed On Contract | | |
| 715 Hrs. | Daywork - Drill 12 1/4" Hole To 225'  Set & Cement 8 5/8 Casing, Drill 7 7/8"  Hole To 1942', Drill Directional & Slide  To 2281', Log, Set & Cement 5 1/2"  Casing, Drill 4 3/4" Directional Hole 4407',  Set Wire Line Packer @ 2115' | 562.50 | 402,187.50 |
| 24 Hrs. | Pressure Washer - 1 Machine | 100.00 | 2,400.00 |

Thank you for your business.

**Total** $404,587.50