Law Offices of William B. Kingman, P.C.
4040 Broadway,. Suite 450
San Antonio, TX 78209

Invoice submitted to:
Ms. Annie Mello
Unison Drilling, Inc.
P.O. Box 715
Devine TX 78016

April 23, 2009

Invoice #11664

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 3/6/2009 Prepared correspondence to Mark Stark and Jim Sigmon re: outstanding claim | 0.20<br>275.00/hr | 55.00 |
| 3/9/2009 Telephone conference w/Mark Stark re: issues relating to payment of outstanding receivable; t/c w/Annie Mello re: same | 0.50<br>275.00/hr | 137.50 |
| 2/26/2009 Reviewed correspondence from Annie Mello and supporting claims | 0.30<br>275.00/hr | 82.50 |
| 3/17/2009 Telephone conference w Annie Mello re: issues relating to TXCO claim | 0.20<br>275.00/hr | 55.00 |
| 4/3/2009 Telephone conference w Annie Mello re: claim against TXCO | 0.20<br>275.00/hr | 55.00 |
| 4/7/2009 Reviewed issues relating to M & M lien and reviewed invoices and drilling contract; prepared correspondence to Annie Mello re: same | 0.80<br>275.00/hr | 220.00 |
| 4/8/2009 Reviewed correspondence from and prepared correspondence to Ann Mello re: TXCO lease; t/c w/Mark Stark re: payment and lease | 0.60<br>275.00/hr | 165.00 |
| 4/9/2009 Reviewed correspondence from and prepared correspondence to Ann Mello re: TXCO claim and lease | 0.10<br>275.00/hr | 27.50 |

Ms. Annie Mello

Page 2

| | Hrs/Rate | Amount |
|---|---|---|
| 4/10/2009 Prepared correspondence to Mark Stark re: lease; prepared correspondence to and reviewed correspondence from Anni Mello re: same; continued reviewing drilling contract | 0.50 275.00/hr | 137.50 |
| 4/14/2009 Prepared demand letter to TXCO for services rendered | 0.40 275.00/hr | 110.00 |
| Telephone conferences w/Annie Mello re: demand letter | 0.30 75.00/hr | 22.50 |
| 4/23/2009 Prepared mineral interest affidavit | 0.70 275.00/hr | 192.50 |
| Prepared correspondence to Anni Mello re: filing of lien affidavit | 0.30 75.00/hr | 22.50 |
| For professional services rendered | 5.10 | $1,282.50 |

Additional Charges :

| | | |
|---|---|---|
| 4/7/2009 Long Distance | | 0.50 |
| Total additional charges | | $0.50 |
| Total amount of this bill | | $1,283.00 |
| Balance due | | $1,283.00 |

Law Offices of William B. Kingman, P.C.
4040 Broadway,. Suite 450
San Antonio, TX 78209


Invoice submitted to:
Ms. Annie Mello
Unison Drilling, Inc.
P.O. Box 715
Devine, TX 78016


October 12, 2009


Invoice #11732


Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 5/18/2009 Commenced reviewing documents relating to TXCO bankruptcy filings | 0.20<br>275.00/hr | 55.00 |
| Prepared correspondence to Annie Mello re: TXCO bankruptcy filings | 0.30<br>75.00/hr | 22.50 |
| 6/8/2009 Telephone conference w/Tom Rice re: issues relating to mechanics liens, adequate protection and debtor in possession financing; t/c w/Pat Autry re: same; t/c w/Jim Rose re: same | 0.50<br>275.00/hr | 137.50 |
| 7/6/2009 Telephone conference w/Annie Mello re: status of bankruptcy case and future course of action (.2) | 0.20<br>275.00/hr | 55.00 |
| 7/8/2009 Conferred w/Pat Autry re: status of bankruptcy proceeding | 0.20<br>275.00/hr | 55.00 |
| 9/18/2009 Prepared proof of claim for TXCO case | 0.50<br>275.00/hr | 137.50 |
| 9/21/2009 Prepared correspondence to claims agent and Debtors' counsel re: claim (.3) | 0.30<br>75.00/hr | 22.50 |
| For professional services rendered | 2.20 | $485.00 |

Ms. Annie Mello	Page 2

Additional Charges :

| | Amount |
|---|---|
| 7/6/2009 Long Distance | 0.90 |
| 9/28/2009 Overnight Mail-Proof of Claim | 19.30 |
| Total additional charges | $20.20 |
| Total amount of this bill | $505.20 |
| Previous balance | $1,283.00 |
| Accounts receivable transactions | |
| 5/26/2009 Payment - thank you. Check No. 21466 | ($1,283.00) |
| Total payments and adjustments | ($1,283.00) |
| Balance due | $505.20 |

Law Offices of William B. Kingman, P.C.
4040 Broadway,. Suite 450
San Antonio, TX 78209


Invoice submitted to:
Ms. Annie Mello
Unison Drilling, Inc.
P.O. Box 715
Devine, TX 78016


December 31, 2009


Invoice #11769


Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 10/12/2009 Telephone conference w/Annie Mello re: application to sell real property | 0.20<br>275.00/hr | 55.00 |
| 10/13/2009 Reviewed motion to sell interests in Burr C lease | 0.20<br>275.00/hr | 55.00 |
| 10/15/2009 Telephone conference w/Pat Autry re: issues relating to Burr lease sale | 0.20<br>275.00/hr | 55.00 |
| 10/19/2009 Telephone conference w/Ed Rothberg re: objection to sale, mineral lienholders and related issues; prepared joinder in objection to sale; reviewed notice of hearing on motion to sell | 1.30<br>275.00/hr | 357.50 |
| 10/20/2009 Prepared correspondence to Annie Mello re: proposed sale of Burr lease and lien claim | 0.30<br>75.00/hr | 22.50 |
| Reviewed correspondence from Annie Mello re: work relating to Burr C lease | 0.10<br>275.00/hr | 27.50 |
| 10/21/2009 Prepared correspondence to Tom Rice re: exhibits and hearing | 0.30<br>75.00/hr | 22.50 |
| Reviewed responses to objection to sale of Burr C Lease interests | 0.40<br>275.00/hr | 110.00 |

Ms. Annie Mello

Page 2

| | Hrs/Rate | Amount |
|---|---|---|
| 10/22/2009 Telephone conference w/Tom Rice and Meghan Bishop re: issues relating to sale of Burr C lease interests; prepared for and attended hearing on sale and conferred w/Deborah Williamson, Glen Ayers, David Gragg, Ed Rothberg, Pat Autry and Meghan Bishop re: same; prepared correspondence to Annie Mello re: results of sale hearing and bankruptcy proceeding | 2.00 275.00/hr | 550.00 |
| 10/25/2009 Reviewed proposed order relating to Burr C lease; reviewed correspondence from Meghan Bishop and Ed Rothberg and prepared correspondence to Meghan Bishop re: same | 0.30 275.00/hr | 82.50 |
| 10/28/2009 Telephone conference w/Pat Autry re: Burr Lease sale and court order | 0.10 275.00/hr | 27.50 |
| 11/12/2009 Telephone conference w/Pat Autry re: issues relating to sale of company's assets | 0.20 275.00/hr | 55.00 |
| 11/23/2009 Commenced reviewing adversary proceedings filed against alleged lienholders | 0.20 275.00/hr | 55.00 |
| 12/9/2009 Reviewed mineral lien claimants' objections to disclosure statement | 0.50 275.00/hr | 137.50 |
| 12/14/2009 Reviewed motion to schedule hearing on disclosure statement and reviewed order relating to same; t/c w/Annie Mello re: issues relating to bankruptcy proceeding | 0.50 275.00/hr | 137.50 |
| Prepared correspondence to Annie Mello re: issues relating to plan, preference claim, lien priorities, etc. | 0.40 75.00/hr | 30.00 |
| 12/15/2009 Reviewed creditors' conditional objections to disclosure statement | 0.30 275.00/hr | 82.50 |
| 12/16/2009 Prepared conditional objection to disclosure statement; prepared correspondence to and reviewed correspondence from Debtor's counsel re: claim; t/cs w/Pat Autry re: issues relating to same | 1.30 275.00/hr | 357.50 |
| Reviewed court's docket relating to disclosure statement hearing; prepared correspondence to Jana Brisiel re: same | 0.40 75.00/hr | 30.00 |
| 12/18/2009 Conferred w/Tom McKenzie re: status of case | 0.30 275.00/hr | 82.50 |
| For professional services rendered | 9.50 | $2,332.50 |

Ms. Annie Mello

Page 3

Additional Charges :

| | Amount |
|---|---:|
| 10/19/2009 Long Distance | 1.80 |
| 10/30/2009 Copies (60 X .20) | 28.80 |
| 12/14/2009 Long Distance | 1.20 |
| Total additional charges | $31.80 |
| Total amount of this bill | $2,364.30 |
| Previous balance | $505.20 |
| Accounts receivable transactions | |
| 10/16/2009 Payment - thank you. Check No. 22449 | ($505.20) |
| Total payments and adjustments | ($505.20) |
| Balance due | $2,364.30 |

Law Offices of William B. Kingman, P.C.
4040 Broadway,. Suite 450
San Antonio, TX 78209

Invoice submitted to:
Ms. Annie Mello
Unison Drilling, Inc.
P.O. Box 715
Devine, TX 78016

March 12, 2010

Invoice #11792

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 1/4/2010 Conferred w/David Aelvoet and Charlie Beckham re: plan and sale | 0.20<br>275.00/hr | 55.00 |
| 1/6/2010 Reviewed notice relating to plan and disclosure statement | 0.20<br>275.00/hr | 55.00 |
| 1/11/2010 Telephone conference w/Annie Mello re: possible sale of claim and bankruptcy | 0.20<br>275.00/hr | 55.00 |
| 1/19/2010 Reviewed correspondence from TXCO, disclosure statement and plan t; t/cs w/Tom Rice re: same; reviewed second amended plan; t/c w/Annie Mello re: same | 3.30<br>275.00/hr | 907.50 |
| 1/20/2010 Reviewed notice of rejection of contract | 0.10<br>275.00/hr | 27.50 |
| 1/21/2010 Reviewed claims objections | 0.60<br>275.00/hr | 165.00 |
| 1/22/2010 Prepared correspondence to and reviewed correspondence from Tom Rice re: confirmation hearing and objections; t/c w/Tom McKenzie re: same | 0.50<br>275.00/hr | 137.50 |
| 1/23/2010 Reviewed correspondence from Ed Rothberg, Tom Rice, Tom McKenzie and Pam Johnson re: plan issues | 0.40<br>275.00/hr | 110.00 |

Ms. Annie Mello

Page 2

| | Hrs/Rate | Amount |
|---|---|---|
| 1/25/2010 Reviewed correspondence from Ed Rothberg, Tom Rice and Pam Johnson re: plan; prepared for and attended hearing on plan confirmation and conferred w/counsel re: same; reviewed plan revisions | 4.80 275.00/hr | 1,320.00 |
| 1/26/2010 Reviewed pleadings relating to plan; conferred w/Glen Ayers, Jim Rose, Tom Rice, Ed Rothberg et al re: plan confirmation status; attended continued confirmation hearing; reviewed correspondence from John Harris and Tom Rice re: settlement w/lien holders | 0.30 275.00/hr | 82.50 |
| 1/27/2010 Reviewed correspondence from creditors' counsel and Tom Rice re: amended plan and order confirming plan; reviewed amended plan and order confirming plan | 0.40 275.00/hr | 110.00 |
| 2/1/2010 Reviewed correspondence from Ed Rothberg and Albert Conly re: distributions under plan and Insurance | 0.10 275.00/hr | 27.50 |
| 2/5/2010 Reviewed correspondence from Larry Manning and Ed Rothberg re: distributions | 0.10 275.00/hr | 27.50 |
| 2/12/2010 Telephone conference w/Meagan Bishop re: issues relating to payment of claim | 0.20 275.00/hr | 55.00 |
| 2/15/2010 Reviewed correspondence from and prepared correspondence to Meghan Bishop re: issues relating to payment of Unison claim; commenced reviewing proposed lien release and Unison contract | 0.90 275.00/hr | 247.50 |
| 2/16/2010 Reviewed notice of proposed payments to lien claimants | 0.20 275.00/hr | 55.00 |
| 2/17/2010 Telephone conference w/Meghan Bishop re: Unison claim; t/c w/Annie Mello re: same | 0.40 275.00/hr | 110.00 |
| 2/19/2010 Telephone conference w/Meghan Bishop re: lien release and payments; reviewed lien release; t/c w/Annie Mello re: payments from Unison; reviewed proposed payment schedule and lien release; prepared correspondence to Meghan Bishop re: payment to Unison and lien release | 0.80 275.00/hr | 220.00 |
| 2/22/2010 Reviewed correspondence from Meghan Bishop re: claim | 0.10 275.00/hr | 27.50 |
| 2/25/2010 Telephone conferences w/Pat Autry and David Gragg re: payments to lienholders | 0.30 275.00/hr | 82.50 |

Ms. Annie Mello                                                                                                         Page        3

|  | Hrs/Rate | Amount |
|---|---|---|
| 3/5/2010 Prepared correspondence to Meghan Bishop re: release of lien | 0.20<br>275.00/hr | 55.00 |
| 3/9/2010 Telephone conference w/David Gragg re: request for fees and interest | 0.10<br>275.00/hr | 27.50 |
| 3/12/2010 Prepared application for payment of additional interest and attorneys fees and related order | 1.50<br>275.00/hr | 412.50 |
| For professional services rendered | 15.90 | $4,372.50 |

Additional Charges :

| | |
|---|---|
| 1/11/2010 Long Distance | 1.00 |
| 1/19/2010 Long Distance | 1.50 |
| 2/19/2010 Courier | 12.50 |
| Total additional charges | $15.00 |
| Total amount of this bill | $4,387.50 |
| Previous balance | $2,364.30 |

Accounts receivable transactions

| | |
|---|---|
| 1/11/2010 Payment - thank you. Check No. 22932 | ($2,364.30) |
| Total payments and adjustments | ($2,364.30) |
| Balance due | $4,387.50 |